**LILAW INC.**
J. James Li, Ph.D. (SBN 202855, lij@lilaw.us)
Daniel R. Peterson (SBN 326798, petersond@lilaw.us)
Andrew Pierz (SBN 292970, pierza@lilaw.us)
1905 Hamilton Avenue, Suite 200
San Jose, California 95125
Telephone: (650) 521-5956
Facsimile:  (650) 521-5955

Attorneys for Plaintiff QUINTARA BIOSCIENCES, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTARA BIOSCIENCES, INC., a California corporation,<br><br>    Plaintiff,<br>    v.<br><br>RUIFENG BIZTECH INC., a California corporation, GANGYOU WANG, an individual, ALEX WONG, an individual, ALAN LI, an individual, RUI SHAO, an individual, and RF BIOTECH LLC, a California limited liability company,<br><br>    Defendants. | **Case No.  3:20-cv-04808-WHA**<br><br>**NOTICE OF FILING UNDER SEAL PLAINTIFF'S AMENDED TRADE SECRET DISCLOSURE PURSUANT TO A SEALING ORDER (ECF 40)**<br><br>**Court: Courtroom 12th – 19th Floor**<br>**Judge: Hon. William Alsup** |

1   Pursuant to the Court order dated November 18, 2020, ECF 40 (the "Sealing Order"), p. 2, IT
2   IS HEREBY NOTICED that Plaintiff Quintara Biosciences, Inc. ("Quintara") is filing its Amended
3   Trade Secret Disclosure (the "Disclosure") under the ECF filing category of "Administrative motion
4   to file under seal," with the Disclosure being filed under seal pursuant to this Notice.

5   For avoidance of doubt, because of the Sealing Order, Quintara is not seeking any additional
6   order to seal document through this Notice. Rather, based on instructions from the ECF Help Desk,
7   filing the instant Notice under the category of "administrative motion to file under seal" is the only
8   way to file a document under seal through ECF under an existing sealing order.

9   PLEASE TAKE FURTHER NOTICE that pursuant to the Sealing Order, the Disclosure has
10  been designated as "**TRIAL COUNSEL'S EYES ONLY**".

DATED:  December 2, 2020           **LILAW INC.**

By    */s/ J. James Li*
     _____
      J. James Li, Ph.D.
      Attorney for Plaintiff QUINTARA
      BIOSCIENCES, INC.

Respectfully Submitted,

DATED: December 2, 2020    **LILAW INC.**

By  /s/ J. James Li
_____
J. James Li
Attorney for Plaintiff QUINTARA
BIOSCIENCES, INC.