# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTARA BIOSCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> RUIFENG BIZTECH INC., et al., <br><br> Defendants. | Case No. 20-cv-04808-WHA (AGT) <br><br> **ORDER RE: DISCOVERY DISPUTE** <br> Re: Dkt. Nos. 158, 159 |

Plaintiff has asked the undersigned to issue a court order that would postpone the depositions of two forensic experts, Jon Berryhill and Rene Novoa, until "sometime after July 7, 2021." Dkt. 158 at 1. The request is denied. Judge Alsup set June 18, 2021, as the expert discovery deadline. *See* Dkt. 29 ¶ 4. That deadline has passed. If the parties seek relief from the case schedule, they must ask Judge Alsup, not the undersigned.

**IT IS SO ORDERED.**

Dated: June 28, 2021

ALEX G. TSE
United States Magistrate Judge