UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTARA BIOSCIENCES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RUIFENG BIZTECH INC., et al.,<br><br>Defendants. | Case No. 20-cv-04808-WHA (AGT)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. Nos. 135, 138 |

Defendants' motion to compel Quintara to do the following—to image and review Quintara principal Xueling Zhao's files, to produce any documents found in those files that are responsive to defendants' document requests, and to reopen Zhao's deposition based on any additional documents that are produced by Zhao (*see* Dkt. 135 at 3)—is denied. Quintara's counsel has told the Court that Zhao "treated document requests to Quintara as to herself," that she "diligently searched for and produced thousands of pages of documents," and that "there [are] simply no more document[s] to produce." *Id.* at 4. Defendants haven't offered a compelling reason to doubt the veracity of these statements. Because Zhao has produced all the responsive documents she has, defendants' requested relief is unnecessary.

Defendants' request for sanctions, based on Quintara's purported failure to preserve ESI (*see* Dkt. 138 at 3), is denied. Today Judge Alsup denied a similar request for sanctions, again based on Quintara's purported failure to preserve ESI. *See* Dkt. 199. The undersigned doesn't see good reason to deviate from Judge Alsup's order, and so similarly denies defendants' sanctions request.

**IT IS SO ORDERED.**

Dated: August 11, 2021

ALEX G. TSE
United States Magistrate Judge