UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

QUINTARA BIOSCIENCES, INC.,

    Plaintiff,

v.

RUIFENG BIZTECH INC., et al.,

    Defendants.

No. C 20-04808 WHA

**ORDER RE MOTION TO WITHDRAW AS COUNSEL**

    Defense counsel Buchalter moves to withdraw as counsel of record for defendants. Plaintiff argues any change in counsel at this point in the litigation would be highly prejudicial to its case. This order follows an in-person hearing after all parties had received proper notice of the instant motion. Neither defendant Gangyou Wang nor Alan Li appeared at the hearing despite repeated requests from counsel.

    Counsel "may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case." Civil L.R. 11-5. Permission to withdraw is discretionary. Withdrawal in our district is guided by the California Rules of Professional Conduct, which allows permissive withdrawal on several grounds, including when counsel has a good faith belief there is good cause for withdrawal. *See United States v. Carter*, 560 F.3d 1107, 1113 (9th Cir.

2009); *Nehad v. Mukasey*, 535 F.3d 962, 970 (9th Cir. 2008); Civil L.R. 11-4(a)(1); Cal. R. Pro. Conduct 1.16(b)(4), (5), (10).

Upon review of the papers, including a declaration from defense counsel submitted for *in camera* review, and testimony from some of named defendants at the hearing, good cause for withdrawal exists, and the motion is **GRANTED** specifically as to defendants: Ruifeng Biztech Inc.; RF Biotech LLC; Gangyou Wang; and Alan Li. Buchalter's representation of these parties is terminated as of **12:00 AM, OCTOBER 8, 2021**. The motion to withdraw is **DENIED**, however, as to: Rui Shao and Alex Wong.

**IT IS SO ORDERED.**

Dated: October 7, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE