**LILAW INC.**
J. James Li, Ph.D. (SBN 202855, lij@lilaw.us)
Richard D. Lambert (SBN 251148, lambertr@lilaw.us)
Tamara M. Rider (SBN 267951, ridert@lilaw.us)
Daniel R. Peterson (SBN 326798, petersond@lilaw.us)
1905 Hamilton Avenue, Suite 200
San Jose, California 95125
Telephone: (650) 521-5956
Facsimile: (650) 521-5955

Attorneys for Plaintiff QUINTARA BIOSCIENCES, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTARA BIOSCIENCES, INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>RUIFENG BIZTECH INC., a California corporation, GANGYOU WANG, an individual, ALEX WONG, an individual, ALAN LI, an individual, RUI SHAO, an individual, and RF BIOTECH LLC, a California limited liability company,<br><br>Defendants. | **Case No. 3:20-cv-04808-WHA**<br><br>**PLAINTIFF QUINTARA BIOSCIENCES INC.'S DISCLOSURE OF TRIAL EXHIBITS PURSUANT TO FED. R. CIV. P. 26(A)(3)(A)** |



Plaintiff Quintara Biosciences Inc.'s Disclosure of
Trial Exhibits Pursuant to Fed. R. Civ. P. 26(a)(3)(A)

| TX# | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Email sent on 6/17/2019 from Alex Wong to Alan Li - Subject: old customer list - excel spreadsheet attached, Bates No. QB009673-74, Depo. Ex. QB-1 (A. Wong, 4/21/21) | | |
| 1A | Screenshot of billgroup monthly ssf.xlsx spreadsheet, Bates No. QB009674, Depo. Ex. QB-1 A (A. Wong, 4/21/21) | | |
| 1B | billgroup monthly ssf.xlsx spreadsheet produced in native format, Bates No. QB009674, Depo. Ex. QB-B (A. Wong, 4/21/21) | | |
| 2 | Collaboration Agreement in Chinese signed on 12/28/2013, Bates No. RUIFENG00000191, Depo. Ex. QB-2 (A. Wong, 4/21/21) | | |
| 2A | English translation of TX-2 certified during deposition. | | |
| 3 | Service Agreement between Quintara and Ruifeng dated 2/21/2014, Depo. Ex. QB-3 (G. Wang, 4/22/21) | | |
| 4 | Contract for Services dated 12/30/2013 which was submitted to the USCIS, Depo. Ex. QB-4 (A. Wong, 4/21/21) | | |
| 5 | Cooperation Agreement between Ruifeng and Quintara signed on 2/14/2019, Bates No. RUIFENG00000192, Depo. Ex. QB-5 (A. Wong, 4/21/21) | | |
| 6 | Unsigned Letter from Alex Wong addressed to US Immigration Officer regarding support for G. Wang appeal against revocation of L1 Visa, dated November 7, 2017, Depo. Ex. QB-6 (A. Wong, 4/21/21) | | |
| 6A | Signed Letter from Alex Wong addressed to US Immigration Officer regarding support for G. Wang appeal against revocation of L1 Visa, dated November 7, 2017, Bates No. HU_00001841 | | |
| 7 | Email from Sue Zhao to Quintara's Bay Area team regarding shutdown and lockout from 3563 lab. Bates No. QB009898, Depo. Ex. QB-7 (A. Wong, 4/21/21) | | |
| 8 | Text Message records between Defendants. Bates No. QB007325-27, Depo. Ex. QB-8 (A. Wong, 4/21/21) | | |
| 9 | Text Message records between Defendants. Bates No. QB006853-60, Depo. Ex. QB-9 (A. Wong, 4/21/21) | | |
| 12 | Text Message records between Defendants. Bates No. QB006815-30, Depo. Ex. QB-12 (A. Wong, 4/21/21) | | |
| 13 | Articles of Incorporation filed Dec 03, 2013 in the name of Ruifeng Biztech Inc. Bates No. RUIFENG00002409, Depo. Ex. QB-13 (G. Wang, 4/22/21) | | |
| 16 | I-797A, Notice of Action dated March 2014 Bates No. QB007482-85. Depo. Ex. QB-16 (G. Wang, 4/22/21) | | |

| TX# | Description | Offered | Admitted |
|---|---|---|---|
| 17 | Notice of Revocation of nonimmigrant Petition (I-292) Pages 1-10 dated September 2017. Bates No. QB007470-79, Depo. Ex. QB-17 (G. Wang, 4/22/21) | | |
| 18 | Email from Wang to Shan - Subject: Re:Re: Re: Proposal dated October 18, 2019. Bates No. QB000878-80, Depo. Ex. QB-18 (G. Wang, 4/22/21) | | |
| 20 | Email from Alan Li to Alex Wong dated March 16, 2020 with excel spreadsheet attachment produced in native format. Bates No. QB009572-73, Depo. Ex. QB-20 (A. Li, 4/23/21) | | |
| 20A | Spreadsheet attached to TX-20 entitled " COVID-19 customer reach out list.xlsx." Bates No. QB009573 | | |
| 22 | ConstantContact email regarding service disruption dated June 2020. Bates No. QB023214-18, Depo. Ex. QB-22 (A. Li, 4/23/21) | | |
| 23 | Email from C. Allerston - Subject: FW: In regards to your recent sequencing service disruption… dated July 2020. Bates No. QB009870-71, Depo. Ex. QB-23 (A. Li, 4/23/21) | | |
| 26 | Image showing "checking" information. Bates No. RUIFENG-CHRISTINE_00000014, Depo. Ex. QB-26 (C. Chen, 5/5/21) | | |
| 32 | Email from C. Chen dated June 17, 2020 - Subject: biotech company list - Attachment "Bay Area Biotech.xlsx" produced in native form. RUIFENG-CHRISTINE_00000007-8, Depo. Ex. QB-32 (C. Chen, 5/5/21) | | |
| 32A | Attachment to TX-32 | | |
| 33 | Text Message records between Defendants. Bates No. QB006696-6700, Depo. Ex. QB-33 (R. Shao, 5/6/21) | | |
| 34 | Text Message records between Defendants. Bates No. QB006843-6900, Depo. Ex. QB-34 (R. Shao, 5/6/21) | | |
| 35 | Text Message records between Defendants. Bates No. QB007093-98, Depo. Ex. QB-35 (R. Shao, 5/6/21) | | |
| 36 | RF Biotech website screenshot: Company Information page. Depo. Ex. QB-36 (G. Wang, 5/7/21) | | |
| 37 | Declaration of Gangyou Wang ISO Opposition to TRO. ECF 17-5, Depo. Ex. QB-37 (G. Wang, 5/7/21) | | |
| 40 | Email from T. Kimura dated April 10, 2019 - Subject: balance btw qb and gyw - Contains one Excel spreadsheet attachment. Bates No. QB000753-4, Depo. Ex. QB-40 (G. Wang, 5/7/21) | | |
| 40A | Excel spreadsheet titled "ruifeng gyw repayment 201903.xlsx" produced in native format. Bates No. QB000755, Depo. Ex. QB-40A (G. Wang, 5/7/21) | | |
| 41 | Email from Wang to Shan dated February 17, 2015 - Subject: Fw:Re: documents. Bates No. QB000529-532, Depo. Ex. QB41 (G. Wang, 5/7/21) | | |
| 41A | Attachment 1 to TX-41 | | |
| 41B | Attachment 2 to TX-41 | | |

| TX# | Description | Offered | Admitted |
|---|---|---|---|
| 41C | Attachment 3 to TX-41 | | |
| 41D | Attachment 4 to TX-41 | | |
| 44 | Email from H. Jiao dated Sept. 6, 2017. Bates No. BMP00047-49. Depo. Ex. QB-44 (H. Jiao, 5/10/21) | | |
| 48 | Lease Termination Agreement dated Sept. 27, 2017. Bates No. QB000462, Depo. Ex. QB-48 (H. Jiao, 5/10/21) | | |
| 49 | Email from Matthew Zhang dated March 6, 2020. Bates No. BMP00040, Depo. Ex. QB-49 (H. Jiao, 5/10/21) | | |
| 50 | Black Mountain Lease dated Sept. 26, 2017. Bates No. BMP00161-196, Depo. Ex. QB-50 (H. Jiao, 5/10/21) | | |
| 51 | Email from Matthew Zhang dated Feb. 3, 2020. Bates No. BMP00014, Depo. Ex. QB-51 (Blk Mtn, 5/12/21) | | |
| 52 | Email from Matthew Zhang dated March 6, 2020. Bates No. BMP00040-43, Depo. Ex. QB-52 (Blk Mtn, 5/12/21) | | |
| 53 | Email from Matthew Zhang dated March 10, 2020. Bates No. BMP0003-4, Depo. Ex. QB-53 (Blk Mtn, 5/12/21) | | |
| 54 | Email from Matthew Zhang dated March 11, 2020. Bates No. BMP00001-2, Depo. Ex. QB-54 (Blk Mtn, 5/12/21) | | |
| 60 | Invoice# 6026732 dated May 27, 2017. Bates No. QB016089-90, Depo. Ex. QB-60 (D.Zhao, 5/13/21) | | |
| 61 | Invoice# 6065608 dated July 1, 2019. Bates No. QB022057-58, Depo. Ex. QB-61 (D.Zhao, 5/13/21) | | |
| 64 | Letter from Black Mountain to Comcast dated Sept. 11, 2017. Bates No. BMP00197, Depo Ex. QB-64 (Blk Mtn, 5/17/21) | | |
| 65 | Email from L.Chan dated Sept. 11, 2017. Bates No. BMP00157-160, Depo Ex. QB-65 (Blk Mtn, 5/17/21) | | |
| 66 | G. Wang immigration application package dated March 5, 2014, prepared by Henry Hu. Bates No. HU_00001574-1695, Depo Ex. QB-66 (H. Hu, 6/8/21) | | |
| 67 | G. Wang immigration application package dated March 9, 2015, prepared by Henry Hu. Bates No. HU_00001934-2109, Depo Ex. QB-67 (H. Hu, 6/8/21) | | |
| 68 | G. Wang immigration application package dated Dec. 8, 2015, prepared by Henry Hu. Bates No. HU_00002255-2421, Depo Ex. QB-68 (H. Hu, 6/8/21) | | |
| 69 | Response package to Intent to Revoke dated Feb 22, 2017. Bates No. HU_00001855-1933 , Depo Ex. QB-69 (H. Hu, 6/8/21) | | |
| 70 | U.S. Citizenship and Immigration Services Policy Manual Chapter 2: Overview of Fraud and Willful Misrepresentation (https://www.uscis.gov/policy-manual/volume-8-part-j-chapter-2) dated June 7, 2021. Depo Ex. QB-70 | | |
| 71 | USCIS Non-precedent Decision of the Administrative Appeals Office dated Sept. 10, 2019. Bates No. HU_00002235-37, Depo Ex. QB-71 (H. Hu, 6/8/21) | | |

| TX# | Description | Offered | Admitted |
|---|---|---|---|
| 72 | Notice of Revocation of nonimmigrant Petition (I-292) dated Sept. 12, 2017. Bates No. HU_00002241-54, Depo Ex. QB-72 (H. Hu, 6/8/21) | | |
| 73 | G. Wang immigration application package dated Oct. 5, 2017, prepared by Henry Hu. Bates No. HU_00001696-1854, Depo Ex. QB-73 (H. Hu, 6/8/21) | | |
| 74 | G. Wang immigration application package dated March 2, 2017, prepared by Henry Hu. Bates No. HU_00002110-2234, Depo Ex. QB-74 (H. Hu, 6/8/21) | | |
| 75 | G. Wang immigration application package dated Dec. 8, 2015, prepared by Henry Hu. Bates No. HU_00001543-1573, Depo Ex. QB-75 (H. Hu, 6/8/21) | | |
| 76 | Ruifeng Balance Sheet as of December 31 2020. Bates No. RUIFENG-ZHI_00000004-5, Depo Ex. QB-76 (C. Zhi 6/8/21) | | |
| 76A | Ruifeng Balance Sheet as of December 31 2020. Bates No. RUIFENG-ZHI_00000013-14, Depo Ex. QB-76A (C. Zhi 6/8/21) | | |
| 77 | Ruifeng Profit and Loss Sheet Jan - April 2021. Bates No. RUIFENG-ZHI_00000006, Depo Ex. QB-77 (C. Zhi 6/8/21) | | |
| 78 | Ruifeng Assets List as of April 30, 2021. Bates No. RUIFENG-ZHI_00000010, Depo Ex. QB-78 (C. Zhi 6/8/21) | | |
| 79 | Ruifeng Balance Sheet as of April 30, 2021. Bates No. RUIFENG-ZHI_00000011-12, Depo Ex. QB-79 (C. Zhi 6/8/21) | | |
| 80 | Ruifeng Profit and Loss 2020. Bates No. RUIFENG-ZHI_00000007, Depo Ex. QB-80 (C. Zhi 6/8/21) | | |
| 81 | Ruifeng Profit and Loss 2020. Bates No. RUIFENG-ZHI_00000008, Depo Ex. QB-81 (C. Zhi 6/8/21) | | |
| 82 | Ruifeng Profit and Loss Jan-May 2021. Bates No. RUIFENG-ZHI_00000009, Depo Ex. QB-82 (C. Zhi 6/8/21) | | |
| 83 | Ruifeng Profit and Loss January through December 2020 produced as native Excel file. Bates No. RUIFENG-ZHI_00000001, Depo Ex. QB-83 (C. Zhi 6/8/21) | | |
| 84 | Ruifeng Profit and Loss January through May 2021 produced as native Excel file. Bates No. RUIFENG-ZHI_00000002, Depo Ex. QB-84 (C. Zhi 6/8/21) | | |
| 85 | Ruifeng Assets List in Cooperation as of April 30, 2021 produced as native Excel file. Bates No. RUIFENG-ZHI_00000003, Depo Ex. QB-85 (C. Zhi 6/8/21) | | |
| 86 | Ruifeng Balance Sheet as of December 31, 2019 produced as native Excel file. Bates No. RUIFENG-ZHI_000000017, Depo Ex. QB-86 (C. Zhi 6/8/21) | | |
| 87 | Ruifeng Profit and Loss January through December 2019 produced as native Excel file. Bates No. RUIFENG-ZHI_000000018, Depo Ex. QB-87 (C. Zhi 6/8/21) | | |

| TX# | Description | Offered | Admitted |
|---|---|---|---|
| 89 | Email chain between Quintara, Thermofisher, and LifeTech dated March 2014. Bates No. RUIFENG00010552-61, Depo Ex. QB-89 (T. Kimura 6/22/21) | | |
| 90 | Excel spreadsheet titled "Repayments to GYW's Loan by the End of Sept 2019" produced in native format. Bates No. QB000908, Depo Ex. QB-90 | | |
| 95 | RSM Invoice# 6364663 dated June 3, 2021. Bates No. RUIFENG-RSM_00003529-30, Depo Ex. QB-95 (Sebold 6/25/21) | | |
| 96 | Text messages between T. Kimura and R. Shao. Bates No. QB022959, Depo Ex. QB-96 (R. Shao 6/24/21) | | |
| 98 | Email from Alan Li dated June 26, 2020 with excel spreadsheet attached. Depo Ex. QB-98 (G. Wang 6/24/21) | | |
| 98 A | Native excel file "Copy-Dec-Feb 2020 Customer list.xlsx". Depo Ex. QB-98A (G. Wang 6/24/21) | | |
| 99 | Email from S. Zhao to Charles Zhi with financial statements attached dated Sept. 18, 2015. Bates No. RUIFENG00002690-91, Depo Ex. QB-99 (G. Wang 6/24/21) | | |
| 100 | 2014 Corporate Return prepared for Ruifeng Biztech Inc. Bates No. QB007402-35, Depo Ex. QB-100 (G. Wang 6/24/21) | | |
| 101 | 2015 Corporate Return prepared for Ruifeng Biztech Inc. Bates No. QB007436-62, Depo Ex. QB-101 (G. Wang 6/24/21) | | |
| 103 | Ruifeng Balance Sheet as of April 30 2021. Bates No. RUIFENG-ZHI_00000011-12, Depo Ex. QB-103 (G. Wang 6/24/21) | | |
| 104 | Ruifeng Balance Sheet as of December 31 2020. Bates No. RUIFENG-ZHI_00000013-14, Depo Ex. QB-103 (G. Wang 6/24/21) | | |
| 108 | Email from Alan Li to Defendants - Subject: Collaboration Folder - Invitation to collaborate Depo. Ex. QB-108 (A. Li 6/25/21). | | |
| 109 | Email from Alan Li to Gangyou sent on 8/10/2020 with pdf attachment "Agreement-of-transfe…20.pdf". Depo. Ex. QB-109 (A. Li 6/25/21) | | |
| 109A | Agreement of Transfer dated 5/28/2020. Depo Ex. QB-109A (A. Li 6/25/21) | | |
| 110 | LLC Registration - Articles of Organization. Depo Ex. QB-110 (A. Li 6/25/21) | | |
| 111 | Email sent on 6/17/2020 - Subject: jianxin. Bates No. RUIFENG00007294, Depo Ex. QB-111 (A. Li 6/25/21) | | |
| 112 | Email sent on 6/22/2020 - Subject: jianxin. Depo Ex. QB-112 (A. Li 6/25/21) | | |
| 113 | Emails between RF Biotech and SeqGen - Subject: Update Re: Service Request for 3730xl SN 1522-015. Bates No. RUIFENG00007285, Depo Ex. QB-113 (A. Li 6/25/21) | | |

| TX# | Description | Offered | Admitted |
|---|---|---|---|
| 114 | Email from Aldrich.lau@honegene to Wang - Subject: Formulations. Bates No. RUIFENG-RUI_00000215, Depo Ex. QB-114 (A. Wong 6/25/21) | | |
| 121 | Excel Spreadsheet detailing computer image collection. Bates No. RUIFENG00011255, Depo Ex. QB-121 (R. Novoa 7/16/21) | | |
| 122 | Image of QNAP Network-attached storage appliance. Bates No. RUIFENG-HAYSTACK _00006532, Depo Ex. QB-122 (R. Novoa 7/16/21) | | |
| 128 | Emails between Haystack and Buchalter re computer imaging and search. Bates No. RUIFENG-HAYSTACK _00006350-51, Depo Ex. QB-128 (R. Novoa 7/16/21) | | |
| 129 | Emails between Haystack and Buchalter re file analysis. Bates No. RUIFENG-HAYSTACK _00006345-47, Depo Ex. QB-129 (R. Novoa 7/16/21) | | |
| 130 | Declaration of Xueling Zhao Re: Laboratory Computers. Bates No. RUIFENG-HAYSTACK _00000001-4, Depo Ex. QB-130 (R. Novoa 7/16/21) | | |
| 131 | Supplemental Report of Jon Berryhill served on July 7, 2021 | | |
| 133 | Email from Shan to Wang dated 3/31/2014 - Subject: tupian - with picture attachment. Bates No. QB000612-13 | | |
| 134 | Email fwd from Wang to Shan dated 2/17/2015. Bates No. QB000614-17 | | |
| 137 | Ruifeng business profile for updating. Bates No. QB000607-10 | | |
| 138 | Email from Jack Zhai to Wang - Subject: 要点背忘录. Bates No. QB000611 | | |
| 139 | Email from S. Zhao to Wang with 2014 SSF_reactions excel spreadsheet attached. Bates No. RUIFENG00001571 | | |
| 139A | SSF_reactions_2014-01-01-2014-12-31.xlsx excel spreadsheet produced in native format. Bates No. RUIFENG00001572 | | |
| 141 | Email from S. Zhao to Wang with 2015 SSF_reactions excel spreadsheet attached. Bates No. RUIFENG00001573 | | |
| 141A | SSF_reactions_2015-0-01-2015-10-31.xlsx excel spreadsheet produced in native format. Bates No. RUIFENG00001574 | | |
| 143 | Email from Wang to C. Zhi - Subject: Re: Ruifeng Tax Documents   email with 3 attachments. Bates No. RUIFENG00001560-61 | | |
| 143A | Ruifeng Profit and Loss 2015. Bates No. RUIFENG00001562-63 | | |
| 143B | Ruifeng Fixed Asset List 2015. Bates No. RUIFENG00001564-65 | | |
| 143C | Ruifeng Balance Sheet 2015. Bates No. RUIFENG00001566-67 | | |
| 147 | Email from S. Zhao to Wang with 2015 SSF_reactions excel spreadsheet attached. Bates No. RUIFENG00001548-49 | | |

| TX# | Description | Offered | Admitted |
|---|---|---|---|
| 147A | 2015 SSF_reactions excel spreadsheet - Bates No. RUIFENG00001549 | | |
| 148 | Email from S. Zhao to Wang with 2016 and 2017 SSF_reactions spreadsheets attached. Bates No. RUIFENG00001568-70 | | |
| 148A | 2016 excel spreadsheet: 2016 SSF_reactions spreadsheets - Bates No. RUIFENG00001570 | | |
| 148B | 2017 excel spreadsheet: 2017 SSF_reactions spreadsheets - Bates No. RUIFENG00001569 | | |
| 149 | Email from S. Zhao to Wang - Subject: Fwd: FW: Lease for Ruifeng Biztech, Inc. Contains two attachments: Lease letter and Lease. Bates No. RUIFENG00000397 | | |
| 149A | Black Mountain Properties Lease Letter. Bates No. RUIFENG00000398 | | |
| 149B | Black Mountain Properties Lease. Bates No. RUIFENG00000399-431 | | |
| 152 | Email from S. Zhao to Wang with 2016 and 2017 SSF_reactions spreadsheets attached. Bates No. RUIFENG00000527-29 | | |
| 152A | 2016 excel spreadsheet: SSF_reactions_2016-01-01-2016-12-31.xlsx Bates No. RUIFENG00000528 | | |
| 152B | 2017 excel spreadsheet: SSF_reactions_2017-01-01-2017-09-30.xlsx Bates No. RUIFENG00000529 | | |
| 153 | Email from Wang to Shan - Subject: 移民局的信. With 10 attachments. Bates No. QB000655-56 | | |
| 153A | Notice of Revocation of nonimmigrant Petition (I-292). Bates No. QB000657 | | |
| 153B | Page 2 Attachment to I-292. Bates No. QB000658 | | |
| 153C | Page 3 Attachment to I-292. Bates No. QB000659 | | |
| 153D | Page 4 Attachment to I-292. Bates No. QB000660 | | |
| 153E | Page 5 Attachment to I-292. Bates No. QB000661 | | |
| 153F | Page 6 Attachment to I-292. Bates No. QB000662 | | |
| 153H | Page 7 Attachment to I-292. Bates No. QB000663 | | |
| 153I | Page 8 Attachment to I-292. Bates No. QB000664 | | |
| 153J | Page 9 Attachment to I-292. Bates No. QB000665 | | |
| 153K | Page 10 Attachment to I-292. Bates No. QB000666 | | |
| 164 | Email from Shan to Wang - Subject: 移民局的信. Bates No. QB000618-19 | | |
| 164A | Letter from Shan supporting Wang immigration application. Bates No. QB000620-22 | | |
| 166 | Email from Wang to Shan - Subject: Re:Re: 移民局的信 with attached 善群说明.pages.zip. Bates No. QB000623-24 | | |
| 166A | Revised Letter supporting Wang immigration application. Bates No. QB000641 | | |

| TX# | Description | Offered | Admitted |
|---|---|---|---|
| 168 | Email from Wang to Shan - Subject: 移民局说明 with attached Qun Shan.docx. Bates No. QB000648 | | |
| 168A | Qun Shan.docv - Revised letter supporting Wang immigration application. Bates No. QB000649-50 | | |
| 168B | Redline of Qun Shan.docv - Revised letter supporting Wang immigration application | | |
| 175 | Email from Wang to Sue - Subject: 2014 contains 12 pdf attachments 2014-01.pdf - 2014-12.pdf. Bates No. RUIFENG00000432-43 | | |
| 175A | Invoice #1002 - Bates No. RUIFENG00000433 | | |
| 175B | Invoice #1003 - Bates No. RUIFENG00000434 | | |
| 175C | Invoice #1004 - Bates No. RUIFENG00000435 | | |
| 175D | Invoice #1005 - Bates No. RUIFENG00000436 | | |
| 175E | Invoice #1006 - Bates No. RUIFENG00000437 | | |
| 175F | Invoice #1007 - Bates No. RUIFENG00000438 | | |
| 175G | Invoice #1008 - Bates No. RUIFENG00000439 | | |
| 175H | Invoice #1009 - Bates No. RUIFENG00000440 | | |
| 175I | Invoice #1010 - Bates No. RUIFENG00000441 | | |
| 175J | Invoice #1011 - Bates No. RUIFENG00000442 | | |
| 175K | Invoice #1012 - Bates No. RUIFENG00000443 | | |
| 177 | Email from S. Zhao to Wang with 3 2018 SSF_reactions excel spreadsheets attached 2018-06 to 2018-08. Bates No. RUIFENG00000530-533 | | |
| 177A | Excel spreadsheet: SSF_reactions_2018-08-01-2018-08-7.xlsx - Bates No. RUIFENG00000531 | | |
| 177B | Excel Spreadsheet: SSF_reactions_2018-06-01-2018-06-30.xlsx - Bates No. RUIFENG00000532 | | |
| 177C | Excel spreadsheet: SSF_reactions_2018-07-01-2018-07-31.xlsx - Bates No. RUIFENG00000533 | | |
| 178 | Email from Wang to Sue - contains 1 .jpg attachment: invoice-history.jpg. Bates No. RUIFENG00000290-91 | | |
| 178A | 1 .jpg attachment: invoice-history.jpg. Bates No. RUIFENG00000291 | | |
| 179 | Email from Wang to Sue - contains 12 .pdf attachments Bates No. RUIFENG00000292-304 | | |
| 179A | Invoice #10101 - Bates No. RUIFENG00000293 | | |
| 179B | Invoice #10099 - Bates No. RUIFENG00000294 | | |
| 179C | Invoice #10097 - Bates No. RUIFENG00000295 | | |
| 179D | Invoice #10091 - Bates No. RUIFENG00000296 | | |
| 179E | Invoice #10095 - Bates No. RUIFENG00000297 | | |
| 179F | Invoice #10088 - Bates No. RUIFENG00000298 | | |
| 179G | Invoice #10087 - Bates No. RUIFENG00000299 | | |
| 179H | Invoice #10086 - Bates No. RUIFENG00000300 | | |
| 179I | Invoice #10074 - Bates No. RUIFENG00000301 | | |

| TX# | Description | Offered | Admitted |
|---|---|---|---|
| 179J | Invoice #10075 - Bates No. RUIFENG00000302 | | |
| 179K | Invoice #10073 - Bates No. RUIFENG00000303 | | |
| 179L | Invoice #10062 - Bates No. RUIFENG00000304 | | |
| 181 | Email from Sue to Wang dated 12/18/2018 - contains 7 .jpeg attachments. Bates No. RUIFENG0000519 | | |
| 181A | Paid invoice jpeg 1. Bates No. RUIFENG0000520 | | |
| 181B | Paid invoice jpeg 2. Bates No. RUIFENG0000521 | | |
| 181C | Copy of check jpeg 3. Bates No. RUIFENG0000522 | | |
| 181D | Copy of check jpeg 4. Bates No. RUIFENG0000523 | | |
| 181E | Copy of check jpeg 5. Bates No. RUIFENG0000524 | | |
| 181F | Paid invoice jpeg 6. Bates No. RUIFENG0000525 | | |
| 181G | Copy of check jpeg 7. Bates No. RUIFENG0000526 | | |
| 190 | Email from Tomo to Wang - excel spreadsheet attached - Subject: balance btw qb and gyw. Bates No. QB000753-54 | | |
| 190A | Excel spreadsheet: ruifeng gyw repayment 201903.xlsx. Bates No. QB000755 | | |
| 192 | Email from Wang to Shan dated 6/10/19 - Subject: Re:Re: Re: 财务人员. Bates No. QB000881-83 | | |
| 195 | Email from Shan to T. Kimura cc Wang dated 10/18/19. Bates No. QB000400-401 | | |
| 196 | Email from Kimura to Wang dated 10/18/2019 - Subject: 瑞丰公司. Bates No. QB000506 | | |
| 197 | Email from Wang to Shan dated 12/31/19 - Subject: Re:Fwd: Fwd: 税务局的信. Bates No. QB000849-53 | | |
| 200 | Emails from Wang to Shan dated 1/13/20 - Subject: 回复：会计交接 at 10AM and Subject: 会计交接 at 8AM. Bates No. QB000927-28 | | |
| 205 | Email from Wang to Shan dated 2/15/20 - Subject: Re: 合作研究. Bates No. QB000487 | | |
| 211 | Email from Shan to Wang dated 2/28/20 - Subject: Re: 董事会. Bates No. QB000488 | | |
| 218 | Email from Shan to Wang dated 3/5/20 - Subject: Re: 通知. Bates No. QB000492-4 | | |
| 219 | Email from Shan to Wang dated 3/6/20 - Subject: Re: 调试测序仪通知. Bates No. QB000489 | | |
| 222 | Email from Shan to Wang dated 3/7/3030 re equipment. | | |
| 223 | Email from Wang to Shan dated 3/7/20 - Subject: 资产确认 - with 4 screenshot attachment. Bates No. QB001018 | | |

| TX# | Description | Offered | Admitted |
|---|---|---|---|
| 223A | Photograph of DNA Analyzer - Bengal. Bates No. QB001019 | | |
| 223B | Photograph of DNA Analyzer - Virginia. Bates No. QB001020 | | |
| 223C | Photograph of DNA Analyzer - Vena. Bates No. QB001021 | | |
| 223D | Photograph of DNA Analyzer. Bates No. QB001022 | | |
| 228 | Email from S. Zhao to Wang dated 3/9/20 - Subject: Re: 通知. Bates No. QB000491 | | |
| 230 | Email dated 6/24/20 - Subject: Fwd: FW: In regards to your recent sequencing service disruption from March to June. Bates No. QB023214-18 | | |
| 231 | Email dated 6/3/20 - Subject: Fwd: In regards to your recent sequencing service disruption from March to June. Bates No. QB023225-28 | | |
| 232 | Email dated 6/3/20 - Subject: Fwd: In regards to your recent sequencing service disruption from March to June. Bates No. QB023103-04 | | |
| 233 | Email dated 6/9/20 - Subject: Fwd: In regards to your recent sequencing service disruption from March to June. Bates No. QB023105-07 | | |
| 234 | Email dated 6/5/2020 - Subject: Re: In regards to your recent sequencing service disruption from March to June. Bates No. RUIFENG00003974-75 | | |
| 236 | Email from A. Li Quintara email to A. Li Gmail email dated 1/22/20 - KorroBio.pptx attached. Bates No. QB009574 | | |
| 236A | KorroBio PowerPoint. Bates No. QB9575-9611 | | |
| 238 | Email from A. Li Quintara email to A. Li Gmail email dated 1/27/20 - Merck_2020-01.pptx attached. Bates No. QB009641 | | |
| 238A | Merck_2020-01 PowerPoint. Bates No. QB009642-9666 | | |
| 240 | RF Biotech LLC Registration. Bates No. RUIFENG00001774 | | |
| 241 | Rimon Law letter to Wang dated 3/24/20. Bates No. RUIFENG00001579-81 | | |
| 242 | Forensic report on Cellphone - 6,000-page pdf file. Bates No. QB001317-7397 | | |
| 242A | Forensic report on Cellphone. Bates No. QB005499-5514 | | |
| 242B | Forensic report on Cellphone. Bates No. QB005537-44 | | |
| 242C | Forensic report on Cellphone. Bates No. QB006009-11 | | |
| 242D | Forensic report on Cellphone. Bates No. QB001504 | | |
| 242E | Forensic report on Cellphone. Bates No. QB001508 | | |
| 248 | Privacy Policy - Rui Shao. Bates No. QB001230 | | |
| 249 | Privacy Policy - Alex Wong. Bates No. QB001217 | | |
| 250 | Email dated 12/24/2010 - Subject: Re: Quintara Privacy Statement. Bates No. QB030200 | | |
| 250A | Alex Wong draft privacy policy. Bates No. QB030201 | | |
| 252 | Email dated 10/8/2014 - Subject: confidentiality training for all quintara people. Bates No. QB007398 | | |

| TX# | Description | Offered | Admitted |
|---|---|---|---|
| 253 | Email dated 12/24/2010 - Subject: Re: Quintara Privacy Statement. Bates No. QB023570 | | |
| 254 | Email from Quintara's customer re RF Biotech's email (QB23214) | | |
| 256 | USCIS I129 Petition for nonimmigrant worker dated 3/18/2014. Bates NO. QB007482-85 | | |
| 257 | QB order with GE Healthcare placed by A. Wong. Bates No. QB010135-36 | | |
| 258 | Email between GE Healthcare and A. Wong dated 12/17/18. Bates No. QB010429-30 | | |
| 259 | Quintara Employee Handbook. Bates No. QB000007-27 | | |
| 260 | Transactions btw Quintarabio and Ruifeng from Jan 2014 to Dec 2019. Bates No. QB007583 | | |
| 261 | Quintara payroll summary paid through RF Account 2112 Jan - Dec 2014. Bates No. QB007590 | | |
| 262 | Quintara payroll summary paid through RF Account 2112 Jan - Dec 2015. Bates No. QB007591-93 | | |
| 263 | Quintara payroll summary paid through RF Account 2112 Jan - Dec 2016. Bates No. QB007594-97 | | |
| 264 | Quintara payroll summary paid through RF Account 2112 Jan - Dec 2017. Bates No. QB007598-7600 | | |
| 265 | Quintara payroll summary paid through RF Account 2112 Jan - Dec 2018. Bates No. QB007601-3 | | |
| 266 | Quintara payroll summary paid through RF Account 2112 Jan - Dec 2019. Bates No. QB007604-5 | | |
| 267 | Quintara payroll summary paid through RF Account 2112 2014 - 2019. Bates No. QB007610-11 | | |
| 268 | Email dated 10/7/2015 - Subject: Fwd: price request. Bates No. QB022426-28 | | |
| 268A | Quote #: 100515Zymer. Bates No. QB022429 | | |
| 270 | Email dated 1/21/20 - Subject: Bogyo Lab sequencing quote from Quintara. Bates No. QB009562 | | |
| 270A | Quote 012120BL. Bates No. QB009563 | | |
| 271 | Email dated 3/16/20 - Subject: Customer list for Jan and Feb. Bates No. QB009572 | | |
| 271A | COVID-19 customer reach out list.xlsx. Bates No. QB009573 | | |
| 273 | Email dated 3/16/20 - Subject: Update listed 01-03 - excel attachment. Bates No. QB009781 | | |
| 273A | COVID-19 customer reach out list.xlsx. Bates No. QB009782 | | |
| 275 | Ruifeng Tax Form 571-L. Bates No. RUIFENG00000001-8 | | |
| 276 | Ruifeng Profit and Loss 2017. Bates No. RUIFENG00001642-43 | | |
| 277 | Ruifeng Profit and Loss 2016. Bates No. RUIFENG00001621-22 | | |

| TX# | Description | Offered | Admitted |
|---|---|---|---|
| 278 | Ruifeng Profit and Loss 2018. Bates No. RUIFENG00001609-10 | | |
| 279 | Ruifeng Profit and Loss 2015. Bates No. RUIFENG00001562-63 | | |
| 280 | Email dated 1/2/20 - Subject: Re: BillGroup Volume - Excel sheet attachment. Bates No. QB009719 | | |
| 280A | Excel produced in native format: tomo_billgrounp_processed_volume_2019-12-01_to_2019-12-31.csv. Bates No. QB009720 | | |
| 282 | Ruifeng Tax Return 2014. Bates No. QB007402-35 | | |
| 283 | Ruifeng Tax Return 2015. Bates No. QB007436-62 | | |
| 289 | Quintara Primers text file. Bates No. QB007894 | | |
| 290 | Excel spreadsheet produced in native format: tomo_processed_orders_by_plate_name_2019-12-01_to_2019-12-15. Bates No. QB007986 | | |
| 291 | Excel spreadsheet produced in native format: tomo_processed_orders_by_plate_name_2019-12-01_to_2019-12-31. Bates No. QB007987 | | |
| 292 | Excel spreadsheet produced in native format: tomo_processed_orders_by_plate_name_2020-01-01_to_2020-01-31. Bates No. QB007992 | | |
| 293 | Excel spreadsheet produced in native format: tomo_processed_orders_by_plate_name_2020-02-01_to_2020-02-29. Bates No. QB007997 | | |
| 294 | Excel spreadsheet produced in native format: tomo_processed_orders_by_plate_name_2020-03-01_to_2020-03-08. Bates No. QB007998 | | |
| 295 | Excel spreadsheet produced in native format: tomo_processed_orders_by_plate_name_2019-01-01_to_2019-01-31. Bates No. QB008238 | | |
| 296 | Excel spreadsheet produced in native format: tomo_processed_orders_by_plate_name_2019-12-01_to_2019-12-15.csv. Bates No. QB008241 | | |
| 297 | Excel spreadsheet produced in native format: tomo_processed_orders_by_plate_name_2019-12-01_to_2019-12-31.csv. Bates No. QB008242 | | |
| 298 | Excel spreadsheet produced in native format: tomo_processed_orders_by_plate_name_2020-01-01_to_2020-01-05.csv. Bates No. QB008243 | | |
| 299 | Excel spreadsheet produced in native format: tomo_processed_orders_by_plate_name_2020-01-01_to_2020-01-12.csv. Bates No. QB008244 | | |
| 300 | Excel spreadsheet produced in native format: tomo_processed_orders_by_plate_name_2020-01-01_to_2020-01-19.csv. Bates No. QB008245 | | |

| TX# | Description | Offered | Admitted |
|-----|-------------|---------|----------|
| 301 | Excel spreadsheet produced in native format: tomo_processed_orders_by_plate_name_2020-01-01_to_2020-01-26.csv. Bates No. QB008246 | | |
| 302 | Excel spreadsheet produced in native format: tomo_processed_orders_by_plate_name_2020-01-01_to_2020-01-31.csv. Bates No. QB008247 | | |
| 303 | Excel spreadsheet produced in native format: tomo_processed_orders_by_plate_name_2020-02-01_to_2020-02-02.csv. Bates No. QB008248 | | |
| 304 | Excel spreadsheet produced in native format: tomo_processed_orders_by_plate_name_2020-02-01_to_2020-02-09.csv. Bates No. QB008249 | | |
| 305 | Excel spreadsheet produced in native format: tomo_processed_orders_by_plate_name_2020-02-01_to_2020-02-16.csv. Bates No. QB008250 | | |
| 306 | Excel spreadsheet produced in native format: tomo_processed_orders_by_plate_name_2020-02-01_to_2020-02-23.csv. Bates No. QB008251 | | |
| 307 | Excel spreadsheet produced in native format: tomo_processed_orders_by_plate_name_2020-02-01_to_2020-02-29.csv. Bates No. QB008252 | | |
| 308 | Excel spreadsheet produced in native format: tomo_processed_orders_by_plate_name_2020-03-01_to_2020-03-08.csv. Bates No. QB008253 | | |
| 309 | Excel spreadsheet produced in native format: tomo_processed_orders_by_plate_name_2020-03-01_to_2020-03-15_with_bst.csv. Bates No. QB008254 | | |
| 310 | Excel spreadsheet produced in native format: processed_orders.xlsx. Bates No. QB009672 | | |
| 311 | Excel spreadsheet produced in native format: Dec-Feb 2020 Customer list.xlsx. Ex 2A to Berryhill Report | | |
| 312 | Screen shot of file path: Lab Material info sheet. Ex 2B to Berryhill Report | | |
| 313 | Info regarding Berryhill Ex 2A. Ex 2C to Berryhill Report | | |
| 314 | Excel spreadsheet produced in native format: Dec-Feb 2020 Customer list (1). Ex 3A to Berryhill Report | | |
| 315 | Screen shot of file path: @recycle. Ex 3B to Berryhill Report | | |
| 316 | Ex 3A info. Ex 3C to Berryhill Report | | |
| 317 | Excel spreadsheet produced in native format: | | |
| 318 | Ex 4A Info. Ex 4Bto Berryhill Report | | |
| 319 | Screen shot of file path: Alan Work. Ex 4C to Berryhill Report | | |
| 320 | Excel spreadsheet produced in native format: Copy-Dec-Feb 2020 Customer list. Ex 5A to Berryhill Report | | |
| 321 | Screen shot of file path: Lab Material info sheet folder. Ex 5A to Berryhill Report | | |

| TX# | Description | Offered | Admitted |
|---|---|---|---|
| 322 | Ex 5A Info. Ex 5C to Berryhill Report | | |
| 323 | Screen shot of file path: @recycle showing Copy-Dec-Feb 2020 Customer List. EX 6 to Berryhill Report | | |
| 324 | Screen shot showing Alan Work. EX 7A to Berryhill Report | | |
| 325 | Excel spreadsheet produced in native format: EX7B (alan_work).xlsx. EX 7B to Berryhill Report | | |
| 326 | Email from Alan Li to Wang - Subject: customer list with customer list attachment. Ex 8 to Berryhill Report | | |
| 327 | Excel spreadsheet produced in native format: Copy-Dec-Feb 2020 Customer List.xlsx. Ex 8A to Berryhill Report | | |
| 328 | Novoa Declaration dated 4/30/21. Ex 9 to Berryhill Report | | |
| 329 | Excel spreadsheet produced in native format: processed_orders.xlsx. Ex 10A to Berryhill Report | | |
| 330 | Screen shot showing processed_orders.xlsc in Lab Material info Sheet folder. Ex 10B to Berryhill Report | | |
| 331 | Ex 10A info. Ex 10C to Berryhill Report | | |
| 332 | Screen showing deleted processed_orders.xlsx. Ex 11 to Berryhill Report | | |
| 333 | Email from Tomo to A. Wong - Subject: monthly volume. Ex 12 to Berryhill Report | | |
| 334 | Excel spreadsheet produced in native format: processed_orders.xlsx. Ex 12A to Berryhill Report | | |
| 335 | Excel spreadsheet produced in native format: QBprimers--020417.xlsx. Ex 13A to Berryhill Report | | |
| 336 | Screenshot showing file location of Qbprimers. Ex 13B to Berryhill Report | | |
| 337 | Ex 13A info. Ex 13C to Berryhill Report | | |
| 338 | Excel spreadsheet produced in native format: CPprimers-new-042017.xlsx. Ex 14A to Berryhill Report | | |
| 339 | Screenshot showing file location of Qbprimers-new. Ex 14B to Berryhill Report | | |
| 340 | Ex 14A info. Ex 14C to Berryhill Report | | |
| 341 | Email communications b/w RF and SeqGen. Ex 15 to Berryhill Report. Bates No. RUIFENG00003756-59 | | |
| 342 | Thermo Fisher Invoice# 5176092. Ex 16 to Berryhill Report | | |
| 343 | Sequencing Polymer purchase order. Ex 17 to Berryhill Report. Bates No. RUIFENG00008419 | | |
| 344 | Payment records for ADS-Advanced Seq. Ex 18 to Berryhill Report | | |
| 345 | Payment records with Stickermule and Integrated DNA technologies. Ex 19 to Berryhill Report | | |
| 346 | Declaration of Xueling Zhao Re: Laboratory Computers. Ex 20 to Berryhill Report | | |

| TX# | Description | Offered | Admitted |
|-----|-------------|---------|----------|
| 347 | Rimon Law Letter dated 3/24/20. Ex 21 to Berryhill Report. Bates No. RUIFENG00001579 | | |
| 348 | Example of renaming script: (rename_to_original_v4). Ex 22 to Berryhill Report | | |
| 349 | Excel spreadsheet produced in native format: Ex 23 (1.5.20 deleted files). Ex 23 to Berryhill Report | | |
| 350 | Excel spreadsheet produced in native format: QBprimers-102015_GeneSpecific_removed.xlsx. Ex 24A to Berryhill Report | | |
| 351 | Screen shot showing QBprimers-102015_GeneSpecific_removed.xlsx file in Lab Material info Sheet folder. Ex 24B to Berryhill Report | | |
| 352 | Ex 24A info. Ex 24C to Berryhill Report | | |
| 353 | Screen shot showing QBprimers-102015_GeneSpecific_removed.xlsx file in Desktop folder. Ex 25 to Berryhill Report | | |
| 354 | Excel spreadsheet produced in native format: Copy of CPprimers-new-082917.xlsx. Ex 26A to Berryhill Report | | |
| 355 | Screen shot showing Copy of CPprimers-new-082917.xlsx file in Lab Material info Sheet folder. Ex 26B to Berryhill Report | | |
| 356 | Ex 25A info. Ex 26C to Berryhill Report | | |
| 357 | Alan Work.zip folder produced in native format. Ex 27 to Berryhill Report | | |
| 358 | Expert Report of Jon Berryhill dated 5/14/2021. PSJM Berryhill Decl Ex A | | |
| 359 | Supplemental Report of Jon Berryhill. PSJM Berryhill Decl Ex B | | |
| 360 | Quintara's Customer DNA Sequencing Datasets Found on the Inspected Computers. PSJM Berryhill Decl Ex C | | |
| 361 | Quintara's .ab1 Files on Workstation_3. PSJM Berryhill Decl Ex D | | |
| 362 | Emails between counsel re Deficient Computer Imaging. Exhibit C to Opposition to PSJM | | |
| 363 | Quintara's Amended Trade Secret Disclosure. Exhibit to Opposition to PSJM - JB-01 | | |
| 364 | List of Sequencers at 3563. Exhibit to Opposition to PSJM - Zhao Decl Ex D | | |
| 365 | List of Equipment Paid for by Ruifeng. Exhibit to Opposition to PSJM - Zhao Decl Ex E | | |
| 366 | Defendants' Response to Plaintiff's First Set Of Requests For Inspection And The Production Of Documents To Defendants Ruifeng Biztech Inc., Gangyou Wang, Alex Wong, Alan Li, Rui Shao, And Rf Biotech LLC (Nos. 1-16). Exhibit to Mtn for Sanctions - JJL Decl Ex 3 | | |

| TX# | Description | Offered | Admitted |
|---|---|---|---|
| 367 | Summary chart of requests for production at issue. Exhibit to Mtn for Sanctions - JJL Decl Ex 4 | | |
| 368 | Defendants' Response to Plaintiff's Third Set of Requests for Inspection and The Production of Documents to Defendants Ruifeng Biztech Inc., Gangyou Wang, Alex Wong, Alan Li, Rui Shao, And Rf Biotech LLC (Nos. 20 – 31). Exhibit to Mtn for Sanctions - JJL Decl Ex 4A | | |
| 369 | Objections and Responses to Plaintiff's Requests for Inspection and Production of Documents (Set Four). Exhibit to Mtn for Sanctions - JJL Decl Ex 4B | | |
| 370 | Second Amended Objections and Responses to Plaintiff's Requests for Inspection and Production of Documents (Set Four). Exhibits to Mtn for Sanctions - JJL Decl Ex 4C | | |
| 371 | Friday, April 16, 2021 - Discovery Hearing Transcript. Exhibit to Mtn for Sanctions - JJL Decl Ex 5 | | |
| 372 | Subpoena to Testify at Depo to Rene Novoa. Exhibit to Mtn for Sanctions - JJL Decl Ex 6 | | |
| 373 | Excel spreadsheet detailing computer image collection. Exhibit to Mtn for Sanctions - JJL Decl Ex 7A. Bates No. RUIFENG00011255 | | |
| 374 | Excel spreadsheet detailing computer image collection. Exhibit to Mtn for Sanctions - JJL Decl Ex 7B. Bates No. RUIFENG00011255 | | |
| 375 | Email from Peterson to Buchalter - Subject: Quintara letter re computers. Exhibit to Mtn for Sanctions - JJL Decl Ex 10 | | |
| 376 | Emails between Peterson and Buchalter re SQL files and original 922 files identified. Exhibit to Mtn for Sanctions - JJL Decl Ex 11 | | |
| 377 | Chart of material emails found in Wang's iMac computer. Exhibit to Mtn for Sanctions - JJL Decl Ex 15 | | |
| 378 | Email sent on 8/18/2020 from Alan Li to Defendants - Subject: Collaboration Folder - Invitation to Collaborate. Exhibit to Mtn for Sanctions - JJL Decl Ex 15-123 | | |
| 379 | Email from Alan Li to Gangyou sent on 8/10/2020 with pdf attachment "Agreement-of-transfe…20.pdf". Exhibit to Mtn for Sanctions - JJL Decl Ex 15-137 | | |
| 380 | Translation of QB-112 - Email from Wang to Alan Li - Subject: jianxin. Exhibit to Mtn for Sanctions - JJL Decl Ex 15-185 | | |
| 381 | Translation of QB-111 - Email from Wang to RF Biotech - Subject: jianxin. Exhibit to Mtn for Sanctions - JJL Decl Ex 15-187 | | |
| 382 | Translation of Email from Matthew Zhang to Wang - Subject: Fwd: New Message - ruifengbiztechinc.com. Exhibit to Mtn for Sanctions - JJL Decl Ex 15-189 | | |

| TX# | Description | Offered | Admitted |
|---|---|---|---|
| 383 | Translation of QB-106 - Email from Wang to Christine dated 6/2/2020. Exhibit to Mtn for Sanctions - JJL Decl Ex 15-192 | | |
| 384 | List of documents produced by Stanford University. Exhibit to Mtn for Sanctions - JJL Decl Ex 16 | | |
| 385 | Invoice 82220032 from RF Biotech to Stanford University. Exhibit to Mtn for Sanctions - JJL Decl Ex 16-004. Bates No. RUIFENG00003457 | | |
| 386 | Invoice 82220120 from RF Biotech to Stanford University. Exhibit to Mtn for Sanctions - JJL Decl Ex 16-021. Bates No. RUIFENG00003150 | | |
| 387 | Stanford Declaration of the Custodian of Records. Exhibit to Mtn for Sanctions - JJL Decl Ex 16A | | |
| 388 | Text Message records between Defendants. Exhibit to Mtn for Sanctions - JJL Decl Ex 17A. Bates No. QB006855-6860 | | |
| 389 | Text Message records between Defendants. Exhibit to Mtn for Sanctions - JJL Decl Ex 17B. Bates No. QB006815 | | |
| 390 | Text Message records between Defendants. Exhibit to Mtn for Sanctions - JJL Decl Ex 17C. Bates No. QB006698-6700 | | |
| 391 | Text Message records between Defendants. Exhibit to Mtn for Sanctions - JJL Decl Ex 17D. Bates No. QB07095 | | |
| 392 | Screenshot sample of Profile 1. Exhibit to Mtn for Sanctions - JJL Decl Ex 18 | | |
| 393 | Screenshot sample of Profile 2. Exhibit to Mtn for Sanctions - JJL Decl Ex 19 | | |
| 394 | Screenshot showing files deleted. Exhibit to Mtn for Sanctions - JJL Decl Ex 20 | | |
| 395 | Email from Integrated DNA Technologies to RF Biotech confirming order. Exhibit to Mtn for Sanctions - JJL Decl Ex 22 | | |
| 396 | Invoice RF20200804 from AdvancedSeq LLC (ADS) to RF Biotech. Exhibit to Mtn for Sanctions - JJL Decl Ex 23. Bates No. RUIFENG00007966 | | |
| 397 | Invoice 5176092 from Fisher Scientific to RF Biotech. Exhibit to Mtn for Sanctions - JJL Decl Ex 24. | | |
| 400 | Pdf version of Excel spreadsheet: QB007986 tomo_processed_orders_by_plate_name_2019-12-01_to_2019-12-15.csv. Exhibit to Mtn for Sanctions - JJL Decl Ex 28 | | |
| 401 | Expert Report of Rene Novoa. Exhibit to Mtn for Sanctions - JJL Decl Ex 29 | | |
| 402 | Meet and confer letter from LiLaw to Buchalter re discovery sanction motion. Exhibit to Mtn for Sanctions - JJL Decl Ex 30 | | |
| 403 | Timeline of Collaboration of Quintara and Ruifeng. Demonstrative 1 | | |
| 404 | Illustration of the Quintara-Ruifeng Collaboration. Demonstrative 2 | | |

| TX# | Description | Offered | Admitted |
| --- | --- | --- | --- |
| 405 | The 3563 Lab's Floor Plan marked with the locations of offices and equipment. Demonstrative 3 | | |
| 406 | Illustration of the Customer Profile Database. Demonstrative 4 | | |
| 407 | Illustration of the Vendor Database. Demonstrative 5 | | |
| 408 | Timeline of "Profile 1". Demonstrative 6 | | |
| 409 | Timeline of "Profile 2". Demonstrative 7 | | |
| 410 | Three forms of Damage Awards. Demonstrative 8 | | |
| 411 | Summary of lost profit. Demonstrative 9 | | |
| 412 | Summary of unjust enrichment. Demonstrative 10 | | |
| 413 | Summary of reasonable royalty. Demonstrative 11 | | |
| 414 | Summary of facts supporting injunctive relief. Demonstrative 12 | | |
| 415 | Primers from Bengal Machine: APX2-NES-CSII-Lenti1-AttB-R_QB3832_2020-03-04_B05.ab1 | | |
| 416 | Primers from Bengal Machine: APX2-NES-CSII-Lenti1-AttB-R_QB3832_2020-03-04_B05.seq | | |
| 417 | Primers from Bengal Machine: APX2-NES-CSII-Lenti1-AttB-R_QB3832_2020-03-04_B05.annotation.pdf | | |
| 418 | Primers from Bengal Machine: APX2-NES-CSII-Lenti1-AttB-R_QB3832_2020-03-04_B05.pdf | | |
| 419 | Primers from Bengal Machine: ORF152-F29-1_QB5889_2020-02-01_G06.ab1 | | |
| 420 | Primers from Bengal Machine: ORF152-F29-1_QB5889_2020-02-01_G06.seq | | |
| 421 | Primers from Bengal Machine: ORF152-F29-1_QB5889_2020-02-01_G06.annotation.pdf | | |
| 422 | Primers from Bengal Machine: ORF152-F29-1_QB5889_2020-02-01_G06.pdf | | |
| 423 | Primers from Bengal Machine: Y20_QB0112_2020-03-05_A08.ab1 | | |
| 424 | Primers from Bengal Machine: Y20_QB0112_2020-03-05_A08.seq | | |
| 425 | Primers from Bengal Machine: Y20_QB0112_2020-03-05_A08.annotation.pdf | | |
| 426 | Primers from Bengal Machine: Y20_QB0112_2020-03-05_A08.pdf | | |
| 427 | Composite Exhibit of Documents Produced by Stanford, Bates No. ST00001 - ST00064 | | |
| 428 | Summary of Invoices Produced by Stanford, Bates No. ST00013 - ST00064 | | |
| 429 | Email from Alan Li dated August 24, 2020. Bates No. RUIFENG00006232-36. | | |
| 430 | Email from Alan Li dated August 24, 2020. Bates No. RUIFENG00006243. | | |
| 431 | Expert Report of Tomo Kimura served on September 30, 2021. | | |

| TX# | Description | Offered | Admitted |
|---|---|---|---|
| 432 | Curriculum vitae of Kimura. Bates No. QB031982, Ex A to Kimura Report. | | |
| 433 | Ruifeng Account Login Page. Bates No. QB031981, Ex B to Kimura Report | | |
| 434 | Ruifeng Account Sign Up Page. Bates No. QB031983, Ex C to Kimura Report. | | |
| 435 | Financial Information Cross-Reference. Bates No. QB031984, Ex D to Kimura Report. | | |
| 436 | RF DNA Sequencing Volume. Bates No. QB031985, Ex E to Kimura Report. | | |
| 437 | Quotation No.: P4098978. Bates No. RUIFENG00007691-92, Ex F to Kimura Report. | | |
| 438 | Copy of Mass Email sent by Ruifeng/A. Li on June 3, 2020. Bates No. QB023214-18, Depo. Ex. QB-22 (A. Li, 4/23/21) | | |
| 439 | Summary of Invoices Produced by Ruifeng. Bates No. QB031986, Ex H to Kimura Report. | | |
| 440 | Highly Confidential - QB Service Variable Cost. Bates No. QB031987, Ex I to Kimura Report. | | |
| 441 | Summary of Lost Sales and Profits. Bates No. QB031988, Ex J to Kimura Report. | | |
| 442 | Quintara Biosciences P&L dated 4/23/2021. Bates No. QB031989-90, Ex K to Kimura Report. | | |
| 443 | Monthly Summary of Ruifeng DNA Seq Sales and QB Lost Sales and Gross Profits. Bates No. QB031991, Ex L to Kimura Report. | | |
| 444 | Quintara Biosciences Total Lost Gross Profits. Bates No. QB031995, Ex M to Kimura Report. | | |
| 445 | Estimated QB Lost Sales and Profits from Customers Who did not Become Ruifeng's Customers. Bates No. QB031992-94, Ex N to Kimura Report. | | |
| 446 | Screen capture of Server_ Custom's WD500 hard drive showing last access date. Ex A to Supplemental Berryhill declaration iso Motion for Sanctions | | |
| 447 | Screen capture of Server_ Custom's WD160 drive showing last access date. Ex B to Supplemental Berryhill declaration iso Motion for Sanctions | | |

Dated June 9, 2023  LILAW INC. Attorney for Plaintiff

By *(signature: Daniel Peterson)*

J. James Li

Richard Lambert

Tamara Rider

Daniel Peterson