**LAW OFFICE OF RESHMA KAMATH**
Reshma Kamath, Cal. Bar No. 333800
700 El Camino Real, Suite 120, #1084,
Menlo Park, California 94025, United States
Phone-number: 650 257 0719
E-mail address: reshmakamath2021@gmail.com
**COUNSEL FOR DEFENDANTS**
**RUIFENG BIZTECH INC.; GANGYOU WANG;**
**ALAN LI; AND, RF BIOTECH LLC.**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| QUINTARA BIOSCIENCES, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RUIFENG BIZTECH INC., a California corporation, GANGYOU WANG, an individual, ALEX WONG, an individual, ALAN LI, an individual, RUI SHAO, an individual, and RF BIOTECH LLC, a California limited liability company,<br><br>Defendants. | **Case No. 3:20-cv-04808-WHA**<br><br>*[Assigned to presiding Judge Honorable William Alsup]*<br><br>**ADDENDUM TO JOINT DISCLOSURE OF TRIAL EXHIBIT LIST PURSUANT TO FED. R. CIV. P. 26(A)(3)(A)** |

*TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD, HEREIN:*

Pursuant to the Final Pre-trial conference held on June 28, 2023, and Honorable Judge William H. Alsup's direct Orders, the Defendants Ruifeng Biztech Inc., Gangyou Wang, Alan Li, and, RF Biotech LLC ("Defendant") submit the addendum to the joint exhibit list for trial in this matter Disclosure of Trial Exhibits Pursuant to Fed. *R. Civ. P.* 26(a)(3)(A). The parties reserve the right to amend and/or supplement the below trial exhibit list:

| Exh. | Bate-Stamped | Time-Period | Description | Offered By (P/D) | Stip. to Authen.? | Limit-ations | Evid. Obj. | Date Mark-ed for ID | Date Admit-ted |
|---|---|---|---|---|---|---|---|---|---|
| 501 | Ruifeng 0001-0060 [disc. QB000007-QB08233] | 2013-2020 | Translated e-mails between Quintara/Ruifeng operating as one entity with English translation | D | | | | | |
| 502 | Ruifeng 0061-00100 [disc. QB000441-QB00891] | 2013-2020 | E-mails acknowledging joint venture cooperation partnership agreement | D | | | | | |
| 503 | Ruifeng 0101-0103 | 2013 | Ruifeng-Quintara Joint Co-cooperation Agreement in Chinese language | D | | | | | |
| 504 | Ruifeng 0104-0106 | 2019 | Ruifeng-Quintara Joint Co-cooperation Agreement dated 2019 in the Chinese language with translation in English | D | | | | | |

| No. | Bates | Date | Description | D | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 505 | Ruifeng 0107-0200 | 2013-2020 | Haystack Invoices from 2013-2020 | D | | | | | |
| 506 | Ruifeng 0201-0351 [Disc. RUIFENG 000009352-RUIFENG 000009562] | 2013-2020 | Ruifeng Tax Documents W-2 for shared employees, Sue Zhao and Richard Shan | D | | | | | |
| 507 | Ruifeng 0352-0405 [Disc. QB008095-QB008226] | 2013-2020 | Rene Novoa communications from Haystack report dated May 14, supplemental report dated July 07, 2021, and bio | D | | | | | |
| 508 | Ruifeng 0406-0502 [Disc. Ruifeng 000001-00000096] | 2013-2020 | RF Bio server | D | | | | | |
| 509 | Ruifeng 0503-0536 [Disc. QB009527-009557] | 2013-2020 | Contact List: Quintara Vendor and Customer List entitled 'profile database' | D | | | | | |
| 510 | Ruifeng 0537-0542 [Disc. QB Ex. 8-12] | 2013-2020 | Alex Wong's phone call logs from deposition exhibits | D | | | | | |
| 511 | Ruifeng 0543-0566 [Disc. QB Ex. 301-303] | 2013-2020 | J. Berryhill report exhibits produced at deposition dated 07/15/2021 | D | | | | | |
| 512 | Ruifeng 0537-0542 | 2013-2020 | Investment Blvd., Suite 2. 1-247 pgs | D | | | | | |

| 513 | Ruifeng 0537-0720 [disc. TK0056-TK0218] | 5/7/2019 | Tomo Kimura deposition transcript dated 05/07/2019 | D | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 514 | Ruifeng 0721-0916 [disc. Ruifeng 000011022-00011203] | 2013-2020 | Customer invoices with related communications | D | | | | | |
| 515 | Ruifeng 0917-0921 [disc. Ruifeng 000011255] | 2013-2020 | Trial Graphix invoices with excel sheet with information such as the smart devices, computer, computer stations, custodian, custodian e-mails. | D | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 516 | Ruifeng 0921-0922 [disc. Ruifeng 0009564] | | WeChat Messages from phone numbers | D | - | | | | |
| 517 | Ruifeng 0923-0950 [Disc. QB 25-32] | TBA | Deposition of Christine Chen | D | | | | | |
| 518 | Ruifeng 0951-1118 [Disc. HU_00000001 – HU_00000683] | 2013-2020 | Documents from Deposition of Henry Hu | D | | | | | |
| 519 | Ruifeng 1119-1150 [Disc. JB00001-JB000029] | 2021 | Deposition of Jon BerryHill production documents | D | | | | | |
| 520 | Ruifeng 1151-1231 [disc. QB59-62] | 05/13/2021 | Deposition of Dehua Zhao documents produced | D | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 521 | Ruifeng 1232-1334<br><br>[disc. QB47-58 T Owens] | 2021 | Deposition of Tiffany Owens documents | D | | | | | |
| 522 | NONE | TBA | NONE | D | | | | | |
| 523 | NONE | TBA | NONE | D | | | | | |
| 524 | Ruifeng 1335-1400<br><br>[disc. 13-20 Qun Shan] | TBA | Deposition of Qun Shan [Richard Shan] agent of QB, documents, e.g., letter re joint cooperation | D | | | | | |
| 525 | Ruifeng 1401-1472<br><br>[disc. QB 43-50] | TBA | Deposition of Hailong Jiao documents | D | | | | | |
| 526 | Ruifeng 1473-1773<br><br>[disc. RUIFENG-ZHI 000019-000073; QB2, 2A, 74-81; AEO Highly confidential material] | 2021 | Deposition of Charles Zhi, such as e-mails, documents, and miscellaneous | D | | | | | |
| 527 | Ruifeng 1774-3107 | 2021 | Deposition of Maryellen Sebold - Expert Rebuttal Report dated May 28, 2021 of pgs. 1333. | D | | | | | |
| 528 | Ruifeng 3108-3308<br><br>[QB. Exh. 120-130] | 2021 | Deposition of Rene Nova documents<br><br>10 pgs. | D | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 529 | Ruifeng 3309-3700 [RUIFENG-HAYSTACK 00006359-06544] | 2021 | Haystack tracking of documents, computer, office equipment from Maryellen Sebold and Rene Novoa. | D | | | | | | |
| 530 | Ruifeng 3701-3706; | 2021 | Chain of Custody from Alan Li to Rene Novoa; Sergio Garcia; Nick Passaro. | D | | | | | | |
| 531 | Ruifeng 3707-3712 | 2021 | E-mails of Dorothe Shuche | D | | | | | | |
| 532 | Ruifeng 3712-4200 | 2013-2020 | E-mails acknowledging joint venture cooperation partnership agreement | D | | | | | | |
| 533 | Ruifeng 4201-13300 [Disc. QB00411-009783] | 2013-2020 | Employee preparation documents | D | | | | | | |
| 534 | Ruifeng 13300-13701 [Disc. QB00441-00872] | 2013-2020 | Immigration documents | D | | | | | | |
| 535 | Ruifeng 13701-14801 [Disc. QB00373-07583; Ruifeng00010427-Ruifeng00011021] | 2013-2020 | Financial documents | D | | | | | | |

| No. | Bates | Date | Description | D | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 536 | Ruifeng 14802-14805 [Deposition Xueling Zhao Highly confidential AEO documents] | 2021 | Deposition of Xuileng Zhao Highly confidential AEO documents; salary records | D | | | | | | |
| 537 | Ruifeng 14806-22000 [Disc. QB001021-9783] | 2013-2020 | Quintara's stealing of trade secrets from Ruifeng | D | | | | | | |
| 538 | Ruifeng 22000-22001 | 2013-2014 | Ruifeng/Gangyou Wang's payment of $1Million USD to Quintara/ Richard Shan | D | | | | | | |
| 539 | Ruifeng 22002-22249 [BMP 0001-000247] | 03/2017 | Lease Exhibit Harbor Way, South San Francisco from BlackMountain | D | | | | | | |
| 540 | Ruifeng 22250-22255 | 2019 | Insurance Claim Information | D | | | | | | |
| 541 | NONE | NONE | NONE | D | | | | | | |

| 542 | NONE | NONE | NONE | D | | | | |
|---|---|---|---|---|---|---|---|---|
| 543 | Ruifeng 22250-22295 | NONE | Deposition of Stacy Wenbo Xu | D | | | | |
| 544 | Ruifeng 22296-22305 [RUIFENG 096-102] | 2013-2020 | Ray Shao e-mails | D | | | | |

| No. | Bates | Date | Description | D | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 545 | Ruifeng 22306-22308 [RUIFENG 0000009563-9564] | 2013-2020 | Alex Wong Android phone messages  2 pgs. | D | | | | | |
| 546 | NONE | NONE | NONE | D | | | | | |
| 547 | NONE | NONE | NONE | D | | | | | |
| 548 | Ruifeng 22306-22310 | 2013-2020 | Drop-off Site documents  2 pgs. | D | | | | | |
| 549 | Ruifeng 22310-22600 [QB008028-QB008072] | 2013-2020 | Quintara balance sheets | D | | | | | |
| 550 | Ruifeng 22601-22702 [QB008030; 39;44;50;56;62; 69; QB008075] | 2013-2020 | Quintara Profit & Loss Statements | D | | | | | |
| 551 | Ruifeng 22703-22709 | 2013-2020 | Ruifeng RSM documents 4 pgs | D | | | | | |
| 547 | Ruifeng 22710-22900 | 2013-2020 | Ruifeng Financial documents [Bank of America] | D | | | | | |
| 548 | NONE | 2013-2020 | NONE | D | | | | | |
| 549 | Ruifeng 22306-22308 | 2013-2020 | RuiFeng Relativity Export | D | | | | | |
| 550 | Ruifeng 22900-23000 | 9/18/2020 | BlackHill documents | D | | | | | |
| 551 | Ruifeng 23001-23805 [disc. QB008271-QB008780] | 2013-2021 | Ruifeng-Quintara Customer Profile Database 250 pgs | D | | | | | |

ADDENDUM TO THE JOINT DISCLOSURE OF TRIAL EXHIBIT LIST PURSUANT TO FED. R. CIV. P.

| | | | | |
|---|---|---|---|---|
| 552 | Ruifeng 23806-23950 [disc. QB108-113] | 2021 | Deposition Alan Li documents | D |
| 553 | Ruifeng 23951-25000 [disc. QB18-104] | 2021 | Deposition of Gangyou Wang documents | D |
| 554 | Ruifeng 25001-25052 | 2021 | Deposition of Stacy Wenbo Xu documents. | D |
| 555 | Ruifeng 25053-25055 | 2019 | Quintara-Ruifeng Signed Agreement | D |
| 556 | Ruifeng 25056-25057 [RUIFENG 0009563-9564] | 2013-2020 | Mobile Reports for Gangyou Wang, Alan Li excel sheet – instant messages. chats | D |
| 557 | NONE | NONE | NONE | D |
| 558 | NONE | NONE | NONE | D |
| 559 | NONE | NONE | NONE | D |
| 560 | NONE | NONE | NONE | D |
| 561 | NONE | NONE | NONE | D |
| 562 | NONE | NONE | NONE | D |
| 563 | NONE | NONE | NONE | D |
| 564 | Ruifeng 25058-28803 [Ruifeng-RSM-000001-00003704] | 2013-2020 | Ruifeng RSM documents | D |
| 565 | Ruifeng 28804-30000 QB008231-9804 RUIFENG 00011256-00011817; 00011818-00011948 | 2013-2020 | Ruifeng Financial documents | D |
| 566 | | NONE | NONE | D |
| 567 | | NONE | NONE | D |
| 568 | | NONE | NONE | D |
| 569 | | NONE | NONE | D |

| | | | | |
|---|---|---|---|---|
| 570 | Ruifeng 30000-30005 | 03/16/2017 | Lease Exhibit Harbor Way, South San Francisco [QB46 T Owens] | D |

**LAW OFFICE OF RESHMA KAMATH**

**DATED: June 30, 2023**         */S/ Reshma Kamath*

Reshma Kamath,
Counsel for Defendants RUIFENG BIZTECH INC.; GANGYOU WANG; ALAN LI; and, RF BIOTECH LLC

# CERTIFICATE OF SERVICE
F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260.

I am employed in, the County of San Mateo, California. I am over the age of 18, and not a party to this action. My business/mailing address is: 700 El Camino Real, Suite 120, #1084, Menlo Park, California 94025, United States; and, e-mail address is reshmakamath2021@gmail.com for electronic-service. On June 30, 2023, I sent the following documents via the below method of service. SEE ATTACHED SERVICE LIST.

**ADDENDUM TO JOINT DISCLOSURE OF TRIAL EXHIBIT LIST PURSUANT TO FED. R. CIV. P. 26(A)(3)(A);**

**CERTIFICATE OF SERVICE.**
///

Via **ELECTRONIC SERVICE**: In electronically transmitting courtesy copies of the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list per the electronic service agreement between the parties' counsel. To my knowledge, the transmission was reported as complete and without error. [Notice of Electronic-Service pursuant to California Code of Civil Procedure § 1010.6.]
///

I declare under penalty of perjury of the laws of the State of California, and the laws of the United States of America that the foregoing is true and correct. Executed on June 30, 2023.

*Sincerely*,

*/S/ Reshma Kamath*
Reshma Kamath

## **SERVICE LIST**

Daniel Robert Peterson
Email: petersond@lilaw.us

Richard D Lambert
Email: lambertr@lilaw.us

Tamara Rider
Email: ridert@lilaw.us

J. James Li
LiLaw, Inc.
1905 Hamilton Avenue Suite 200 San Jose, CA 95125
650-521-5956 Fax: 650-521-5955 Email: lij@lilaw.us
ATTORNEY TO BE NOTICED
ATTORNEYS FOR PLAINTIFF QUINTARA BIOSCIENCES, INC.

Ting Jiang, LiLaw, Inc./Quintara's Legal assistant
E.: jiangt@lilaw.us