# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-04808-WHA
Case Name: Quintara Biosciences, Inc.v. Ruifeng Biztech Inc.

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | | PLAINTIFF ATTORNEY: | | | DEFENSE ATTORNEY: | |
|---|---|---|---|---|---|---|
| **William Alsup** | | J. James Li, Tamara Rider, Richard Lambert | | | Reshma Kamath | |
| TRIAL DATE: | | REPORTER(S): | | | CLERK: | |
| July 6, 2023 | | Ruth Ekhaus | | | Angella Meuleman | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:05 a.m. | | | Court in session. Parties stated appearances. Jury Selection procedure and other housekeeping matters discussed with the parties outside presence of jury. | |
| | | 8:30 a.m. | | | Court in recess. | |
| | | 9:05 a.m. | | | Court reconvened. Housekeeping issues discussed outside presence of jury. Trial days were modified. Counsel can be available for further trial, if necessary, on 7/17 and 7/18. | |
| | | 9:08 a.m. | | | Jury panel enter the courtroom and sworn. Court makes introductory remarks to the jury panel. | |
| | | 9:14 a.m. | | | Case called. Parties stated appearances. Jury panel voir dired by Court. | |
| | | 10:18 a.m. | | | Jury on break. Hardships discussed outside presence of jury. | |
| | | 10:27 a.m. | | | Court in recess. | |
| | | 10:40 a.m. | | | Court reconvened. Jury panel present. Hardships excused. Panel voir dired by parties. | |
| | | 11:40 a.m. | | | Jury on break. Challenges for cause discussed outside presence of jury. Defense causes for challenge denied. | |
| | | 12:00 p.m. | | | Court in recess. | |
| | | 12:06 p.m. | | | Court reconvened. Jury panel present. Further voir dire by counsel. | |
| | | 12:18 p.m. | | | Peremptory challenges exercised. Jury of eight selected. Court admonished jury and directed them to return on Monday, 7/10/2023, at 7:45AM. | |
| | | 12:21 p.m. | | | Jury is excused. Housekeeping matters discussed outside presence of jury. Court ruled on various issues as stated on the record. | |
| | | 1:00 p.m. | | | Parties are directed to exchange any demonstratives by Sunday, 7/16/2023, 5PM. | |
| | | | | | | |
| | | | | | | |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|-------------------|-----|-----|-------------|-----|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |