# RESHMA KAMATH
WWW.MYINSTALAWYER.COM

*Via electronic delivery* only

**TO: THE COURT, HONORABLE JUDGE WILLIAM H. ALSUP**

Hello Court:

Undersigned counsel is in receipt of the Order dated July 21, 2023. However, this Court has not only mis-stated facts, it has also made erroneous findings, such as "defense counsel motion." One such correction of the erroneous finding was: no such motion from defense counsel was ever filed. Thus, the undersigned counsel will present Objections to the Court's Order dated July 21, 2023, with evidence and exhibits that the Court has presented and characterized the incidents in an improper and erroneous fashion. This includes versions and perceptions of facts from Judge Hixson, Plaintiff's attorney James Li, and Judge Alsup. Defense counsel had not prior presented them to the Court, because of the frivolous nature and order that Judge Hixson had issued based on revengeful racial misogyny, and not based in fact/law.

**DATED: July 21, 2023**

*Reshma Kamath*

COUNSEL