# EXHIBIT A



**LAW OFFICE OF RESHMA KAMATH**

Counsel Reshma Kamath (Cal. Bar No. 333800)
Counselor-at-Law | Phone: 650 257 0719 |
E-mail: reshmakamath2021@gmail.com | www.myinstalawyer.com |
Address: 700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025

Methods of Payment: Wire, Cash, Credit Card, Zelle,Venmo to E-mail: reshmakamath2021@gmail.com
Client pays all transfer fees. **Payment due**
Installment payments available.
Mailing Address: 700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025.
Client: RUIFENG BIZTECH, INC.; RF BIOTECH, LLC; GANGYOU WANG; ALAN LI.

4,610 hours (amounting to approximately **192.083 days**) at $450 per hour on this matter from when the law firm was substituted in including the hours spent on pre-trial and trial preparation, trial binder preparation, witness(es) preparation, and the actual trial. This discounted amount summed up to **$2,074,500.**

 **INVOICE**

| DESCRIPTION | TIME SPENT | DATE | INVOICE TOTAL AMOUNT |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| ***2021*** | | | Hours approx.: |
| Draft retainer agreement and execute; | 1.75 | Nov. 10, 2021 | 4,610 hours x $450/hour = **$2,074,500**<br><br>**DUE & OWING= $2,074,500** |
| Meet-and-confer with clients' agents, Dennis about case intake via telephonic- and e-mail | 1.25 | Nov. 10, 2021 | |
| Introduction to clients via e-mail | 0.50 | Nov. 10, 2021 | |
| Prepare and file the substitution of attorney form with proposed order pdf and word document mailing to the clerk | 1.75 | Nov. 10, 2021 | |
| Review the complaint, cross-claims, and inform the client that the cross-claims were remanded to state-court prior to substitution | 2.15 | Nov. 10, 2021 | |
| Review the motion for protective order, and stipulation; inform the clients that such a protective order for | 2.50 | Nov. 10, 2021 | |

| | | | |
|---|---|---|---|
| Attorneys' Eyes Only (AEO) is in place. | | | |
| Notify the clients, and attend the hearings for Buchalter substituting out of the matter/enforcing PO | 1.50 | Nov. 10, 2021 | |
| Confer via e-mail with Buchalter about sending me the AEO material and the method of delivery. | 1.15 | Nov. 15, 2021 | |
| Confer with client via e-mail how this AEO material only cannot be sent to them. | 0.75 | Nov. 16, 2021 | |
| Confer with Alan Li via e-mail about his position in the case. | 0.50 | Nov. 10, 2021 | |
| Confer while Buchalter attorney exchanges nasty e-mails with counsel/ no explanation about anything about DTSA trade secrets. | 0.50 | Nov. 20, 2021 | |
| Second set of NON-AEO material e-mail the client from Buchalter; Review the material prior; First set of NON-AEO | 3.50 | Nov. 20, 2021 | |

| | | | |
|---|---|---|---|
| material e-mail the client from Buchalter; Review the material prior; | 3.50 | Nov. 30, 2021 | |
| DRAFT, RESEARCH, PREPARE MOTION TO VACATE PROTECTIVE ORDER | 4.75 | Nov. 30, 2021 | |
| DRAFT, RESEARCH, PREPARE FIRST-AMENDED COMPLAINT | 4.75 | Nov. 10-30, 2021 | |
| MEET-AND-CONFER with clients in November 2021 | 6.15 | Dec. 10, 2021 | |
| HAYSTACK e-mails inform client and reply to HAYSTACK | 1.50 | Dec. 11, 2021 | |
| Draft and prepare REPLY to MOTION TO VACATE; notify clients. | 4.75 | Nov. 29, 2021 | |
| State Law claims - discuss with opposing counsel Li | 3.50 | Dec. 16, 2021 | |
| TRANSCRIPT ORDER for proceedings held on 12/16/2021 before Judge William Alsup by | 1.50 | | |

| | | | |
|---|---|---|---|
| QUINTARA BIOSCIENCES, INC., for Court Reporter FTR - San Francisco. (Li, J.) (Filed on 12/21/2021) | | | |
| Notify clients re ORDER GRANTING [238] APPLICATION FOR DETERMINATION OF GOOD FAITH SETTLEMENT. SIGNED BY JUDGE ALSUP. (whalc2, COURT STAFF) (Filed on 12/16/2021) | 1.75 | Dec. 17-18, 2021 | |
| Maryellen Sebold e-mails reply and notify clients. | 3.50 | Dec. 7, 2021 | |
| Notify Buchalter to send the AEO material to me | 0.50 | Dec. 18, 2021 | |
| **2022** | | | |
| Notify clients Transcript of Proceedings held on 12/16/21, before Judge William Alsup. Court Reporter/Transcriber Echo Reporting, Inc.,; | 1.50 | Jan. 5, 2022 | |

| | | | |
|---|---|---|---|
| Notify clients re Docket Text: OPPOSITION/RESPONSE (re [264] First MOTION for Leave to Appear Civil Jury Trial ) filed byQUINTARA BIOSCIENCES, INC.. (Attachments: # (1) Proposed Order)(Li, J.) (Filed on 1/5/2022) | 2.00 | January 06, 2022 | |
| Notify clients re provisional relief of James Li and Quintara' confer | 2.50 | Jan. 22, 2022 | |
| Jordan Puegda e-mails; | 2.50 | Jan. 30, 2022 | |
| Draft and prepare the Opposition/file with the court | 4.50 | Feb. 05, 2022 | |
| Draft objections to the declaration of zhao | 2.50 | Feb. 05, 2022 | |
| Notify clients that James Li's motion was denied | 1.50 | March 09, 2022 | |
| No documents from Buchalter; Confer with client and Buchalter Ng re no docs. | 1.75 | August 16, 2022 | |
| Notify and inform the client of Judge's | 0.50 | August 18, 2022 | |

| | | | |
|---|---|---|---|
| REQUEST TO PARTIES RE TRIAL; | | | |
| Address client's non-responsiveness; | 0.30 | August 18, 2022 | |
| PLAINTIFF'S RESPONSE TO THE COURT'S REQUEST TO PARTIES RE TRIAL | 1.50 | Sept. 09, 2022 | |
| Notify clients of IN-PERSON MANDATORY SETTLEMENT CONFERENCE ON APRIL 26, 2023; SHARE TWO E-MAILS FROM ROSE MAHER STATING IT IS VIA ZOOM | 1.00 | Nov. 18/25, 2022 | |
| Notify Clients of court's settlement conference from Judge Hixon; | 1.50 | Nov. 23, 2022 | |
| Notify clients of each court's notifications from November 2022-December 2022; | 3.15 | Nov. 1-Dec. 31-2022 | |
| Stipulation re trial; notify and inform the | 1.75 | Dec. 14, 2022 | |

| | | | |
|---|---|---|---|
| clients | | | |
| E-mails from aptus/ Chinese language translator Lingling Martin; notify and inform the client; confer with the external companies | 3.50 | March 10, 2022 | |
| Notify client about hearing date change; | 1.50 | March 8, 2022 | |
| Attend hearing date with the court | 1.50 | March 10, 2022 | |
| Notify clients about rescheduling trial dates to June 2023: **CLERK'S NOTICE RESCHEDULING FINAL PRETRIAL CONFERENCE AND JURY TRIAL** | 1.00 | September 21, 2022 | |
| Confer with clients and notify them of case occurrences as they occur | 3 hours | January-February 2022 | |
| Confer with clients and notify them of case occurrences as they occur | 4.50 | March -April 2022 | |
| Confer with clients and | 3.50 | May-June 2022 | |

| | | | |
|---|---|---|---|
| notify them of case occurrences as they occur | | July-Aug 2022 | |
| Confer with clients and notify them of case occurrences as they occur | 2.50 | | |
| Confer with clients and notify them of case occurrences as they occur | 5.50 | Sept-Oct. 2022 | |
| Confer with clients and notify them of case occurrences as they occur; in-person MSC; | 2.50 | Nov.-Dec. 2022 | |
| Confer with clients and notify them of case occurrences as they occur | 2.50 | April-May 2022 | |
| Confer with clients and notify them of case occurrences as they occur; | 2.50 | June-July 2022 | |
| ***2023*** | | | |
| ***MSC*** | | | |
| April 18, 2023 MSC statement draft prepare and file timely | 4.50 hours | April 18, 2023 | |
| Notify court whether court is circulating | 0.50 | April 16-18, 2023 | |

| | | | |
|---|---|---|---|
| zoom link; non-responsiveness from court | | | |
| Contact clients and notify them again it is in-person | 1.50 | April 16-18, 2023 | |
| Confer with client informing them to ask judge to turn the zoom video conference on | 1.50 | April 16-18, 2023 | |
| Re-attending scheduling conference for MSC; | 2.50 | April 18, 2023 | |
| Response to OSC of judge hixson based on mixup of Rose Maher | 3.50 | May 2023 | |
| Drive from AZ to CA | 11.50 hours | May 2023 | |
| Again, re-attend the MSC based on re-scheduling as of fake declaration of James Li. | 4.50 hours | May 2023 | |
| _**2023**_ **PRE-TRIAL PREPARATION** | | | |

| | | | |
|---|---|---|---|
| Prepare and draft witness list; sift through 100,000s of thousands of material on external drive; find depositions; | 3.50 hours | June 1, 2023 | |
| Prepare and draft exhibit list Part I; sift through 100,000s of thousands of material on external drive; find exhibits; | 3.75 hours | June 1, 2023 | |
| Prepare and draft exhibit list Part II; sift through 100,000s of thousands of material on external drive; find exhibits; | 4.75 hours | June 1, 2023 | |
| Prepare Trial Brief; | 2.50 hours | June 5, 2023 | |
| Prepare Short Statement of the Case; | 1.00 hours | June 5, 2023 | |
| Confer with opposing party about trial exhibits and witness lists of Quintara via e-mail only; | 1.00 hours | June 8-28, 2023 | |
| Collate joint exhibit list; | 2.75hours | June, 2023 | |

| | | | |
|---|---|---|---|
| Collate joint witness list; | 1.85hours | June, 2023 | |
| Prepare Opposition to Quintara MIL # 1; Review; Research law and facts; Draft | 3.50 hours | June, 2023 | |
| Prepare Opposition to Quintara MIL # 2;Review; Research law and facts; Draft | 2.75hours | June, 2023 | |
| Prepare Opposition to Quintara MIL # 3;Review; Research law and facts; Draft | 2.95hours | June, 2023 | |
| Prepare Opposition to Quintara MIL # 4; Review; Research law and facts; Draft | 3.96 hours | June, 2023 | |
| Prepare Opposition to Quintara MIL # 5; Review; Research law and facts; Draft | 2.98hours | June, 2023 | |
| Prepare Opposition to Quintara MIL # 6; Review; Research law and facts; Draft | 2.98hours | June, 2023 | |
| Prepare Reply to Quintara MIL # 1; Review; Research law | 2.95hours | June, 2023 | |

| | | | |
|---|---|---|---|
| and facts; Draft | | | |
| Prepare Reply to Quintara MIL # 2;Review; Research law and facts; Draft | 2.97hours | June, 2023 | |
| Prepare Reply to Quintara MIL # 3;Review; Research law and facts; Draft | 2.96hours | June, 2023 | |
| Prepare Reply to Quintara MIL # 4;Review; Research law and facts; Draft | 2.95hours | June, 2023 | |
| Prepare Reply to Quintara MIL # 5;Review; Research law and facts; Draft | 2.94hours | June, 2023 | |
| Prepare Reply to Quintara MIL # 6;Review; Research law and facts; Draft; | 2.50hours | June, 2023 | |
| Prepare Final Pre-trial order stipulations; factual background; defenses; research DTSA; review factual background; revise with opposing counsel; | 4.75 hours | June, 2023 | |
| Further review final pre-trial order and revise; draft; stipulate to different versions of the stipulated timeline; | 2.50 hours | June, 2023 | |
| Confer with opposing | | June, 2023 | |

| | | | |
|---|---|---|---|
| counsel re final pre-trial order; | 1.50 hours | | |
| Arrange delivery to the court of the final documents prepared by Ruifeng; | 1.00 hour | June, 2023 | |
| Payment to the delivery company; | $190 | June, 2023 | |
| Subpoena Maryellen sebold and Rene Novoa via subpoena company; | $400 | June, 2023 | |
| Confer with company via e-mail and phone-call re Subpoena Maryellen sebold and Rene Novoa via subpoena company; | 2.50 hours | June, 2023 | |
| Call and speak with Sebold twice; e-mail her; call with her counsel; e-mail them re invoice; inform clients. | 2.75 hours | June, 2023 | |
| Call Novoa thrice; non-response; e-mail non-response; e-mail Haystack non-response; reply finally to Jul. 19, 2023 e-mail from Haystack demanding payment; inform clients. | 2.75 hours | June, 2023 | |

| | | | |
|---|---|---|---|
| Call Alex Wong and speak about witness preparation. | 1.00 hour | June, 2023 | |
| Call Alan Li and prepare him over the phone; | 1.00 hour | June, 2023 | |
| E-mail Alan Li examination questions; revise; prepare; and draft; and, prepare him for DTSA; | 3.75 hours | June, 2023 | |
| E-mail Gangyou Wang final examination questions; revise; prepare; and draft; and, prepare him for DTSA; reply to his e-mails | 3.95 hours | June, 2023 | |
| Inform the client not to file any motions in limine because no strategic benefit | 1.00 | June, 2023 | |
| Listen to client's insistence with Dennis about client wanting "unclean hands" defense; inform them it is not a strong defense | 2.50 | June, 2023 | |
| Finally, prepare/file the motion in limine about unclean hand defense | 1.75 hours | June, 2023 | |
| File other motions in | | June, 2023 | |

| | | | |
|---|---|---|---|
| limine about the state court case and AEO to preempt any issues with evidence of state court | 3.75 hours | | |
| **_VOIR DIRE_ in-court** | 4 hours 4 minutes | June, 2023 | |
| Prepare questions for jury; read DTSA voir dire questions with research | 3.75 hours | June, 2023 | |
| **TRIAL PREPARATION** | | | |
| Collate and prepare each folder for each exhibit starting exhibit 501- exhibit 510; organize in individual folder; | 2.75 hours | June, 2023 | |
| Collate and prepare each folder for each exhibit starting exhibit 511- exhibit 520; organize in individual folder; | 2.95 hours | June, 2023 | |
| Collate and prepare each folder for each exhibit starting exhibit 521- exhibit 530; organize in individual | 2.75 hours | June, 2023 | |

| | | | |
|---|---|---|---|
| folder; | | | |
| Collate and prepare each folder for each exhibit starting exhibit 531- exhibit 540; organize in individual folder; | 2.75 hours | June, 2023 | |
| Collate and prepare each folder for each exhibit starting exhibit 541- exhibit 550; organize in individual folder; | 2.75 hours | June, 2023 | |
| Collate and prepare each folder for each exhibit starting exhibit 551- exhibit 560; organize in individual folder; | 2.95 hours | June, 2023 | |
| Collate and prepare each folder for each exhibit starting exhibit 561- exhibit 570; organize in individual folder; | 2.75 | June, 2023 | |
| Collate and prepare each folder for depositions of various witnesses; organize in deposition folder; | 3.50 | June, 2023 | |
| Collate and prepare each folder for discovery of various witnesses; organize in deposition folder; | 3.50 | June, 2023 | |

| | | | |
|---|---|---|---|
| Communicate with FedEx via e-mails and phone-calls to place them in binders under deadline; | 1.50<br>2.50 | June, 2023<br>June, 2023 | |
| Make and Create the Poster-Demonstratives for the Timeline; | 2.75 | June, 2023 | |
| Make and Create the infamous Bonnie and Clyde Timeline; | 3.50 | June, 2023 | |
| Make and create the powerpoint of Bonnie Clyde notoriety with Quintara and agents Zhao/Shan; | 1.50 | June, 2023 | |
| Place the order on FedEx for poster board; pick up the poster board and bring it to the court; | **11.50X 450 = $5,175** | June, 2023 | |
| MEET CLIENTS FROM 10 AM- 8:30 P.M. PDT FOR WITNESS PREPARATION DIRECT-EXAMINATION ALAN LI; TRIAL BINDER PREPARATION; DRIVING TIME | **8.50X 450 = $3,825** | June, 2023 | |
| MEET CLIENTS | | | |

| | | | |
|---|---|---|---|
| FROM 9 AM- 6:30 P.M. PDT FOR WITNESS PREPARATION CROSS-EXAMINATION GANGYOU WANG; TRIAL BINDER PREPARATION; DRIVING TIME | **10X 450 = $4,500** | June, 2023 | |
| MEET CLIENTS FROM 10 AM- 5:00 P.M. PDT FOR DIRECT-AND-CROSSALAN LI; TRIAL BINDER PREPARATION;DRIVING TIME | 3 hours | June, 2023 | |
| Witness preparation Gangyou Wang after DAY 1; | 3.50 hours | June, 2023 | |
| Witness preparation Gangyou Wang after DAY 2; | 3.50 hours | June, 2023 | |
| Witness preparation Alan Li after DAY 3: | 2.00 hours | June 2023 | |
| Phone-call voicemails with Hu; and review immigration documents | 1.00 hours | June, 2023 | |

| | | | |
|---|---|---|---|
| PREPARING OPENING STATEMENT READ JUDICIAL GUIDE OF DTSA CASE LAW; THINK OF CATCHY HOOK FOR JURY | 3.75 hours | June, 2023 | |
| PREPARING CLOSING STATEMENTS REVIEW CASE FACTS/EXHIBITS/STRATEGIZE/ORGANIZE/ PICK KEY ARGUMENTS | 2.75 hours | May-July, 2023 | |
| LODGING IN CALIFORNIA FROM MSC UNTIL TRIAL | **83 x $200 = $16,600 $200/DAY** | May-July, 2023 | |
| FOOD FROM MSC UNTIL TRIAL | **83X$50= $4,150 $50/DAY** | May-July, 2023 | |
| TRAVEL FROM ARIZONA driving to CALIFORNIA; BACK TO ARIZONA from CALIFORNIA | **30 hours X $450 = $13,500** | May-July, 2023 | |

| | | | |
|---|---|---|---|
| GAS | $1000 flat-fee | | |
| TRIAL DAY 1 IN-COURT; 7AM-1:30P.M | **6 HOURS X450 = $2700** | July 10, 2023 | |
| TRIAL DAY 2 IN-COURT; | **6 HOURS X450 = $2700** | July 11, 2023 | |
| TRIAL DAY 3 IN-COURT; | **6 HOURS X450 = $2700** | July 12, 2023 | |
| TRIAL DAY 4 IN-COURT; | **6 HOURS X450 = $2700** | July 13, 2023 | |
| FINAL PRE-TRIAL CONFERENCE | **3 HOURS X $450= $1,350** | May, 2023 | |
| MANDATORY SETTLEMENT CONFERENCE | **5 HOURS X $450= $2,250** | May-July 2023 | |
| TRAVEL TO AND FROM THE SAN FRANCISCO COURT HOUSE AT 450 GOLDEN GATE AVE, SF, CA | **10 HOURS X $450 = $4500** | July 2023 | |
| PAYMENT TO | | | |

| | | | |
|---|---|---|---|
| COURT-REPORTER, MS. IRENE RODRIGUE | $1,938 | | |



**LAW OFFICE OF RESHMA KAMATH**

Reshma Kamath (Cal. Bar No. 333800)

Counselor-at-Law | Phone: 650 257 0719 |

E-mail:  reshmakamath2021@gmail.com | www.myinstalawyer.com |

Mailing Address: LAW OFFICE OF RESHMA KAMATH, 700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025

Methods of Payment: Wire, Cash, Credit Card, Zelle,Venmo to E-mail: reshmakamath2021@gmail.com Client pays all transfer fees. **Payment DUE**

Client:  RUIFENG BIZTECH INC.; GANGYOU WANG, ALAN LI; RF BIOTECH, LLC.


 <u>INVOICE</u>

| DESCRIPTION | TIME SPENT | DATE | INVOICE TOTAL AMOUNT |
|---|---|---|---|
|  |  |  |  |

| | | | ON PRIOR PAGE |
|---|---|---|---|
| REVIEW, MARK, AND PREPARE NOTES FOR GANGYOU WANG DEPOSITION/DECLARATION | 4.50 | May-June 2023 | |
| REVIEW, MARK, AND PREPARE NOTES FOR ALAN LI DEPOSITION | 3.50 | May-June 2023 | |
| REVIEW, MARK, AND PREPARE NOTES FOR SUE ZHAO/ZUELING ZHAO | 5.50 | May-June 2023 | |
| REVIEW, MARK, AND PREPARE NOTES FOR QUN SHAN/RICHARD SHAN | 4.50 | May 2023 | |
| REVIEW, MARK, AND PREPARE NOTES FOR CHRISTINE CHEN | 3.50 | May 2023 | |

| | | | |
|---|---|---|---|
| REVIEW, MARK, AND PREPARE NOTES FOR MARYELLEN DSEBOLD | 4.50 | May 2023 | |
| REVIEW, MARK, AND PREPARE NOTES FOR RENE NOVOA/DECLARATION | 3.50 | May 2023 | |
| REVIEW, MARK, AND PREPARE NOTES FOR JON BERRYHILL | 2.50 | May 2023 | |
| REVIEW, MARK, AND PREPARE NOTES FOR HENRY HU | 4.50 | May 2023 | |
| REVIEW, MARK, AND PREPARE NOTES FOR EXCEL SHEET BETWEEN ALAN LI AND ALEX WONG | 3.00 | May 2023 | |
| REVIEW, MARK, AND PREPARE NOTES FOR | 2.50 | June 2023 | |

| | | | |
|---|---|---|---|
| MARYELLEN SEBOLD REPORTS | | June 2023 | |
| REVIEW, MARK, AND PREPARE NOTES FOR BERRY HILL REPORTS | 3.50 | June 2023 | |
| REVIEW, MARK, AND PREPARE NOTES FOR RENE NOVOA REPORTS | 2.50 | June 2023 | |
| REVIEW, MARK, AND PREPARE NOTES FOR TOMO KIMURA | 4.50 | June 2022-December 2022 3000 hours | |
| REVIEW, MARK, ANNOTATE, HIGHLIGHT, WITH TRIAL NOTES BATESTAMP OF **RUIFENG DISCOVERY PRODUCTION** DOCUMENTS OVER 1,000,000 PAGES; EACH 1000 PAGES, FROM FINANCIAL DOCUMENTS, LEASE AGREEMENTS, PHONE LOGS, COMMUNICATIONS, INTER ALIA | 6 hours/ 10,000 pages<br><br>6,000 hours X $450 = **$2,700,000**<br><br>**[DISCOUNTED TO RUIFENG FOR $650,000]**<br><br>**DETAILED LOG AVAILABLE** | January 2023-March 2023 1000 hours<br><br>April - June 2023 1000 hours<br><br>June 2022-October 2022 3000 hours | |
| REVIEW, MARK, | 6 hours/ 10,000 | | |

| | | | |
|---|---|---|---|
| ANNOTATE, HIGHLIGHT, WITH TRIAL NOTES BATESTAMP OF **QUINTARA DISCOVERY PRODUCTION** DISCOVERY DOCUMENTS OVER 1.000,000 PAGES; EACH 1000 PAGES OVER IMMIGRATION DOCUMENTS; AGREEMENTS; EXCEL SPREADSHEETS, INVOICES, BALANCE SHEETS, INTER ALIA | pages<br><br>6.000 hours X $450 =<br>**$2,700,000 [DISCOUNTED TO RUIFENG FOR $650,000]**<br><br>**DETAILED LOG AVAILABLE** | January 2023-March 2023 1000 hours<br><br>April - June 2023 1000 hours<br><br>January 2023 | |
| RESEARCH AND REVIEW DTSA 18 USC 1836 LITIGATION CASE LAW RE CUSTOMER LISTS | 4.50 hours | February 2023 | |
| RESEARCH AND REVIEW DTSA 18 USC 1836 LITIGATION CASE LAW RE PASSWORDS | 3.50 hours | February 2023 | |
| RESEARCH AND REVIEW DTSA 18 USC 1836 LITIGATION CASE | 2.50 hours | January 2023 | |

| | | | |
|---|---|---|---|
| LAW RE OWNERSHIP<br><br>RESEARCH AND REVIEW DTSA 18 USC 1836 LITIGATION CASE LAW RE DAMAGES/UNJUST ENRICHMENT | 3.50 hours | January 2023 | |
| RESEARCH AND REVIEW DTSA 18 USC 1836 LITIGATION CASE LAW RE AFFIRMATIVE DEFENSES | 3.50 hours | January 2023 | |
| RESEARCH AND REVIEW DTSA 18 USC 1836 LITIGATION CASE LAW RE REASONABLE ROYALTY | 4.50 hours | January 2023 | |
| RESEARCH AND REVIEW DTSA 18 USC 1836 LITIGATION CASE LAW RE INEVITABLE DISCLOSURE DOCTRINE | 4.50 HOURS | January 2023 | |
| RESEARCH AND REVIEW DTSA 18 USC 1836 LITIGATION CASE | 4.50 HOURS | February 2023 | |

| | | | |
|---|---|---|---|
| LAW RE USE RESEARCH AND REVIEW DTSA 18 USC 1836 LITIGATION CASE LAW RE DISCLOSE | 4.50 HOURS | March 2023 | |
| RESEARCH AND REVIEW DTSA 18 USC 1836 LITIGATION CASE LAW RE IMPROPER MEANS | 4.50 HOURS | March 2023 | |
| RESEARCH AND REVIEW DTSA 18 USC 1836 LITIGATION CASE LAW RE ACQUIRE | 4.50 HOURS | April 2023 | |
| RESEARCH AND REVIEW DTSA 18 USC 1836 LITIGATION CASE LAW RE THEFT | 5.50 HOURS | April 2023 | |
| RESEARCH AND REVIEW DTSA 18 USC 1836 LITIGATION CASE LAW RE MISAPPROPRIATION | 4.75 HOURS | May 2023 | |
| RESEARCH AND REVIEW DTSA 18 USC 1836 LITIGATION CASE LAW RE ESPIONAGE | 5.75 HOURS | May 2023 | |
| REVIEW | | May 2023 | |

| | | | |
|---|---|---|---|
| DISCOVERY RESPONSES OF GANGYOU WANG; MARK/HIGHLIGHT | 5.75 HOURS | | |
| REVIEW DISCOVERY RESPONSES OF RUIFENG BIZTECH, INC.; MARK/HIGHLIGHT | 5.75 HOURS | May 2023 | |
| REVIEW DISCOVERY RESPONSES OF RF BIOTECH, LLC; MARK/HIGHLIGHT | 5.75 HOURS | JULY 14-27, 2023 | |
| PREPARE MOTION FOR ATTORNEYS' FEES TEMPLATE | 2.50 HOURS | JULY 14-27, 2023 | |
| PREPARE MOTION FOR ATTORNEYS' FEES LAW SECTION | 2.00 HOURS | JULY 14-27, 2023 | |
| PREPARE MOTION FOR ATTORNEYS' FEES FACTUAL SECTION | 2.50 HOURS | JULY 14-27, 2023 | |
| PREPARE MOTION FOR ATTORNEYS' FEES ARGUMENT SECTION I | 2.75 HOURS | JULY 14-27, 2023 | |
| PREPARE MOTION FOR ATTORNEYS' FEES ARGUMENT | 3.50 HOURS | JULY 14-27, 2023 | |

| | | | |
|---|---|---|---|
| SECTION II | | JULY 14-27, 2023 | |
| PREPARE MOTION FOR ATTORNEYS' FEES ARGUMENT SECTION III | 4.50 HOURS | JULY 14-27, 2023 | |
| PREPARE MOTION FOR ATTORNEYS' FEES ARGUMENT SECTION IV | 3.75 HOURS | JULY 14-27, 2023 | |
| PREPARE MOTION FOR ATTORNEYS' FEES ARGUMENT SECTION V | 3.75 HOURS | JULY 14-27, 2023 | |
| PREPARE MOTION FOR ATTORNEYS' FEES ARGUMENT SECTION VI-CONCLUSION | 3.45 HOURS | JULY 14-27, 2023 | |
| RESEARCH THE LAW FOR DTSA MOTION FOR ATTORNEYS' FEES | 5.30 HOURS | JULY 14-27, 2023 | |
| GATHER COSTS INVOICES | 2.1 HOURS | JULY 14-27, 2023 | |
| COMMUNICATE WITH BUCHALTER TO SEE PENDING INVOICES/INFORM THEY MUST BRING THEIR MOTION | 1.50 HOURS | JULY 14-27, 2023 | |

| | | | |
|---|---|---|---|
| PREPARE EXHIBITS COLLATE AND ORGANIZE EXHIBITS A-G | 3.80 HOURS | JULY 14-27, 2023 | |
| PREPARE EXHIBITS COLLATE AND ORGANIZE EXHIBITS H-K | 3.50 HOURS | JULY 14-27, 2023 | |
| PREPARE EXHIBITS COLLATE AND ORGANIZE EXHIBITS L-S | 4.50 HOURS | JULY 14-27, 2023 | |
| | | JULY 14-27, 2023 | |
| PREPARE DECLARATION | 3.50 HOURS | | |
| CALCULATE ATTORNEYS' FEES | 2.75 HOURS | JULY 14-27, 2023 | |
| PREPARE FINAL INVOICE | 4.75 HOURS | | |
| | | JULY 14-27, 2023 | |
| REVIEW TRIAL TRANSCRIPT VOLUME 1 FOR SHAN TESTIMONY | 5.50 HOURS | | |
| REVIEW TRIAL TRANSCRIPT VOLUME 2 FOR BERRYHILL TESTIMONY | 4.35 HOURS | JULY 14-27, 2023 | |
| | | JULY 14-27, 2023 | |

| | | | |
|---|---|---|---|
| REVIEW TRIAL TRANSCRIPT VOLUME 3/4 FOR ZHAO TESTIMONY | 5.74 HOURS | | |
| REVIEW TRIAL TRANSCRIPT VOLUME 5 FOR WONG/WANG/LI TESTIMONY | 1.50 HOURS | | |
| **PACER FEES WAIVED** | N/A | | |
| **ADMISSION FEES WAIVED** | N/A | | |