# EXHIBIT C

11:38AM A. I DIDN'T.

11:38AM Q. YOU JUST STATED YOU SIGNED THIS AGREEMENT.

11:38AM A. YEAH, BECAUSE MR. WANG GAVE THIS AGREEMENT TO ME. HE DRAFTED THIS AGREEMENT.

11:38AM Q. IT DOESN'T MATTER WHO DRAFTED IT. THAT'S NOT WHAT I ASKED YOU. YOU SIGNED THIS AGREEMENT KNOWING THE TERMS OF THIS COLLABORATION AGREEMENT IN EXHIBIT 2 AND 2A; RIGHT?

11:38AM A. YES.

11:38AM Q. AND YOU HAD KNOWLEDGE THAT THIS WAS FOR MR. GANGYOU WANG'S IMMIGRATION; RIGHT?

11:38AM A. UH-HUH, UH-HUH.

11:38AM Q. AND WITH THAT KNOWLEDGE, YOU SIGNED THIS AGREEMENT; RIGHT?

11:38AM A. YEAH.

11:38AM Q. AND SO ARE YOU STATING THAT YOU WERE PART OF THE IMMIGRATION SHAM IN SIGNING THIS AGREEMENT FOR GANGYOU WANG FOR HIS IMMIGRATION?

11:38AM A. NO, NO. BECAUSE THIS IS HIS INTENTION, HIS INTENTION. SO THIS IS NOT REAL EXECUTED.

11:39AM Q. WHERE ON THIS EXHIBIT FOR 2 AND 2A DO I FIND THE WORDS "IMMIGRATION" FOR L-1?

11:39AM A. I COULDN'T FIND. BUT AT THE END OF 2013 WHEN MR. WANG, THROUGH FRIENDS, TALKING TO US AND HIS PURPOSE IS FOR HIS L-1 VISA.

11:39AM Q. IN YOUR DIRECT YOU STATED THAT MR. WANG INVESTED $1 MILLION; RIGHT?

(PAUSE IN PROCEEDINGS.)

BY MR. LI:

Q. JUST FLIP THROUGH IT. WE DON'T HAVE A LOT OF TIME. JUST FLIP THROUGH IT AND LET ME KNOW IF YOU RECOGNIZE IT.

LET ME HELP YOU OUT. CAN I DIRECT YOUR ATTENTION TO THE SECOND PAGE OF EXHIBIT 66, WHICH HAS A BATES NUMBER, WHAT WE CALL A BATES NUMBER IS HU 1575.

LET ME HELP YOU.

A. THAT'S OKAY.

Q. YEAH. SO SECOND PAGE.

A. UH-HUH.

Q. THE BATES NUMBER IS HERE.

A. OKAY.

Q. AND SO FOR THE RECORD, IT'S BATES NUMBER 1575.

DO YOU SEE YOUR OWN SIGNATURE --

A. YES.

Q. -- ON THAT PAGE?

YES. OKAY.

DO YOU REMEMBER SIGNING THIS DOCUMENT?

A. YES.

Q. AND SO NOW DO YOU REMEMBER SEEING THIS DOCUMENT BEFORE?

A. YES.

Q. YEAH. SO THERE'S ANOTHER SIGNATURE ON THE SAME PAGE.

DO YOU RECOGNIZE THAT SIGNATURE?

A. IT'S JUST HIS -- MR. WANG'S LAWYER, MR. HU.