# EXHIBIT D

```
09:14AM  1   AND CONFIDENTIALITY OBLIGATIONS.  IN FACT, YOU'LL SEE A PERSON
09:14AM  2   CALLED TOMO KIMURA, AND HIS COMPUTER WAS HACKED AT ONE OF THESE
09:14AM  3   LABS AND THE DATA WAS LEAKED AND THE COMPUTER HAD TO BE
09:14AM  4   REBUILT.
09:14AM  5        SO THERE IS NOTHING IN TERMS OF AN AUDIT INSPECTION
09:14AM  6   RIGHTS.  THERE WERE NO FACILITY SECURITY MEASURES, LIKE THERE
09:14AM  7   WAS NO LOCKED CABINETS.  THERE WAS NOT A CLEAN DESK POLICY.
09:14AM  8   LITERALLY ANY EMPLOYEE COULD JUST WALK IN, LOG ON TO A COMPUTER
09:14AM  9   AND START WORKING ON THAT CUSTOMER LIST.
09:14AM 10        AND THAT CUSTOMER LIST, IN 2015, EXCEPT SOME OF THE HIGH
09:14AM 11   LEVEL EMPLOYEES LIKE MAYBE SUE ZHAO, RICHARD, AND GANGYOU WANG,
09:14AM 12   MOST JUST HAD A READ-ONLY ACCESS TO THAT CUSTOMER LIST.  SO
09:14AM 13   THEY COULDN'T MODIFY, BUT IT WAS READ-ONLY.
09:14AM 14        SO, FOR EXAMPLE, WHEN ALAN LI STARTED WORKING AT RUIFENG,
09:15AM 15   HE COULD MAYBE SOMETIMES READ-ONLY, BUT I DON'T EVEN THINK HE
09:15AM 16   HAD ACCESS IN 2015 TO A CUSTOMER LIST.  HE WAS ONLY AS SOME
09:15AM 17   KIND OF UNPAID INTERN, A JOB SHADOWER, AND THEN A LAB
09:15AM 18   ASSISTANT.
09:15AM 19        AND WHEN THEY TALK ABOUT A CUSTOMER LIST, IT WAS NOT QUITE
09:15AM 20   WHAT THEY THINK IT TO BE NOW IN 2023.  NOW, BECAUSE SUE AND
09:15AM 21   RICHARD WANTED TO SET UP THIS BOSTON LAB, THEY ACTUALLY FILED A
09:15AM 22   FRIVOLOUS LAWSUIT AGAINST GANGYOU WANG TO SHUT DOWN HIS
09:15AM 23   OPERATION SO THEY COULD ACTUALLY TAKE THAT CUSTOMER LIST AND
09:15AM 24   WORK IN BOSTON WITH IT.
09:15AM 25        THAT IS THE MOTIVATION OF THEM FILING THIS LAWSUIT.
```