# EXHIBIT I

10:34AM 1         WHETHER WISCONSIN IS A FILE, BECAUSE I SAW IT AS A FILE,

10:34AM 2    IS THAT A FILE, AN EXCEL SPREADSHEET, AND/OR A WORKSTATION?

10:34AM 3    A.   SOMETHING -- TO USE WISCONSIN AS AN EXAMPLE, THERE WAS A

10:34AM 4    MACHINE THAT WAS CALLED WISCONSIN.  THEY ACTUALLY HAD A LABEL

10:34AM 5    ON IT.  THIS PARTICULAR MACHINE IS CALLED WISCONSIN, AND THIS

10:34AM 6    MACHINE IS ATTACHED TO THIS ONE DNA SEQUENCER.  THAT WAS ITS

10:34AM 7    PURPOSE IN LIFE.

10:34AM 8    Q.   OKAY.

10:34AM 9    A.   WHEN THE FORENSIC IMAGE COPIES WERE CREATED, THEY WERE

10:34AM 10   GIVEN A NAME, AND IN THIS CASE THERE'S ONE CALLED WISCONSIN,

10:34AM 11   WHICH IS THE EXTRACTED CONTENT FROM THAT ONE COMPUTER.

10:34AM 12        BUT ALL OF THESE COMPUTERS WERE NETWORKED TOGETHER.  YOU

10:34AM 13   COULD MOVE DATA AROUND ON ANY OF THEM VIA THEIR NETWORK.

10:34AM 14   Q.   AND ANYONE WITH ACCESS TO THAT NETWORK COULD MOVE DATA

10:34AM 15   AROUND; RIGHT?

10:34AM 16   A.   ASSUMING THEY HAD SUFFICIENT PRIVILEGES AND ACCESS, YES.

10:34AM 17   Q.   WHAT'S THE DIFFERENCE BETWEEN A NETWORK AND A SERVER?

10:34AM 18   A.   A NETWORK IS A CONNECTIVITY BETWEEN THEM.  A SERVER IS A

10:35AM 19   PLACE WHERE THINGS ARE STORED.

10:35AM 20   Q.   WAS THIS TYPE OF SERVER THAT YOU STUDIED HIGHLY PROTECTED

10:35AM 21   AND ENCRYPTED EVEN?

10:35AM 22   A.   UM, NONE OF THE SERVERS -- I SHOULDN'T SAY NONE.  THERE

10:35AM 23   WAS ONE IMAGE THAT I WAS PROVIDED WHICH WAS ENCRYPTED, WHICH

10:35AM 24   BECAME PROBLEMATIC AND CONFUSED EVERYBODY, AND EVENTUALLY THEY

10:35AM 25   GAVE ME A NON-ENCRYPTED VERSION OF IT WITH NO EXPLANATION AS TO

10:35AM 1   WHY.

10:35AM 2   BUT FOR THE MOST PART, NONE OF THIS INFORMATION WAS
10:35AM 3   ENCRYPTED.

10:35AM 4   WHAT OTHER PHYSICAL PROTECTIONS THERE MAY HAVE BEEN,
10:35AM 5   WHETHER IT'S A LOG-ON PASSWORD OR A LOCK ON THE DOOR, THAT
10:35AM 6   WOULD GO TO THE FACILITY THEMSELVES AND YOU WOULD HAVE TO TALK
10:35AM 7   TO THEM ABOUT THAT.

10:35AM 8   Q.  SO OF THE MILLIONS OF PIECES OF DATA THAT YOU RECEIVED,
10:35AM 9   JUST ONE FILE WAS ENCRYPTED AND EVERYTHING ELSE WAS NOT
10:35AM 10  ENCRYPTED; RIGHT?

10:35AM 11  A.  NO.  ONE OF THE FORENSIC IMAGED COPIES THAT I RECEIVED
10:36AM 12  CREATED BY THE OPPOSING EXPERT, THAT WAS ENCRYPTED.  THAT WAS A
10:36AM 13  CREATION OF THAT INDIVIDUAL.  THAT WAS NOT SOMETHING THAT
10:36AM 14  EXISTED WITHIN THE -- QUINTARA'S OFFICE SPACE.

10:36AM 15  Q.  SO WHAT WERE EXAMPLES OF THE NON-ENCRYPTED INFORMATION
10:36AM 16  THAT YOU RECEIVED?

10:36AM 17  A.  EVERYTHING ELSE.

10:36AM 18  Q.  FOR EXAMPLE, LIKE WHAT?  CAN YOU NAME IT?  CAN YOU BE MORE
10:36AM 19  SPECIFIC?

10:36AM 20  A.  WELL, WHAT I RECEIVED WERE THE FORENSIC IMAGE COPIES, THE
10:36AM 21  EXTRACT FOR EACH MACHINE.

10:36AM 22  SO, FOR EXAMPLE, FOR INSTANCE, I RECEIVED A DATA SET
10:36AM 23  CALLED WISCONSIN, WHICH WAS EVERYTHING THAT WAS ON WISCONSIN.

10:36AM 24  Q.  AND WAS THAT ENCRYPTED?

10:36AM 25  A.  NO.  YOU KNOW, IT'S THE SAME WITH WORKSTATION_2,

|  |  |  |
|---|---|---|
| 10:36AM | 1 | WORKSTATION_3, ALL OF THOSE -- |
| 10:36AM | 2 | Q. WERE THEY ENCRYPTED? |
| 10:36AM | 3 | A. THEY WERE NOT. |
| 10:36AM | 4 | Q. DID THEY HAVE ANY KIND OF MULTI-FACTOR AUTHENTICATION LOG |
| 10:36AM | 5 | ON? COULD YOU TELL? OR TWO FACTOR LOG ON TYPE OF CREDENTIAL |
| 10:36AM | 6 | LOG IN? |
| 10:36AM | 7 | A. I SAW NO EVIDENCE OF TWO FACTOR IDENTIFICATION. |
| 10:36AM | 8 | Q. YOU ACTUALLY INVESTIGATE FOR THAT AND YOU DID NOT SEE |
| 10:37AM | 9 | THAT? |
| 10:37AM | 10 | A. I DID NOT SPECIFICALLY INVESTIGATE THAT. IF THAT HAD BEEN |
| 10:37AM | 11 | AN ISSUE, IT PROBABLY WOULD HAVE BEEN SOMETHING THAT WOULD HAVE |
| 10:37AM | 12 | BEEN APPARENT TO ME. |
| 10:37AM | 13 | I DID NOT REQUIRE ANY OF THAT TO VIEW OR ACCESS ANY OF THE |
| 10:37AM | 14 | DATA THAT I DID. |
| 10:37AM | 15 | Q. BUT EVEN SOMETHING AS BASIC AS TWO FACTOR AUTHENTICATION |
| 10:37AM | 16 | THAT COULD HAVE BEEN APPARENT TO AN EXPERT LIKE YOU, YOU COULD |
| 10:37AM | 17 | NOT FIND THAT IN ANY OF THESE DOCUMENTS AND FORENSIC IMAGING |
| 10:37AM | 18 | FILES THAT YOU RECEIVED; RIGHT? |
| 10:37AM | 19 | A. SOMETHING LIKE TWO FACTOR AUTHENTICATION HAS TO BE |
| 10:37AM | 20 | CONFIGURED FOR ACCESS EITHER TO A SYSTEM OR A FILE OR |
| 10:37AM | 21 | SOMETHING -- SOME INDIVIDUAL WAY TO PROTECT SOME PIECE OF |
| 10:37AM | 22 | INFORMATION. |
| 10:37AM | 23 | I SAW NO EVIDENCE THAT ANY OF THIS INFORMATION HAD TWO |
| 10:37AM | 24 | FACTOR AUTHENTICATION ACCESS ENABLED. |
| 10:37AM | 25 | Q. DID YOU FIND OR LOOK FOR ANY KIND OF JUST SIMPLE BASIC |

|         |    |                                                                |
|---------|----|----------------------------------------------------------------|
| 10:37AM | 1  | PASSWORD LOG IN ON ANY OF THE FILES THAT YOU RECEIVED?         |
| 10:37AM | 2  | A.   I DID NOT.                                                |
| 10:37AM | 3  | Q.   SO WHAT I GATHERED WAS THERE'S NO TWO FACTOR              |
| 10:38AM | 4  | AUTHENTICATION ON ANY OF THESE FORENSIC IMAGING FILES, THERE'S |
| 10:38AM | 5  | NO SIMPLE BASIC PASSWORD PROTECTION ON ANY OF THESE FORENSIC   |
| 10:38AM | 6  | IMAGING FILES, AND OUT OF ALL OF THE FORENSIC IMAGING FILES    |
| 10:38AM | 7  | THAT YOU RECEIVED, THERE WAS ONE ENCRYPTED, EVERYTHING ELSE WAS|
| 10:38AM | 8  | NON-ENCRYPTED, AND THAT ONE ENCRYPTED WAS BECAUSE THE          |
| 10:38AM | 9  | INDIVIDUAL ENCRYPTED IT AND THAT'S HOW YOU RECEIVED IT; RIGHT? |
| 10:38AM | 10 | A.   THERE'S AN IMPORTANT DISTINCTION IN YOUR QUESTION BETWEEN |
| 10:38AM | 11 | WERE THE FORENSIC IMAGES PROTECTED OR ENCRYPTED IN SOME WAY, OR|
| 10:38AM | 12 | WAS THE DATA WITHIN QUINTARA'S OFFICE SPACE ENCRYPTED OR       |
| 10:38AM | 13 | PROTECTED?                                                     |
| 10:38AM | 14 | Q.   WELL, YOU TOLD ME YOU NEVER VISITED QUINTARA'S OFFICE     |
| 10:38AM | 15 | SPACE AND/OR RUIFENG'S OFFICE SPACE OR ANY OTHER OFFICE SPACE, |
| 10:38AM | 16 | YOU JUST RECEIVED THE HARD DRIVE; RIGHT?                       |
| 10:38AM | 17 | A.   RIGHT.                                                    |
| 10:38AM | 18 | Q.   WELL, I'M NOT ASKING ABOUT OFFICE SPACE ENCRYPTION.       |
| 10:38AM | 19 |      I'M ASKING ABOUT THE FORENSIC IMAGING FILES YOU RECEIVED.|
| 10:38AM | 20 | YOU STATED THAT THERE WAS NO SIMPLE BASIC PASSWORD AND THERE   |
| 10:39AM | 21 | WAS NO TWO FACTOR AUTHENTICATION, AND OUT OF THE ALL OF THE    |
| 10:39AM | 22 | FORENSIC IMAGING FILES, THERE WAS ONE ENCRYPTED BECAUSE THE    |
| 10:39AM | 23 | INDIVIDUAL SAVED IT AS SUCH, AND EVERYTHING ELSE WAS           |
| 10:39AM | 24 | NON-ENCRYPTED, ONLY WITHIN THE SCOPE OF THE FORENSIC IMAGING   |
| 10:39AM | 25 | FILES THAT YOU RECEIVED?                                       |

10:39AM 1  A.   CORRECT.

10:39AM 2  Q.   OKAY.

10:39AM 3       NO FURTHER QUESTIONS, YOUR HONOR.

10:39AM 4       THE COURT:  REDIRECT?

10:39AM 5       MS. RIDER:  JUST A FEW QUESTIONS FOR YOU.

### REDIRECT EXAMINATION

10:39AM 7  BY MS. RIDER:

10:39AM 8  Q.   AGAIN, WE WERE TALKING ABOUT ENCRYPTION; RIGHT?

10:39AM 9  A.   YES.

10:39AM 10 Q.   AND WE WERE TALKING ABOUT TO THE EXTENT THAT YOU

10:39AM 11 INVESTIGATE ENCRYPTION, RIGHT?

10:39AM 12 A.   YES.

10:39AM 13 Q.   AND AGAIN, ALL OF THESE DOCUMENTS THAT YOU RECEIVED WERE

10:39AM 14 PROVIDED BY DEFENDANTS' EXPERT; RIGHT?

10:39AM 15 A.   YES.

10:39AM 16 Q.   AND SO YOUR SCOPE OF INVESTIGATION WAS LIMITED TO WHAT YOU

10:39AM 17 WERE PROVIDED BY DEFENDANTS' EXPERT; RIGHT?

10:39AM 18 A.   CORRECT.

10:39AM 19 Q.   AND WE ESTABLISHED ALREADY THAT THE RF BIO_SERVER IN

10:39AM 20 PARTICULAR WAS CREATED AFTER THE LOCKOUT; CORRECT?

10:40AM 21 A.   YES.

10:40AM 22 Q.   AND SO IT WAS, IF I RECALL CORRECTLY, YOU TESTIFIED

10:40AM 23 MAY 18, 2020; CORRECT?

10:40AM 24 A.   APPROXIMATELY TWO MONTHS --

10:40AM 25      THE COURT:  DO YOU NEED A BREAK OVER THERE?