# EXHIBIT J

```
09:51AM   1    Q.   AND ANYTHING ELSE?
09:51AM   2    A.   YEAH.  WE DO -- AROUND DNA SEQUENCING, WE ALSO DO DNA
09:51AM   3    SYNTHESIS, WE ALSO DO CLONING, AND DNA PREPARATION.
09:51AM   4    Q.   HOW MANY -- ROUGHLY HOW MANY CUSTOMERS DOES QUINTARA HAVE
09:51AM   5    NOW?
09:51AM   6    A.   WE HAVE AROUND 15,000 CUSTOMERS.
09:51AM   7    Q.   AROUND 15,000 CUSTOMERS?
09:51AM   8    A.   YES.
09:51AM   9    Q.   AND WHERE ARE THOSE CUSTOMERS LOCATED?
09:51AM  10    A.   OH.  SO WE HAVE BUSINESS OPERATION IN CALIFORNIA,
09:51AM  11    PRIMARILY IN THE BAY AREA; AND WE ALSO HAVE OPERATION IN
09:52AM  12    MASSACHUSETTS IN THE BOSTON AREA; AND WE ALSO HAVE PEOPLE FROM
09:52AM  13    COLORADO, AND PRIMARILY THE CUSTOMER FROM DENVER, BOULDER, AND
09:52AM  14    FORT COLLINS; AND WE HAVE A CUSTOMER FROM CONNECTICUT; AND WE
09:52AM  15    HAVE CUSTOMERS FROM THE D.C. AREA.
09:52AM  16         AND WE HAVE LAB OPERATION IN BAY AREA; IN CAMBRIDGE,
09:52AM  17    MASSACHUSETTS; AND IN CONNECTICUT, FARMINGTON, CONNECTICUT; AND
09:52AM  18    IN FREDERICK, MARYLAND.
09:52AM  19    Q.   AND HOW MANY EMPLOYEES DOES QUINTARA HAVE NOW?
09:52AM  20    A.   WE CURRENTLY HAVE ABOUT 50, 5-0.
09:52AM  21    Q.   OKAY.
09:52AM  22    A.   YEAH.
09:52AM  23    Q.   TAKE YOU BACK TO THE TIME IN 2013 --
09:52AM  24    A.   UH-HUH.
09:52AM  25    Q.   -- DO YOU REMEMBER HOW MANY EMPLOYEES AT THE TIME DID
```

```
11:32AM   1    Q.   AND DID QUINTARA REPAY THE LOAN?
11:32AM   2    A.   YES.
11:32AM   3    Q.   THANK YOU VERY MUCH.
11:32AM   4         THE COURT:  WELL, WAS ANY OF THAT $1 MILLION USED
11:32AM   5    FOR BOSTON IN ANY WAY?
11:32AM   6         THE WITNESS:  SO IN 2017, AROUND 2017.  SO WHEN WE
11:32AM   7    MOVED THE LAB FROM SOUTH SAN FRANCISCO TO HAYWARD, AND WE ALSO
11:32AM   8    RENTED A BIGGER FACILITY IN CAMBRIDGE, AND WE MOVED THE OLIGO
11:33AM   9    SYNTHESIZER, O-L-I-G-O, OLIGO SYNTHESIZER -- IT'S A DNA
11:33AM  10    SYNTHESIZER -- WE MOVED IT FROM SOUTH SAN FRANCISCO TO BOSTON.
11:33AM  11    BY MR. LI:
11:33AM  12    Q.   OKAY.  SO WHOSE MONEY TO PURCHASE THAT OLIGO SYNTHESIZER?
11:33AM  13    A.   I THINK IT'S MR. WANG'S MONEY.
11:33AM  14    Q.   SO THAT'S THE ONLY MONEY SUPPOSEDLY USED FOR THE BOSTON?
11:33AM  15    A.   YEAH, YEAH.
11:33AM  16    Q.   OKAY.  THANK YOU.
11:33AM  17         I HAVE NO FURTHER QUESTIONS FOR THIS WITNESS.
11:33AM  18         THE COURT:  ALL RIGHT.
11:33AM  19    CROSS-EXAMINATION?
11:33AM  20         MS. KAMATH:  THANK YOU.
11:33AM  21         THE COURT:  ALL RIGHT.  PLEASE PROCEED.
11:33AM  22                         CROSS-EXAMINATION
11:33AM  23    BY MS. KAMATH:
11:33AM  24    Q.   MR. SHAN, LET ME HAND YOU EXHIBIT 503.
11:33AM  25         MAY I PROCEED, YOUR HONOR?
```

```
11:53AM   1              THE COURT:  CAN YOU ANSWER MY QUESTION?
11:53AM   2              THE WITNESS:  YEAH, UH-HUH.
11:53AM   3              THE COURT:  DID YOUR SON EVER WORK FOR QUINTARA.
11:53AM   4              THE WITNESS:  YES.  YES.
11:53AM   5              THE COURT:  ALL RIGHT.  THE PROBLEM WITH THE
11:53AM   6     QUESTION WAS THE WORD "YOU," DID YOU EVER HIRE?
11:53AM   7         HE'S ADMITTING HIS SON DID WORK FOR QUINTARA, AND THE
11:53AM   8     PROBLEM WITH YOUR QUESTION IS THAT MAYBE SOMEBODY ELSE HIRED
11:53AM   9     HIM.
11:53AM  10         DO YOU SEE THE PROBLEM?
11:53AM  11              MS. KAMATH:  YES, YOUR HONOR.
11:53AM  12              THE COURT:  PLEASE, I THINK YOU CAN RE-ASK THE
11:53AM  13     QUESTION IF YOU WANT, BUT HE'S ADMITTING NOW THAT HIS SON DID
11:53AM  14     WORK FOR QUINTARA.
11:53AM  15     BY MS. KAMATH:
11:53AM  16     Q.   AND EARLIER YOU STATED THAT THAT $1 MILLION, WHETHER THIS
11:53AM  17     WAS AN INVESTMENT OR A LOAN, YOU USED SOME OF THIS $1 MILLION
11:54AM  18     FOR QUINTARA; RIGHT?
11:54AM  19     A.   SO WE ARE USING THIS MONEY FOR PURCHASING LAB EQUIPMENT,
11:54AM  20     WHICH THIS LAB EQUIPMENT YOU CAN USE BY RUIFENG AND BY
11:54AM  21     QUINTARA, AND WE ALSO USE THIS MONEY TO PAY SOME OF THE PEOPLE
11:54AM  22     WORKING FOR RUIFENG, SO THE TECHNICIANS ALLOCATE TO RUIFENG.
11:54AM  23     Q.   AND WHO WERE SOME OF THE PEOPLE THAT YOU USED THE
11:54AM  24     $1 MILLION TO PAY?
11:54AM  25     A.   I DON'T REMEMBER THE NAME.  I THINK, LIKE, ALAN LI IS
```