# EXHIBIT K

**COPY 2 - To Be Filed With Employee's State, City, or Local Income Tax Return**

OMB# 1545-0008

| Box | Label | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 52432.44 |
| 2 | Federal income tax withheld | 5631.00 |
| 3 | Social security wages | 52432.44 |
| 4 | Social security tax withheld | 3250.81 |
| 5 | Medicare wages and tips | 52432.44 |
| 6 | Medicare tax withheld | 760.27 |

a Employee's social security number
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

c Employer's name, address, and ZIP code
RUIFENG BIZTECH INC
SUITE 2
3563 INVESTMENT BLVD
HAYWARD CA 94545

e Employee's name
ALAN LI
3367 SLEEPING MEADOW WAY
SAN RAMON CA 94582

f Employee's address and ZIP code

b Employer identification number (EIN) 46-4255570

7 Social security tips

8 Allocated tips

9

10 Dependent care benefits

11 Nonqualified plans

14 Other
CA SDI   524.32

12a $
12b $
12c $
12d $
12e $

13 Statutory employee   Retirement plan   Third-party sick pay

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 027-8176-3 | 52432.44 | 1877.77 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|

Form **W-2** Wage and Tax Statement   **2019**   Department of the Treasury–Internal Revenue Service
604495862000281157

---

**COPY 2 - To Be Filed With Employee's State, City, or Local Income Tax Return**

OMB# 1545-0008

| Box | Label | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 52432.44 |
| 2 | Federal income tax withheld | 5631.00 |
| 3 | Social security wages | 52432.44 |
| 4 | Social security tax withheld | 3250.81 |
| 5 | Medicare wages and tips | 52432.44 |
| 6 | Medicare tax withheld | 760.27 |

a Employee's social security number
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

c Employer's name, address, and ZIP code
RUIFENG BIZTECH INC
SUITE 2
3563 INVESTMENT BLVD
HAYWARD CA 94545

e Employee's name
ALAN LI
3367 SLEEPING MEADOW WAY
SAN RAMON CA 94582

f Employee's address and ZIP code

b Employer identification number (EIN) 46-4255570

7 Social security tips

8 Allocated tips

9

10 Dependent care benefits

11 Nonqualified plans

14 Other
CA SDI   524.32

12a $
12b $
12c $
12d $
12e $

13 Statutory employee   Retirement plan   Third-party sick pay

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 027-8176-3 | 52432.44 | 1877.77 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|

Form **W-2** Wage and Tax Statement   **2019**   Department of the Treasury–Internal Revenue Service



---

**COPY B - To Be Filed With Employee's FEDERAL Tax Return.**
This information is being furnished to the Internal Revenue Service.

OMB# 1545-0008

| Box | Label | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 52432.44 |
| 2 | Federal income tax withheld | 5631.00 |
| 3 | Social security wages | 52432.44 |
| 4 | Social security tax withheld | 3250.81 |
| 5 | Medicare wages and tips | 52432.44 |
| 6 | Medicare tax withheld | 760.27 |

a Employee's social security number
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

c Employer's name, address, and ZIP code
RUIFENG BIZTECH INC
SUITE 2
3563 INVESTMENT BLVD
HAYWARD CA 94545

e Employee's name
ALAN LI
3367 SLEEPING MEADOW WAY
SAN RAMON CA 94582

f Employee's address and ZIP code

b Employer identification number (EIN) 46-4255570

7 Social security tips

8 Allocated tips

9

10 Dependent care benefits

11 Nonqualified plans

14 Other
CA SDI   524.32

12a See instructions for box 12
12b $
12c $
12d $
12e $

13 Statutory employee   Retirement plan   Third-party sick pay

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 027-8176-3 | 52432.44 | 1877.77 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|

Form **W-2** Wage and Tax Statement   **2019**   Department of the Treasury–Internal Revenue Service



---

**COPY C - For EMPLOYEE'S RECORDS (See Notice to Employee on the back of Copy B.)**
This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

OMB# 1545-0008

| Box | Label | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 52432.44 |
| 2 | Federal income tax withheld | 5631.00 |
| 3 | Social security wages | 52432.44 |
| 4 | Social security tax withheld | 3250.81 |
| 5 | Medicare wages and tips | 52432.44 |
| 6 | Medicare tax withheld | 760.27 |

a Employee's social security number
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

c Employer's name, address, and ZIP code
RUIFENG BIZTECH INC
SUITE 2
3563 INVESTMENT BLVD
HAYWARD CA 94545

e Employee's name
ALAN LI
3367 SLEEPING MEADOW WAY
SAN RAMON CA 94582

f Employee's address and ZIP code

b Employer identification number (EIN) 46-4255570

7 Social security tips

8 Allocated tips

9

10 Dependent care benefits

11 Nonqualified plans

14 Other
CA SDI   524.32

12a See instructions for box 12
12b $
12c $
12d $
12e $

13 Statutory employee   Retirement plan   Third-party sick pay

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 027-8176-3 | 52432.44 | 1877.77 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|

Form **W-2** Wage and Tax Statement   **2019**   Department of the Treasury–Internal Revenue Service



RUIFENG9356EXH. 506

2019

**Form W-2 (top)**

| | | |
|---|---|---|
| b Employer's Identification number | 46-4255570 | |
| c Employer's name, address, and ZIP code | | |

RUIFENG BIZTECH INC

3563 INVESTMENT BLVD
SUITE 2
HAYWARD CA 94545

e Employee's first name and initial   Last name

106125400

JIANHUA GUAN
3056 BARTLETT STREET

OAKLAND CA 94602

f Employee's address and ZIP code

a Employee's soc. sec. no
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

| 1 Wages, tips, other compensation | 25930.00 | 2 Federal income tax withheld | 652.00 |
| 3 Social security wages | 25930.00 | 4 Social security tax withheld | 1607.66 |
| 5 Medicare wages and tips | 25930.00 | 6 Medicare tax withheld | 375.99 |
| 7 Social security tips | | 8 Allocated tips | |
| 9 Verification code | | 10 Dependent care benefits | |
| 11 Nonqualified plans | | 13 Statutory employee / Retirement plan / Third-party sick pay | |
| 14 Other | CA SDI | | 259.30 |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CA | 027-8176-3 | 25930.00 | 60.65 | | | |

Form W-2 Wage and Tax Statement 2019   Department of the Treasury-Internal Revenue Service   OMB # 1545-0008

---

**Form W-2 (second)**

| | | |
|---|---|---|
| b Employer's Identification number | 46-4255570 | |
| c Employer's name, address, and ZIP code | | |

RUIFENG BIZTECH INC

3563 INVESTMENT BLVD
SUITE 2
HAYWARD CA 94545

e Employee's first name and initial   Last name

106125400

XUELING ZHAO
942 CERRITO STREET

ALBANY CA 94706

f Employee's address and ZIP code

a Employee's soc. sec. no
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

| 1 Wages, tips, other compensation | 27275.01 | 2 Federal income tax withheld | 1635.00 |
| 3 Social security wages | 27275.01 | 4 Social security tax withheld | 1691.05 |
| 5 Medicare wages and tips | 27275.01 | 6 Medicare tax withheld | 395.49 |
| 7 Social security tips | | 8 Allocated tips | |
| 9 Verification code | | 10 Dependent care benefits | |
| 11 Nonqualified plans | | 13 Statutory employee / Retirement plan / Third-party sick pay | |
| 14 Other | CA SDI | | 272.75 |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CA | 027-8176-3 | 27275.01 | 769.25 | | | |

Form W-2 Wage and Tax Statement 2019   Department of the Treasury-Internal Revenue Service   OMB # 1545-0008

---

**Form W-2 (third)**

REV 12/23/19 OSP

| | | |
|---|---|---|
| b Employer's Identification number | 46-4255570 | |
| c Employer's name, address, and ZIP code | | |

RUIFENG BIZTECH INC

3563 INVESTMENT BLVD
SUITE 2
HAYWARD CA 94545

e Employee's first name and initial   Last name

106125400

QUN SHAN
942 CERRITO STREET

ALBANY CA 94706

f Employee's address and ZIP code

a Employee's soc. sec. no
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

| 1 Wages, tips, other compensation | 13710.00 | 2 Federal income tax withheld | 237.00 |
| 3 Social security wages | 13710.00 | 4 Social security tax withheld | 850.02 |
| 5 Medicare wages and tips | 13710.00 | 6 Medicare tax withheld | 198.80 |
| 7 Social security tips | | 8 Allocated tips | |
| 9 Verification code | | 10 Dependent care benefits | |
| 11 Nonqualified plans | | 13 Statutory employee / Retirement plan / Third-party sick pay | |
| 14 Other | CA SDI | | 137.10 |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CA | 027-8176-3 | 13710.00 | 82.81 | | | |

Form W-2 Wage and Tax Statement 2019   Department of the Treasury-Internal Revenue Service   OMB # 1545-0008

---

**Form W-2 (bottom)**

| | | |
|---|---|---|
| b Employer's Identification number | 46-4255570 | |
| c Employer's name, address, and ZIP code | | |

RUIFENG BIZTECH INC

3563 INVESTMENT BLVD
SUITE 2
HAYWARD CA 94545

e Employee's first name and initial   Last name

106125400

ALEX WONG
938 MADRID STREET

SAN FRANCISCO CA CA 94112

f Employee's address and ZIP code

a Employee's soc. sec. no
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

| 1 Wages, tips, other compensation | 84000.00 | 2 Federal income tax withheld | 5760.00 |
| 3 Social security wages | 84000.00 | 4 Social security tax withheld | 5208.00 |
| 5 Medicare wages and tips | 84000.00 | 6 Medicare tax withheld | 1218.00 |
| 7 Social security tips | | 8 Allocated tips | |
| 9 Verification code | | 10 Dependent care benefits | |
| 11 Nonqualified plans | | 13 Statutory employee / Retirement plan / Third-party sick pay | |
| 14 Other | CA SDI | | 840.00 |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CA | 027-8176 | 84000.00 | 4472.76 | | | |

COPY - FOR YOUR RECORDS

Form W-2 Wage and Tax Statement 2019   Department of the Treasury-Internal Revenue Service   OMB # 1545-0008

HIGHLY CONFIDENTIAL -ATTORNEYS' EYES ONLY