# EXHIBIT L

| | | |
|---|---|---|
| 08:36AM | 1 | A.   IT'S THE LOAN PURCHASE, THE MACHINE WE TALK ABOUT.  IT'S |
| 08:36AM | 2 | ON THE PAPER. |
| 08:36AM | 3 | Q.   AND THAT WAS 395,000? |
| 08:36AM | 4 | A.   YEAH, THAT'S WHAT IS ON THERE. |
| 08:36AM | 5 | Q.   YOU'RE TELLING ME THERE'S A LOAN FROM RUIFENG TO QUINTARA |
| 08:36AM | 6 | IN 2015 FOR 395,000 TO PURCHASE EQUIPMENT THAT YOU LISTED ON |
| 08:36AM | 7 | EXHIBIT -- WAS IT 143A? |
| 08:36AM | 8 | MR. LI:  14 -- |
| 08:36AM | 9 | THE WITNESS:  WHICH ONE ARE YOU TALKING ABOUT? |
| 08:36AM | 10 | MR. LI:  CAN WE JUST SHOW HER THE EXHIBIT? |
| 08:36AM | 11 | MS. KAMATH:  YES, THE EXHIBIT. |
| 08:36AM | 12 | DO YOU HAVE 143A WITH YOU? |
| 08:36AM | 13 | MR. LI:  I DO. |
| 08:37AM | 14 | (HANDING.) |
| 08:37AM | 15 | MS. KAMATH:  I THINK YOU HAVE ONE OF THE EXHIBITS |
| 08:37AM | 16 | WITH YOU.  CAN I SEE THAT, PLEASE? |
| 08:37AM | 17 | THE COURT:  THIS IS 143A. |
| 08:37AM | 18 | MS. KAMATH:  YES. |
| 08:37AM | 19 | THE COURT:  THIS IS ONE THAT YOU HAVE ALREADY SEEN. |
| 08:37AM | 20 | I THINK THIS IS THE ONE YOU'RE REFERRING TO. |
| 08:37AM | 21 | BY MS. KAMATH: |
| 08:37AM | 22 | Q.   I'LL GET TO THE 143A. |
| 08:37AM | 23 | IN TERMS OF THE $395,000 LOANED TO QUINTARA FROM RUIFENG |
| 08:37AM | 24 | IN 2015, THAT WAS TO PURCHASE EQUIPMENT LISTED IN EXHIBIT 364 |
| 08:37AM | 25 | THAT YOU HAVE WITH YOU? |

ZHAO CROSS BY MS. KAMATH

08:37AM  1    A.   NO.  I DON'T KNOW WHAT IT IS.

08:37AM  2    Q.   OKAY.

08:37AM  3    A.   SO IT'S A LOAN TO QUINTARA.  HOW DO WE USE IT, THE DETAIL?

08:37AM  4    WHICH, LIKE, IS USED FOR WHICH ONE?  I DON'T HAVE A CLEAR

08:37AM  5    RECOLLECTION OF IT.

08:37AM  6         BUT IT SAYS ON HERE THAT'S THE TOTAL AMOUNT, THEN YES, IT

08:38AM  7    IS.

08:38AM  8    Q.   AND WHAT KIND OF EQUIPMENT DID YOU PURCHASE WITH THAT

08:38AM  9    395,000 IN EXHIBIT 143A?

08:38AM  10   A.   WE PURCHASED EQUIPMENT, BUT I DON'T EXACTLY KNOW.  LIKE,

08:38AM  11   THE EQUIPMENT IS PURCHASED WITH THIS LOAN, I DON'T KNOW

08:38AM  12   WHICH -- EXACTLY WHICH PIECE.

08:38AM  13   Q.   AND THAT EQUIPMENT WAS MOSTLY DNA SEQUENCING EQUIPMENT,

08:38AM  14   SUCH AS SYNTHESIZERS; RIGHT?

08:38AM  15   A.   IT COULD BE.

08:38AM  16   Q.   AND YOU BOUGHT THAT IN 2015?

08:38AM  17   A.   OVER TIME WE BUY IN DIFFERENT -- SOMETIME WE BOUGHT A USED

08:38AM  18   SEQUENCER IN 2015, AND THEN LATER ON IT BROKE.

08:38AM  19        WE ALSO BUY -- WE BOUGHT ANOTHER ONE IN 2016.

08:38AM  20        AND SO WE JUST DECIDE HOW MANY WE NEED TO USE AND WE

08:38AM  21   BOUGHT WHEN WE NEEDED IT.

08:39AM  22   Q.   AND THAT 2015 USED SYNTHESIZER THAT BROKE LATER, WHERE DID

08:39AM  23   YOU HOUSE THAT?

08:39AM  24   A.   IF IT'S BROKEN DOWN, IT'S TRASHED.  WE DON'T SAVE A BROKEN

08:39AM  25   DOWN SEQUENCER.

ZHAO CROSS BY MS. KAMATH

08:39AM  1   Q.   WHEN YOU INITIALLY BOUGHT IT, WHERE DID YOU HOUSE THAT

08:39AM  2   USED SYNTHESIZER THAT YOU PURCHASED IN 2015 OUT OF THE 395,000

08:39AM  3   LOAN TO QUINTARA FROM RUIFENG?

08:39AM  4   A.   NO, NO, NO.  YOU'RE CONFUSED.  YOU CONFUSE YOURSELF.  THE

08:39AM  5   LOAN IS TO QUINTARA, AND THE OLIGO SYNTHESIZER ON HERE IS

08:39AM  6   ALREADY IN HIS BOOK.  WE DON'T USE THAT MONEY TO BOUGHT THAT

08:39AM  7   SYNTHESIZER.

08:39AM  8   Q.   RIGHT, I'M NOT CONFLATING ANY SYNTHESIZERS.

08:39AM  9        YOU SPECIFICALLY STATED YOU PURCHASED EQUIPMENT AND YOU

08:39AM 10   PAID FOR IT WITH THAT $395,000 LOAN TO QUINTARA FROM RUIFENG;

08:40AM 11   RIGHT?

08:40AM 12   A.   IT'S A LOAN TO QUINTARA.  WE MIGHT USE IT TO PURCHASE

08:40AM 13   EQUIPMENT, OR WE MIGHT USE IT TO PAY FOR OTHER STUFF.  I CAN'T

08:40AM 14   TELL YOU THE DETAIL OF HOW WE USE EVERY DOLLAR OF IT.

08:40AM 15   Q.   I'M NOT ASKING FOR EVERY DOLLAR.  I'M JUST SAYING THAT THE

08:40AM 16   EQUIPMENT THAT YOU ADMITTED THAT YOU PURCHASED, THAT USED

08:40AM 17   EQUIPMENT THAT YOU PURCHASED IN 2015 WITH THAT $395,000 LOAN

08:40AM 18   FROM QUINTARA TO RUIFENG, WHERE DID YOU HOUSE THAT INITIALLY

08:40AM 19   WHEN YOU BOUGHT IT?

08:40AM 20   A.   YOU'RE TWISTING MY ANSWER.

08:40AM 21        I SAID I USED THIS MONEY SOMETIMES TO PURCHASE EQUIPMENT

08:40AM 22   AND SOMETIMES TO USE TO PAY FOR SALARY, OR SOMETIMES USE IT TO

08:40AM 23   PAY FOR OTHER STUFF.

08:40AM 24        AND THEN YOU SAY THAT I'M USING THIS MONEY TO PURCHASE A

08:40AM 25   PIECE OF SEQUENCER AND HIDING IT.

08:40AM  1          YOU'RE TWISTING MY STATEMENT.

08:40AM  2     Q.   I DIDN'T SAY YOU WERE HIDING IT.  I NEVER USED THAT WORD.

08:40AM  3     YOU CAN CHECK THE TRANSCRIPT.  YOU SAID IT.

08:41AM  4          OKAY.  SO YOU HAVE NO ACCOUNTING FOR WHAT KIND OF THINGS

08:41AM  5     YOU DID WITH THAT 395,000.

08:41AM  6          AND YOU MAY HAVE EVEN BOUGHT LOUIS VUITTON SHOES; RIGHT?

08:41AM  7     A.   NO.  I'M SURE WE HAVE ACCOUNTING.  I JUST NEED TO PULL OUT

08:41AM  8     THE DOCUMENT AND TELL YOU I SPENT $5,000 ON A PCR MACHINE, AND

08:41AM  9     I SPENT $10,000 ON A CENTRIFUGE, AND THEN I SPENT $22,000 ON

08:41AM  10    PAYROLL.

08:41AM  11         I NEED TO PULL THOSE RECORDS AND TELL YOU, OKAY?

08:41AM  12    Q.   SO YOU HAVE NO RECORDS --

08:41AM  13    A.   I DO.

08:41AM  14    Q.   OKAY.  BUT BASED ON YOUR PERSONAL KNOWLEDGE, YOU HAVE NO

08:41AM  15    IDEA WHAT YOU DID WITH THE 395,000 SPECIFICALLY DOLLAR BY

08:41AM  16    DOLLAR; RIGHT?

08:41AM  17    A.   NOT SPECIFIC DOLLAR BY DOLLAR.

08:41AM  18         BUT I KNOW WE USE IT TO PURCHASE -- SOMETIMES TO PURCHASE

08:41AM  19    A PIECE OF EQUIPMENT WE NEED TO USE.

08:41AM  20    Q.   OKAY.  AND THAT EQUIPMENT, DID YOU USE IT IN THE

08:41AM  21    COLLABORATION BETWEEN RUIFENG AND QUINTARA?

08:41AM  22    A.   YES.

08:41AM  23    Q.   OKAY.  AND IN 2015, YOU WERE IN RICHMOND?  OR HAD YOU

08:42AM  24    ALREADY MOVED TO SOUTH SAN FRANCISCO, CALIFORNIA?

08:42AM  25    A.   2015 WE'RE IN SOUTH SAN FRANCISCO.

SHAN CROSS BY MS. KAMATH (RES.)

08:21AM  1    WAS IT CALLED ALONG BIOSCIENCES?

08:21AM  2    A.   NO, NO.  I'M WORKING -- WE DISCOVER, LIKE, A NEW

08:21AM  3    TECHNOLOGY WHICH IS CIRCULAR SINGLE STRANDED DNA.

08:22AM  4    Q.   AND THIS CUSTOMER LIST THAT YOU DEVELOPED FROM 2014 TO

08:22AM  5    2017, IS THAT PART OF THE CURRENT CUSTOMER LIST AS WELL IN

08:22AM  6    2023?

08:22AM  7    A.   YES.  SO I THINK WE BUILD THIS DATABASE ALL ALONG.  IT'S A

08:22AM  8    MULTI-YEAR EFFORT.

08:22AM  9    Q.   AND SO IT'S A GROWING LIST OF CUSTOMERS FROM 2014 TO

08:22AM  10   CURRENTLY; RIGHT?

08:22AM  11   A.   YEAH.

08:22AM  12   Q.   AND SO YOU BUILD OFF OF EACH CUSTOMER LIST EACH MONTH;

08:22AM  13   RIGHT?

08:22AM  14   A.   ONE BY ONE, ONE CUSTOMER BY ONE CUSTOMER.

08:22AM  15        MANY OF OUR CUSTOMER WAS RESEARCH UNIVERSITIES, BIOTECH

08:22AM  16   COMPANIES.

08:22AM  17        BUT OUR CUSTOMER ARE REPEATING CUSTOMERS.  THEY'RE JUST

08:22AM  18   USING OUR SERVICE ON A REGULAR BASIS.

08:22AM  19   Q.   AND THOSE CUSTOMERS FROM 2014 TO 2017 AND ONGOING, THEY

08:23AM  20   PROCESSED THE WORK IN THE 63 LAB; RIGHT?

08:23AM  21   A.   I THINK WE MOVED TO HAYWARD IN 2017.

08:23AM  22   Q.   OKAY.

08:23AM  23   A.   SO BEFORE THAT, I THINK I THINK IT'S PRIMARILY PROCESSED

08:23AM  24   IN SOUTH SAN FRANCISCO.

08:23AM  25   Q.   OKAY.  I REMEMBER.

BERRYHILL DIRECT BY MS. RIDER

09:01AM 1    THE COURT:  WELL, LET'S DO THAT RIGHT NOW.  LET'S GO

09:01AM 2    TO THE -- GIVE ME THE EXHIBIT NUMBERS.

09:01AM 3    MS. RIDER:  311, 312, 313, 317, 318, 319 AND 320,

09:01AM 4    326 AND 327, 329, 330, 331, 332, 333, AND 389 AND 390.

09:01AM 5    THE COURT:  389 AND 390?

09:01AM 6    MS. RIDER:  THAT'S CORRECT.

09:01AM 7    THE COURT:  DO YOU STIPULATE?

09:01AM 8    MS. KAMATH:  THAT'S CORRECT.

09:01AM 9    (PLAINTIFF'S EXHIBITS 311, 312, 313, 317, 318, 319, 320,

09:01AM 10   326, 327, 329, 330, 331, 332, 333, 389, AND 390 WERE RECEIVED

09:01AM 11   IN EVIDENCE.)

09:01AM 12   THE COURT:  AND DO ANY HAPPEN TO BE HIS REPORTS?

09:01AM 13   MS. RIDER:  NO.

09:01AM 14   THE COURT:  SO WHAT I SAID TO THE JURY IS STILL

09:02AM 15   CORRECT?

09:02AM 16   MS. RIDER:  THAT'S CORRECT.  THOSE WERE DISCLOSURES

09:02AM 17   ACCOMPANYING HIS REPORT.  IT WAS HIS ATTACHMENTS TO THE REPORT.

09:02AM 18   THE COURT:  WHILE WE'RE ON THE SUBJECT, WHAT IS THE

09:02AM 19   SIGNIFICANCE IN THIS CASE OF LOGICAL VERSUS FULL IMAGE?  HOW

09:02AM 20   DOES THAT PLAY INTO OUR CASE?

09:02AM 21   MS. RIDER:  BECAUSE THE IMAGES THAT WERE PROVIDED TO

09:02AM 22   US WERE NOT AS USEFUL AS THEY COULD BE, AND TO THE EXTENT THAT

09:02AM 23   WE ALREADY FOUND TRADE SECRET MISAPPROPRIATION, THERE COULD BE

09:02AM 24   POTENTIALLY A LOT MORE INFORMATION THAT WE WERE UNABLE TO

09:02AM 25   DISCOVER.

09:05AM   1    AT THIS HOUR WE'RE IN THE MIDST OF A JURY TRIAL AND THEY'RE

09:05AM   2    RAISING THE ISSUE THAT THEY SOMEHOW HAD INCOMPLETE FILES AND

09:05AM   3    THAT'S THE WAY IT WAS GIVEN TO THEM.

09:05AM   4        BUT THEY DID NOT MAKE A MOTION TO COMPEL AND THEY DID NOT

09:05AM   5    DEMAND ANY FURTHER FORENSIC IMAGING AND/OR PHYSICAL HARD DRIVE

09:05AM   6    WORKSTATIONS.

09:05AM   7             THE COURT:  WHAT DO YOU SAY TO THAT, MR. LI?

09:05AM   8             MR. LI:  WE DID MAKE A MOTION TO COMPEL.  IT WAS

09:05AM   9    HARD FOUGHT AND EVENTUALLY WE WON, BUT THEY GAVE US THE WATERED

09:05AM  10    DOWN VERSION.

09:05AM  11             THE COURT:  AFTER THEY GAVE YOU THE WATERED DOWN,

09:05AM  12    DID YOU GO BACK TO THE MAGISTRATE JUDGE AND SAY, MAKE THEM GIVE

09:06AM  13    US THE FULL IMAGES?

09:06AM  14             MR. LI:  I BELIEVE WE DID.  RIGHT NOW, YOU KNOW,

09:06AM  15    IT'S A LITTLE FUZZY, BUT I BELIEVE WE DID.

09:06AM  16        AND MR. BERRYHILL PUT IN HIS REPORT WHY THIS IS DEFICIENT,

09:06AM  17    AND SO HE'S REPORTING ON WHAT HE REPORTED, YEAH.

09:06AM  18             THE COURT:  ALL RIGHT.  WELL --

09:06AM  19             MS. KAMATH:  YOUR HONOR, JUST TO ADD ONE MORE THING.

09:06AM  20        IN THE DECLARATION OF RENE NOVOA THAT IS ONE OF THE

09:06AM  21    EXHIBITS, IT SAYS, THIS SERVER IS IDENTIFIED AS QUOTE-UNQUOTE,

09:06AM  22    "RF BIO_SERVER, "AND THIS SERVER IS COMPLETELY IMAGED AND

09:06AM  23    PRESERVED.  THE CHIEF EXECUTIVE OFFICER OF RUIFENG,

09:06AM  24    GANGYOU WANG, ALSO HAD TWO PERSONAL COMPUTERS ON SITE.  BOTH OF

09:06AM  25    THOSE PERSONAL COMPUTERS HAVE BEEN COMPLETELY IMAGED AND