# EXHIBIT S

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Northern District of California

INVOICE 20233782

Reshma Kamath
Law Offices of Reshma Kamath
700 El Camino Real,
Suite 120
Menlo Park, CA 94025

**MAKE CHECKS PAYABLE TO:**
IRENE L. RODRIGUEZ, CSR,RMR,CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113
Irene_Rodriguez@cand.uscourts.gov

__ CRIMINAL    X CIVIL

DATE ORDERED: 07-11-2023

DATE DELIVERED: 07-11-2023

**In the matter of:** CV-20-4808 WHAT, Quintara Biosciences, Inc. v Ruifeng Biztech

Transcript of Proceedings held on 7/10/23 (209 pgs.), 7/11/23 (219 pgs.), 7/12/23 (195 pgs.) and 7/13/23 (186 pgs.)
Original split and realtime

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 504 | 7.25 | 3654.00 | 1008 | 1.20 | 1209.60 | | | | 4863.60 |
| Realtime | 1008 | 3.05 | 3074.40 | | | | | | | 3074.40 |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 7938.00 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| | | | | | | | | Less Amount of Deposit | | |
| | | | | | | | | Total Refund | | |
| **Date:** 07-14-2023 | | **Check:** | | | **Amount:** 6000.00 | | | | **Total Due** | 1938.00 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:

DATE: 07-14-2023

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

| Invoice # | Due Date |
|---|---|
| 2023−064 | 07/15/2023 |

| Bill to: |
|---|
| Gangyou Wang<br>bwgs@163.com<br>(408)712-7421 |

| | | P.O. # | |
|---|---|---|---|
| | | N/A | |
| **Item** | **Amount** | **Rate** | **Subtotal** |
| Interpreting services for Quintara v. Ruifeng BizTech in Federal Court, 2023 | 1 | $16,300 | $16,300 |
| Payment received by July 11, 2023 | 1 | $6,800 | -$6,800 |
| | | **Grand Total** | $9,500.00 |

 Further questions
Yang Shao, Ph. D.      Tel: 510-449-8267    yangshao7@gmail.com

 Gmail                                                                                                        Reshma Kamath <reshmakamath2021@gmail.com>

**FedEx Office® Print On Demand—Order Completion (Order 2010147888459156)**
2 messages

**no-reply.ecommerce@fedex.com** <no-reply.ecommerce@fedex.com>                                                                    Sun, J
Reply-To: no-reply.ecommerce@fedex.com
To: reshmakamath2021@gmail.com



## This is an automated response. Please do not reply to this email. ##

Dear RESHMA KAMATH,

Thank you for choosing FedEx Office. This email confirms your order has been completed and is ready for you to pick up at the FedEx Office at 3898 Mowry Ave Fremont CA 94538 1430 US

If you have any questions concerning your order, please call the FedEx Office store that produced the order and ask for the Project Coordinator. For your reference, your order number is 2010147888459156.

If you have questions about this order (or other comments or concerns regarding FedEx Office), please contact a team member at **1.800.GoFedEx** 1.800.463.3339.

All jobs produced by customers will be retained for 30 days after the order ready by date on the receipt, at which time you will be charged for the completed job if you have not picked up the order. FedEx Office is not responsible for retaining any work not picked up by customer after such 30 day period and is entitled to collect and retain payment for all work performed on the customer's behalf.

ORDER -- SUMMARY DETAILS

Order Number: 2010147888459156

Order Price

Subtotal: $131.39

Tax: $13.47

Total: $144.86

Payment By: Credit Card

See order details for each recipient below.

ORDER DETAIL – Part 1

Job Number: 2010147888459156

FedEx Office Store Producing Order: 3898 Mowry Ave Fremont CA 94538 1430 US

Phone: 510.742.0300

Email: usa5185@fedex.com

Order Completion Date: Jul 10, 2023 at 10:00 AM

Documents: Mounted Poster (1)

Recipient: KAMATH, RESHMA

To be picked up at FedEx Office store (see above)

Price: $131.39
Tax: $13.47

Thank you. We look forward to the opportunity to work with you again.

✉ This email has been sent to: reshmakamath2021@gmail.com.

©2023 FedEx. The content of this message is protected by copyright and trademark laws under U.S. and international law.

Review our privacy policy. All rights reserved.

---

**no-reply.ecommerce@fedex.com** <no-reply.ecommerce@fedex.com>                                                            Sun, J
Reply-To: no-reply.ecommerce@fedex.com
To: reshmakamath2021@gmail.com



## This is an automated response. Please do not reply to this email. ##

Dear RESHMA KAMATH,

Thank you for choosing FedEx Office. This email confirms your order has been completed and shipped based on your instructions.

If you have any questions concerning your order, please call the FedEx Office store that produced the order and ask for the Project Coordinator. For your reference, your order number is 2010147888459156.

If you have questions about this order (or other comments or concerns regarding FedEx Office), please contact a team member at **1.800.GoFedEx** 1.800.463.3339.

ORDER -- SUMMARY DETAILS

Order Number: 2010147888459156

Order Price

Subtotal: $131.39

Shipping: $0.00
OR
Shipping: Charged to your FedEx Account for shipping ending in

Tax: $13.47

Total: $144.86

Payment By: Credit Card

See order details for each recipient below.

ORDER DETAIL – Part 1

Job Number: 2010147888459156

FedEx Office Store Producing Order:  3898 Mowry Ave Fremont CA 94538 1430 US

Phone: 510.742.0300

Email: usa5185@fedex.com

Order Completion Date: Jul 10, 2023 at 10:00 AM

Documents: Mounted Poster (1)

Recipient: KAMATH, RESHMA

Shipping Address: NA

Delivery Method FedEx 5185: OrderNumber=2010147888459156

Price: $131.39
Shipping: $0.00
Tax: $13.47

Thank you. We look forward to the opportunity to work with you again.

---

✉ This email has been sent to: reshmakamath2021@gmail.com.

©2023 FedEx. The content of this message is protected by copyright and trademark laws under U.S. and international law.

Review our privacy policy. All rights reserved.

 Gmail                                                                                             Reshma Kamath <reshmakamath2021@gmail.com>

**FedEx Office® Print On Demand—Order Confirmation (Order 2010567588777175)**
1 message

no-reply.ecommerce@fedex.com <no-reply.ecommerce@fedex.com>                                          Sun, Ju
Reply-To: no-reply.ecommerce@fedex.com
To: reshmakamath2021@gmail.com



## This is an automated response. Please do not reply to this email. ##

Dear RESHMA KAMATH,

Thank you for choosing FedEx Office. This email confirms that we have received your order. Please retain this email for your records.

If you need to cancel this order, please contact us at **1.800.GoFedEx** 1.800.463.3339 as soon as possible. For your reference, your order number is 2010567588777175. Please note that most jobs go into production within 15 minutes of receipt. Orders cancelled after going into production may be subject to a charge.

If you have any other questions concerning your order, please contact the FedEx Office store that will be producing your order at 3898 Mowry Ave Fremont CA 94538 1430 US

ORDER -- SUMMARY DETAILS

Order Number: 2010567588777175

Order Price

Subtotal: $81.50

Tax: $8.35

Total: $89.85

Payment By: Credit Card

See order details for each recipient below.

ORDER DETAIL – Part 1

Job Number: 2010567588777175

FedEx Office Store Producing Order: 3898 Mowry Ave Fremont CA 94538 1430 US

Phone: 510.742.0300

Email: usa5185@fedex.com

Order Completion Date: Jul 10, 2023 at 10:00 AM

Documents: Poster Prints (1)

Recipient: KAMATH, RESHMA

Shipping Address: NA

To be picked up at FedEx Office store (see above)

Price: $81.50
Tax: $8.35

Thank you. We look forward to the opportunity to work with you again.

Case 3:20-cv-04808-WHA   Document 380-1   Filed 07/27/23   Page 8 of 9

✉ This email has been sent to: reshmakamath2021@gmail.com.

©2023 FedEx. The content of this message is protected by copyright and trademark laws under U.S.
and international law.

Review our privacy policy. All rights reserved.



```
                FedEx Office

         FedEx Office is your destination
              for printing and shipping.

                 1194 El Camino Real
                Menlo Park, CA 94025-4308
                   Tel: (650) 321-4202

 7/8/2023                    12:26:56 PM PST
 Team Member: Jessica C
 Customer: GANGYOU WANG

                      SALE

 RENEWED DISCOVERY 3      Qty 3    3,524.46
  BW 1S Copy/Print        15819 @  0.1740 T
   000001 Reg. Price       0.25
  Drill Per Sheet         15819 @  0.0200 T
   000371 Reg. Price       0.02
  Drilling Setup              1 @  1.4900 T
   000372 Reg. Price       1.49
  Document Creation           5 @ 30.0000 T
   002499 Reg. Price      30.00
  BW 1S Copy/Print           42 @  0.2500 T
   000001 Reg. Price       0.25
  BndrEcoVw 3inBlk 1Ct       42 @  6.9900 T
   004405 Reg. Price       6.99

          Price per piece  1,174.82
          Regular Total    4,726.70
          Discounts        1,202.24

 RENEWED DEPOSITION 3     Qty 3    4,303.73
  BW 1S Copy/Print        19500 @  0.1740 T
   000001 Reg. Price       0.25
  Drill Per Sheet         19500 @  0.0200 T
   000371 Reg. Price       0.02
  Drilling Setup              1 @  1.4900 T
   000372 Reg. Price       1.49
  Document Creation           5 @ 30.0000 T
   002499 Reg. Price      30.00
  BndrEcoVw 3inBlk 1Ct       51 @  6.9900 T
   004405 Reg. Price       6.99
  BW 1S Copy/Print           51 @  0.2500 T
   000001 Reg. Price       0.25

          Price per piece  1,434.58
          Regular Total    5,785.73
          Discounts        1,482.00

 RUIFENG TRIAL EXHIBI     Qty 5    1,950.02
  BW 1S Copy/Print         8295 @  0.1750 T
   000001 Reg. Price       0.25
  Drill Per Sheet          8295 @  0.0200 T
   000371 Reg. Price       0.02
  Drilling Setup              1 @  1.4900 T
   000372 Reg. Price       1.49
  Document Creation           5 @ 30.0000 T
   002499 Reg. Price      30.00
  BW 1S Copy/Print           25 @  0.2500 T
   000001 Reg. Price       0.25
  BndrEcoVw 3inBlk 1Ct       25 @  6.9900 T
   004405 Reg. Price       6.99

          Price per piece    390.00
          Regular Total    2,572.14
          Discounts          822.12

 Sub-Total                         9,778.21
 Tax                                 916.71
 Deposit                           8,600.00

 Total                            10,694.92

 ************ PURCHASE ************
                   APPROVED
 Total:                           $2,094.92
 Card Type:              VISA
 Card Entry:             CHIP
 Acct #:         ************3306
 Approval Code: 537929
                   PIN Verified
 ********* EMV PURCHASE *********
 App Label:                   VISA CREDIT
 Mode:                             Issuer
 AID: A0000000031010
 TVR: 8000048000
 IAD: 06010A03A08000
 TSI: 6800
 ARC:
 AC:  6A2938D0B8DE08DDF
 CVM: 420300

       Total Tender        2,094.92
       Change Due              0.00

       Total Discounts     3,306.36
```

```
 Tell us how we did and get $5 off your
 next purchase of $30 or more print order
          visit fedex.com/welisten
 Promo Code:____ Offer expires 12/31/2023

     Get your message out in a big way with
     everything from full-color banners to
         photo-quality posters, yard signs,
               auto magnets and more.

              Thank you for visiting
                  FedEx Office
          Make It. Print It. Pack It. Ship It.
                 fedex.com/office

       By submitting your project to FedEx
       Office or by making a purchase in a
       FedEx Office store, you agree to all
         FedEx Office terms and conditions,
            including limitations of liability.
         Request a copy of our terms or visit
          conditions from a Team Member or visit
             fedex.com/officeserviceterms
                    for details.

                   Customer Copy
```