# EXHIBIT N

10:02AM 1         LET MS. RIDER SIT DOWN FIRST SO THERE WILL NOT BE A
10:03AM 2    DISTRACTION.
10:03AM 3         ARE YOU READY?
10:03AM 4              MS. KAMATH:  YES.
10:03AM 5              THE COURT:  ALL RIGHT.  YOUR TURN.
10:03AM 6                         **CROSS-EXAMINATION**
10:03AM 7    BY MS. KAMATH:
10:03AM 8    Q.   GOOD MORNING, MR. BERRYHILL.
10:03AM 9         HOW ARE YOU TODAY?
10:03AM 10   A.   GOOD MORNING.
10:03AM 11   Q.   YOU WORKED AT THE AIR FORCE; RIGHT?
10:03AM 12   A.   I USED TO.  I NO LONGER DO.
10:03AM 13   Q.   YOU USED TO?
10:03AM 14   A.   YES.
10:03AM 15   Q.   ARE YOU A TRADE SECRET EXPERT?
10:03AM 16   A.   IN THE DETERMINATION OF WHAT CONSTITUTES A TRADE SECRET?
10:03AM 17   NO.
10:03AM 18   Q.   ARE YOU A MISAPPROPRIATION EXPERT?
10:03AM 19   A.   NO.
10:03AM 20   Q.   DO YOU HAVE ANY LEGAL BACKGROUND?
10:03AM 21   A.   NO.
10:03AM 22   Q.   YOU STATED EARLIER THAT YOU THOUGHT CERTAIN THINGS WERE
10:03AM 23   TRADE SECRETS; RIGHT?
10:03AM 24   A.   NO.  WHAT I SAID WAS THINGS WERE REPRESENTED TO ME TO
10:03AM 25   POSSIBLY BE TRADE SECRETS, AS IN THE KIND OF INFORMATION THAT

10:03AM 1  AN ATTORNEY WOULD BE SEARCHING FOR, AND I WOULD USE THAT AS MY

10:03AM 2  GUIDANCE TO FIND POTENTIAL INFORMATION AND THEN PROVIDE IT TO

10:03AM 3  THEM FOR THEIR OWN EVALUATION.

10:03AM 4  Q.   OKAY.  YOU STATED THE KINDS OF INFORMATION REPRESENTED TO

10:03AM 5  YOU; RIGHT?

10:04AM 6  A.   THAT WOULD BE ONE THING, YES.

10:04AM 7  Q.   OKAY.  SO YOU'RE LOOKING FOR SPECIFIC TYPES OF INFORMATION

10:04AM 8  THAT AN ATTORNEY ATTESTED TO YOU TO BE SOME KIND OF,

10:04AM 9  QUOTE-UNQUOTE, "TRADE SECRET"?

10:04AM 10 A.   THEY PROVIDE A STARTING POINT FOR MY SEARCHES, AND THEN I

10:04AM 11 PROVIDE THE RESULTS OF MY SEARCHES.

10:04AM 12 Q.   AND SO YOU'RE SEARCHING FOR INFORMATION FROM AN ATTORNEY;

10:04AM 13 RIGHT?

10:04AM 14 A.   NO.  I AM SEARCHING THE EVIDENCE PROVIDED USING THE

10:04AM 15 INFORMATION FROM THE ATTORNEY AS THE GUIDANCE TO HELP WHITTLE

10:04AM 16 DOWN THE QUANTITY OF INFORMATION SO THAT IT BECOMES A

10:04AM 17 REASONABLE AMOUNT OF INFORMATION THAT A HUMAN CAN LOOK AT.

10:04AM 18 Q.   AND WHO WAS THAT ATTORNEY?

10:04AM 19 A.   IT WAS PRIMARILY MR. LI.

10:04AM 20 Q.   JAMES LI?

10:04AM 21 A.   YES.

10:04AM 22 Q.   JIM LI?

10:04AM 23 A.   YES.

10:04AM 24 Q.   FROM LI LAW INC.?

10:04AM 25 A.   YES.

|  |  |
|---|---|
| 10:04AM | 1 |
| 10:05AM | 2 |
| 10:05AM | 3 |

10:04AM 1  Q. AND JAMES LI PROVIDED YOU A LIST AND YOU STARTED SEARCHING

10:05AM 2  FOR THAT KIND OF INFORMATION IN TERMS OF WHITTLING DOWN THE

10:05AM 3  QUANTITY FROM SOMETHING THAT IS --

10:05AM 4  A. VERY LARGE.

10:05AM 5  Q. -- LARGE?

10:05AM 6  A. VERY LARGE.

10:05AM 7  Q. SO YES OR NO?

10:05AM 8  A. YES.

10:05AM 9  Q. OKAY. SO YOU WERE NOT NECESSARILY ON YOUR OWN THINKING

10:05AM 10 YOU WERE LOOKING FOR TRADE SECRETS, BUT ONLY ASSISTING JAMES LI

10:05AM 11 LOOK FOR INFORMATION THAT HE HAD PROVIDED TO YOU IN A LIST?

10:05AM 12 A. IN A BROAD SENSE, YES.

10:05AM 13    BUT AN EASIER THING TO THINK ABOUT WOULD BE TO SIMPLY SAY

10:05AM 14 THAT ONE OF THE THINGS THAT I WAS ASKED TO LOOK FOR WAS

10:05AM 15 CUSTOMER INFORMATION SO THAT I COULD LOOK FOR VARIOUS WORDS AND

10:05AM 16 PHRASES THAT RELATE TO THAT TO FIND THINGS THAT MIGHT BE

10:05AM 17 CUSTOMER INFORMATION AND PROVIDE THAT INFORMATION TO HIM.

10:05AM 18    MAYBE I GIVE HIM THE DOCUMENT THAT HE'S LOOKING FOR IN

10:05AM 19 WHAT WE'VE LOOKED AT AS EXHIBITS.

10:05AM 20    THERE MIGHT HAVE BEEN OTHER THINGS THAT I PROVIDED HIM

10:05AM 21 WHERE WE LOOKED AT IT AND GO, NO, THAT'S NOT WHAT WE'RE LOOKING

10:06AM 22 FOR.

10:06AM 23 Q. DID JAMES LI TELL YOU TO LOOK AT CUSTOMER INFORMATION, OR

10:06AM 24 DID HE TELL YOU TO LOOK AT TRADE SECRETS?

10:06AM 25 A. WELL, THE TRADE SECRET IS A VERY BROAD TERM. HE DIDN'T

10:06AM 1  TELL ME TO LOOK FOR TRADE SECRETS.
10:06AM 2  HE TOLD ME, YES, WE'RE LOOKING FOR TRADE SECRET
10:06AM 3  INFORMATION, AND THAT'S THE OVERALL GOAL, OBVIOUSLY.  THAT'S
10:06AM 4  THE PURPOSE OF THE LITIGATION.
10:06AM 5  BUT IN ORDER FOR ME TO FIND INFORMATION THAT COULD
10:06AM 6  POTENTIALLY BE THAT TRADE SECRET INFORMATION THAT HE'S LOOKING
10:06AM 7  FOR, I NEED SOME CLUES, SO GIVE ME WORDS AND PHRASES, LIKE
10:06AM 8  "CUSTOMER," OR PERHAPS GIVE ME THE NAMES OF SOME CUSTOMERS THAT
10:06AM 9  I CAN USE IN MY SEARCHES TO POSSIBLY LOCATE DOCUMENTS AND FILES
10:06AM 10 THAT MIGHT BE RELEVANT TO THE CASE.
10:06AM 11 Q.  SO YOU STATED POTENTIALLY.  THAT DOES NOT MEAN IT IS A
10:06AM 12 TRADE SECRET IN YOUR EXPERT OPINION; RIGHT?
10:06AM 13 A.  CORRECT.
10:06AM 14 Q.  CORRECT AS IN?
10:06AM 15 A.  I DON'T MAKE THE DETERMINATION IF SOMETHING IS A TRADE
10:06AM 16 SECRET.
10:06AM 17 Q.  OR NOT?
10:06AM 18 A.  CORRECT.
10:06AM 19 Q.  SO YOU WERE LOOKING FOR CUSTOMER INFORMATION AND KEY WORDS
10:06AM 20 AND SEARCH WORDS DURING YOUR EXPERTISE; RIGHT?
10:07AM 21 A.  DURING MY SEARCHES, YES.
10:07AM 22 Q.  YOU TALKED ABOUT AN EXCEL SPREADSHEET FROM DECEMBER 2019
10:07AM 23 TO FEBRUARY 2020; RIGHT?
10:07AM 24 A.  YES.
10:07AM 25 Q.  IN YOUR SEARCHES, DID YOU FIND ANY PRIOR EXCEL

10:07AM 1    SPREADSHEETS SIMILAR TO THE DECEMBER 2019 TO FEBRUARY 2020?
10:07AM 2    A. NOT THAT I RECALL.
10:07AM 3    Q. DID YOU SEARCH FOR IT?
10:07AM 4    A. IT WOULD HAVE BEEN INCLUDED IN MY SEARCHES, YES.
10:07AM 5    Q. AND YOU DIDN'T FIND IT?
10:07AM 6    A. I DON'T RECALL FINDING IT.
10:07AM 7    Q. ONE THING THAT CAME UP IS THAT THE EXCEL SPREADSHEET IS A
10:07AM 8    GROWING LIST THAT WAS CREATED FROM 2014.
10:07AM 9         BASED ON YOUR SEARCH AND REVIEW OF THE DECEMBER 2019 TO
10:08AM 10   FEBRUARY 2020 EXCEL SPREADSHEET, DID YOU FIND THAT IT WAS PRIOR
10:08AM 11   CREATED AT A PREVIOUS POINT IN TIME?
10:08AM 12   A. ALMOST ALL OF THESE DOCUMENTS ARE WORKING DOCUMENTS.
10:08AM 13   THEY'RE ORIGINALLY CREATED AND THEN ADDED TO OVER TIME.
10:08AM 14        WHEN I FIND THEM OR FIND THE COPIES OF THEM, THAT'S THE
10:08AM 15   SNAPSHOT IN TIME OF THE WAY THAT DOCUMENT EXISTS WHEN I FIND
10:08AM 16   IT.
10:08AM 17        AND, YES, MOST OF THEM HAD BEEN CREATED SOMETIME IN THE
10:08AM 18   PAST.
10:08AM 19   Q. SO IT IS POSSIBLE THAT THE DECEMBER '19 TO FEBRUARY 2020
10:08AM 20   EXCEL SPREADSHEET WAS CREATED AT A PRIOR TIME ON ANY SERVER?
10:08AM 21   A. AGAIN, GOING BACK TO WHAT I SAID ABOUT CREATION DATES,
10:08AM 22   THERE ARE TWO DIFFERENT KINDS OF CREATION DATES.
10:08AM 23        THE CREATION DATE OF WHEN THE FILE ITSELF WAS PUT TOGETHER
10:09AM 24   AND CONSTITUTED AS A FILE IS ONE TYPE OF CREATION DATE, AND
10:09AM 25   THAT CAN BE MORE DIFFICULT TO DETERMINE.