UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTARA BIOSCIENCES, INC., | |
| Plaintiff, | No. C 20-04808 WHA |
| v. | |
| RUIFENG BIZTECH INC., GANGYOU WANG, ALAN LI, and RF BIOTECH LLC, | **ORDER RE OVERSIZED BRIEF** |
| Defendants. | |

Before the judge could rule on the request to file eleven extra pages (Dkt. No. 376), defense counsel went ahead and filed them anyway (Dkt. No. 377).

Counsel for plaintiff will be allowed an opportunity to object if they have good grounds to do so. If the objections are sustained, the extra pages will be stricken; otherwise, they will be allowed.

**IT IS SO ORDERED.**

Dated: July 27, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE