# EXHIBIT P

# QUINTARA V. RUIFENG - EXHIBIT BINDER EXCHANGE

Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation

**Daniel Peterson**     Fri, Jul 7, 2:59 PM

to me, Tamara, Richard, Ting, lij@lilaw.us

Dear Ms. Kamath,

I tried to give you a call to arrange the exchange of exhibit binders, but I received no response.
Please get back to me as soon as possible to arrange for the exchange, otherwise we cannot be responsible for missing the 5:00pm deadline.
We cannot simply leave them outside your office as they contain Highly Confidential documents.

Thank you,
Dan

       Daniel Peterson
LiLaw Inc., 1905 Hamilton Ave., Suite 200, San Jose, CA
650.251.4385.  [www.lilaw.us](www.lilaw.us)



**Reshma Kamath** <reshmakamath2021@gmail.com>     Fri, Jul 7, 3:19 PM

to Daniel, Tamara, Richard, Ting, lij, bcc: 王, bcc: DY

Hello Dan,

I have a mail-receiver who accepts the exhibits leaving them in a safebox. It will not be outside anywhere, that is not how I ever receive mail.

Sincerely,

Reshma Kamath

Law Office of Reshma Kamath

**One attachment** • Scanned by Gmail

**lij@lilaw.us**  Fri, Jul 7, 4:13 PM

to me, Daniel, Tamara, Richard, Ting

Reshma,
Dan Peterson said you want to exchange the exhibits tomorrow instead of 5 pm today as ordered by the Court. We will not lightly disregard the court order and will provide our exhibits to you today by 5 pm. We reserve the right to strike any late service by you. Our firm will close at 5:30 pm today. So you must serve your documents before 5:30 pm. No one will be at the office Saturday or Sunday.
Jim

**J. James Li, Ph.D.**
LiLaw Inc., 1905 Hamilton Ave., Suite 200, San Jose, CA
650.521.5956.  www.lilaw.us.



**Reshma Kamath <reshmakamath2021@gmail.com>**  Fri, Jul 7, 4:19 PM

to lij, Daniel, Tamara, Richard, Ting, bcc: 王, bcc: Alan, bcc: DY

Jim:

I did not say that. Your attorney for Quintara informed me that he could not get Quintara exhibits to my office in Menlo Park timely. I informed him there is a mail-receiver at my office until 9 p.m. PDT today.

We're actually waiting to hear from you whether you're at your office today. He stated he was busy with other cases.

I stated if he were busy then he can deliver to my mailbox until later today.

We're actually done and this is the confirmation that I'm hearing from you after the call.

We have not received Quintara exhibits either.

**One attachment** • Scanned by Gmail

**lij@lilaw.us**      Fri, Jul 7, 4:23 PM

to me, Daniel, Tamara, Richard, Ting

Reshma,
I think you are misrepresenting what transpired in the telephone call. However, it does not really matter. As long as you deliver your exhibits to us today no by 5 pm or at least later than 5:30 pm, we have no issues. We will deliver to you ours at the Staple dropbox to which you have directed us today.
Daniel Peterson



**Reshma Kamath <reshmakamath2021@gmail.com>**      Fri, Jul 7, 4:27 PM

to lij, Daniel, Tamara, Richard, Ting

The misrepresentation has steadily come from your office.

In fact, you had the Menlo Park, CA further informed to you in Court. It was not provided to you just today.

**One attachment** • Scanned by Gmail

**lij@lilaw.us**      Fri, Jul 7, 4:32 PM

to me, Daniel, Tamara, Richard, Ting

We of course knew the Menlo park address. But we did not know it was at a Staple Store. That's why we needed to make sure there is someone at the office to receive the many boxes of binders. That's why Dan called you and emailed you. I think you sometimes say things without any basis. But let's stick to the issue at hand: Are you going to deliver your binders to our office by 5 pm today?
   J. James Li, Ph.D.



**Reshma Kamath <reshmakamath2021@gmail.com>**      Fri, Jul 7, 4:57 PM

to lij, Daniel, Tamara, Richard, Ting, bcc: 王, bcc: DY, bcc: Alan

We have not received any trial binders from Quintara and Li Law until now. I checked. All my mail is time-stamped and scanned in.

I think our trial binders were delivered to your San Jose, CA address, and we have pictoral proof.

**One attachment** • Scanned by Gmail



**lij@lilaw.us**  Fri, Jul 7, 5:01 PM

to me, Daniel, Tamara, Richard, Ting

No, we have not received anything. If you have picture proof, that must be a forgery.
　J. James Li, Ph.D.

**Reshma Kamath** <reshmakamath2021@gmail.com>  Fri, Jul 7, 5:02 PM

to lij, Daniel, Tamara, Richard, Ting

Please inform where are your binders. It is past 5 p.m. PDT, and nothing from Li Law and Quintara.

**One attachment** • Scanned by Gmail



**lij@lilaw.us**  Fri, Jul 7, 5:10 PM

to me, Daniel, Tamara, Richard, Ting

It appears that there is a huge traffic jam which has prevented our delivery to reach Menlo Park on time. But rest assured it will be delivered soon.
　J. James Li, Ph.D.

**Reshma Kamath** <reshmakamath2021@gmail.com>  Sat, Jul 8, 8:00 AM

to lij@lilaw.us, Daniel, Tamara, Richard, Ting, bcc: 王

Your Quintara binder, if completed, was hours late.

Sincerely,

*Reshma Kamath*

# Law Office of Reshma Kamath

Counselor-at-Law | 2022 Elite Lawyer | Lawyers of Distinction
Address:   Law Office of Reshma Kamath
700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025
Phone:     650 257 0719 |  E-mail:      reshmakamath2021@gmail.com  |
LinkedIn:  www.linkedin.com/in/globalcitizenwithjd/  |
Website:   www.myinstalawyer.com  |

  

 Selected to Rising Stars: 2023

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. Thank you for your cooperation. To ensure compliance with Internal Revenue Service Circular 230, we inform you that any tax advice contained in this communication is not intended or written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

---



**lij@lilaw.us**  Sat, Jul 8, 8:03 AM

to me, Daniel, Tamara, Richard, Ting

Yours too. That's just due to the Bay Area traffic. And your binder has many problems. It does not even have tabs.


           J. James Li, Ph.D.
LiLaw Inc., 1905 Hamilton Ave., Suite 200, San Jose, CA

650.521.5956.   www.lilaw.us.


**From:** Reshma Kamath <reshmakamath2021@gmail.com>
**Date:** Saturday, July 8, 2023 at 8:01 AM
**To:** lij@lilaw.us <lij@lilaw.us>
**Cc:** Daniel Peterson <petersond@lilaw.us>, Tamara Rider <ridert@lilaw.us>, Richard Lambert <lambertr@lilaw.us>, Ting Jiang <jiangt@lilaw.us>
**Subject:** Re: QUINTARA V. RUIFENG - EXHIBIT BINDER EXCHANGE

Your Quintara binder, if completed, was hours late.

Sincerely,

*Reshma Kamath*

# Law Office of Reshma Kamath

Counselor-at-Law | 2022 Elite Lawyer | Lawyers of Distinction
Address:   Law Office of Reshma Kamath
700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025
Phone:      650 257 0719 |  E-mail:       reshmakamath2021@gmail.com    |
LinkedIn:   www.linkedin.com/in/globalcitizenwithjd/ |
Website:     www.myinstalawyer.com |



  *Selected to Rising Stars: 2023*

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. Thank you for your cooperation. To ensure compliance with Internal Revenue Service Circular 230, we inform you that any tax advice contained in this communication is not intended or written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.


On Fri, Jul 7, 2023 at 5:10 PM lij@lilaw.us <lij@lilaw.us> wrote:

It appears that there is a huge traffic jam which has prevented our delivery to reach Menlo Park on time. But rest assured it will be delivered soon.

**J. James Li, Ph.D.**
LiLaw Inc., 1905 Hamilton Ave., Suite 200, San Jose, CA
650.521.5956.  www.lilaw.us.

**From:** Reshma Kamath <reshmakamath2021@gmail.com>
**Sent:** Friday, July 7, 2023 5:02 PM
**To:** lij@lilaw.us
**Cc:** Daniel Peterson <petersond@lilaw.us>; Tamara Rider <ridert@lilaw.us>; Richard Lambert <lambertr@lilaw.us>; Ting Jiang <jiangt@lilaw.us>
**Subject:** Re: QUINTARA V. RUIFENG - EXHIBIT BINDER EXCHANGE

Please inform where are your binders. It is past 5 p.m. PDT, and nothing from Li Law and Quintara.

Sincerely,

Reshma Kamath

Law Office of Reshma Kamath


On Fri, Jul 7, 2023, 17:01 lij@lilaw.us <lij@lilaw.us> wrote:
No, we have not received anything. If you have picture proof, that must be a forgery.


Error! Filename not specified.   **J. James Li, Ph.D.**

---

**LAW OFFICE OF RESHMA KAMATH** <reshmakamath2021@gmail.com>  Sat, Jul 8, 9:03 AM

to lij, Daniel, Tamara, Richard, Ting

No. Ours was timely delivered. It had exhibit tabs.

**2 Attachments** • Scanned by Gmail

ReplyReply allForward

**Reshma Kamath <reshmakamath2021@gmail.com>**  Mon, Apr 3, 8:00 AM

to Richard, Iij, Daniel, Tamara, Ting

Please see attached. If it is final with no revisions, I can file and serve.

Sincerely,

*Reshma Kamath*

# Law Office of Reshma Kamath

Counselor-at-Law | 2022 Elite Lawyer | Lawyers of Distinction
Address:   Law Office of Reshma Kamath
700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025
Phone:     650 257 0719  |   E-mail:     reshmakamath2021@gmail.com   |
LinkedIn:   www.linkedin.com/in/globalcitizenwithjd/  |
Website:    www.myinstalawyer.com  |

  

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. Thank you for your cooperation. To ensure compliance with Internal Revenue Service Circular 230, we inform you that any tax advice contained in this communication is not intended or written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

**One attachment** • Scanned by Gmail

---

**Reshma Kamath <reshmakamath2021@gmail.com>**  Tue, Apr 4, 6:30 AM

to Richard, Iij, Daniel, Tamara, Ting

Hello:

I made some more edits only to the defense's contentions, while adding the counsel name and contact information on the caption page. Please inform, and I can file today with the court. We will have no further revisions. Tomorrow is the deadline I believe.

Sincerely,

*Reshma Kamath*

# Law Office of Reshma Kamath

Counselor-at-Law | 2022 Elite Lawyer | Lawyers of Distinction
Address:    Law Office of Reshma Kamath
700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025
Phone:      650 257 0719 | E-mail:     reshmakamath2021@gmail.com   |
LinkedIn:   www.linkedin.com/in/globalcitizenwithjd/ |
Website:    www.myinstalawyer.com |

  

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. Thank you for your cooperation. To ensure compliance with Internal Revenue Service Circular 230, we inform you that any tax advice contained in this communication is not intended or written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

**One attachment** • Scanned by Gmail



**Richard Lambert <lambertr@lilaw.us>**  Tue, Apr 4, 8:08 AM

to me, lij@lilaw.us, Daniel, Tamara, Ting

This is fine by us. Thank you for taking care of the filing.

        **Richard D. Lambert, Esq.**
LiLaw Inc., 1905 Hamilton Ave., Suite 200, San Jose, CA
650.521.5956.  www.lilaw.us.

**From:** Reshma Kamath <reshmakamath2021@gmail.com>
**Sent:** Tuesday, April 4, 2023 6:30 AM
**To:** Richard Lambert <lambertr@lilaw.us>
**Cc:** lij@lilaw.us; Daniel Peterson <petersond@lilaw.us>; Tamara Rider <ridert@lilaw.us>; Ting Jiang <jiangt@lilaw.us>
**Subject:** Re: Meet and confer

Hello:

I made some more edits only to the defense's contentions, while adding the counsel name and contact information on the caption page. Please inform, and I can file today with the court. We will have no further revisions. Tomorrow is the deadline I believe.

Sincerely,

*Reshma Kamath*

# Law Office of Reshma Kamath

Counselor-at-Law | 2022 Elite Lawyer | Lawyers of Distinction
Address:   Law Office of Reshma Kamath
700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025
Phone:     650 257 0719 |  E-mail:     reshmakamath2021@gmail.com  |
LinkedIn: www.linkedin.com/in/globalcitizenwithjd/  |
Website:   www.myinstalawyer.com |

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. Thank you for your cooperation. To ensure compliance with Internal Revenue Service Circular 230, we inform you that any tax advice contained in this communication is not intended or written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

On Mon, Apr 3, 2023 at 8:00 AM Reshma Kamath <reshmakamath2021@gmail.com> wrote:

Please see attached. If it is final with no revisions, I can file and serve.

Sincerely,

*Reshma Kamath*

# Law Office of Reshma Kamath

Counselor-at-Law | 2022 Elite Lawyer | Lawyers of Distinction
Address:   Law Office of Reshma Kamath
700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025
Phone:     650 257 0719 |  E-mail:     reshmakamath2021@gmail.com  |
LinkedIn: www.linkedin.com/in/globalcitizenwithjd/ |
Website:    www.myinstalawyer.com |



**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. Thank you for your

cooperation. To ensure compliance with Internal Revenue Service Circular 230, we inform you that any tax advice contained in this communication is not intended or written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

On Sun, Apr 2, 2023 at 11:36 AM Reshma Kamath <reshmakamath2021@gmail.com> wrote:
Trial until next week. I will work on it over today, and send prior to April 05, 2023. I can file once you review the final version as a professional courtesy.

Sincerely,

Reshma Kamath

Law Office of Reshma Kamath

On Wed, Mar 29, 2023, 15:43 Richard Lambert <lambertr@lilaw.us> wrote:
Counsel,

Please provide your inserts by the end of the week so we can meet and confer as ordered by the Court prior to the April 5, 2023 deadline.

Error! Filename not specified.**Richard D. Lambert, Esq.**
LiLaw Inc., 1905 Hamilton Ave., Suite 200, San Jose, CA
650.521.5956.  www.lilaw.us.

**From:** Richard Lambert
**Sent:** Monday, March 20, 2023 3:46 PM
**To:** Reshma Kamath <reshmakamath2021@gmail.com>; lij@lilaw.us
**Cc:** Daniel Peterson <petersond@lilaw.us>; Tamara Rider <ridert@lilaw.us>; Ting Jiang <jiangt@lilaw.us>
**Subject:** RE: Meet and confer

Please see the attached draft by Quintara. Please include your portions and let us know of a date to meet and confer per the Court's Order.

Please let us know if you have any questions.

Best,

Error! Filename not specified.**Richard D. Lambert, Esq.**
LiLaw Inc., 1905 Hamilton Ave., Suite 200, San Jose, CA
650.521.5956.  www.lilaw.us.

**From:** Reshma Kamath <reshmakamath2021@gmail.com>
**Sent:** Wednesday, March 15, 2023 6:13 PM
**To:** lij@lilaw.us
**Cc:** Daniel Peterson <petersond@lilaw.us>; Richard Lambert <lambertr@lilaw.us>; Tamara Rider <ridert@lilaw.us>; Ting Jiang <jiangt@lilaw.us>
**Subject:** Re: Meet and confer

Please send your statement on or before 03/20/2023 so I can finish and revert on 03/22/2023. If you send on 03/22, you'd have to wait for our draft until 04/01/2023, because I have a trial that week.

Sincerely,

*Reshma Kamath*

# Law Office of Reshma Kamath

Counselor-at-Law | 2022 Elite Lawyer | Lawyers of Distinction
Address:   Law Office of Reshma Kamath
700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025
Phone:      650 257 0719 |  E-mail:      reshmakamath2021@gmail.com   |
LinkedIn:  www.linkedin.com/in/globalcitizenwithjd/  |
Website:    www.myinstalawyer.com  |



**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. Thank you for your cooperation. To ensure compliance with Internal Revenue Service Circular 230, we inform you that any tax advice contained in this communication is not intended or written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

On Wed, Mar 15, 2023 at 2:13 PM lij@lilaw.us <lij@lilaw.us> wrote:

OK. We will provide you with our draft of the joint statement by 3/22 and we will meet on or before 3/24 to hash out any differences.

Error! Filename not specified.  **J. James Li, Ph.D.**



**Tamara Rider <ridert@lilaw.us>**  Tue, Apr 4, 10:24 AM

to me, Richard, lij@lilaw.us, Daniel, Ting

Reshma,

Can you please ensure "/s/ Richard D. Lambert" is inserted?  It currently has Daniel Peterson listed above Richard D. Lambert's name.

Thanks,

Tamara

**From:** Reshma Kamath <reshmakamath2021@gmail.com>
**Sent:** Tuesday, April 4, 2023 6:30 AM
**To:** Richard Lambert <lambertr@lilaw.us>

**Richard D. Lambert, Esq.**
LiLaw Inc., 1905 Hamilton Ave., Suite 200, San Jose, CA
650.521.5956.  www.lilaw.us.

**From:** Richard Lambert
**Sent:** Monday, March 20, 2023 3:46 PM
**To:** Reshma Kamath <reshmakamath2021@gmail.com>; lij@lilaw.us
**Cc:** Daniel Peterson <petersond@lilaw.us>; Tamara Rider <ridert@lilaw.us>; Ting Jiang <jiangt@lilaw.us>
**Subject:** RE: Meet and confer

Please see the attached draft by Quintara. Please include your portions and let us know of a date to meet and confer per the Court's Order.

Please let us know if you have any questions.

Best,

**Richard D. Lambert, Esq.**
LiLaw Inc., 1905 Hamilton Ave., Suite 200, San Jose, CA
650.521.5956.  www.lilaw.us.

**From:** Reshma Kamath <reshmakamath2021@gmail.com>
**Sent:** Wednesday, March 15, 2023 6:13 PM
**To:** lij@lilaw.us
**Cc:** Daniel Peterson <petersond@lilaw.us>; Richard Lambert <lambertr@lilaw.us>; Tamara Rider <ridert@lilaw.us>; Ting Jiang <jiangt@lilaw.us>
**Subject:** Re: Meet and confer

Please send your statement on or before 03/20/2023 so I can finish and revert on 03/22/2023. If you send on 03/22, you'd have to wait for our draft until 04/01/2023, because I have a trial that week.

Sincerely,

*Reshma Kamath*

# Law Office of Reshma Kamath

Counselor-at-Law | 2022 Elite Lawyer | Lawyers of Distinction
Address:   Law Office of Reshma Kamath
700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025
Phone:      650 257 0719 |  E-mail:      reshmakamath2021@gmail.com   |
LinkedIn:   www.linkedin.com/in/globalcitizenwithjd/   |
Website:    www.myinstalawyer.com |

  

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. Thank you for your cooperation. To ensure compliance with Internal Revenue Service Circular 230, we inform you that any tax advice contained in this communication is not intended or written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

On Wed, Mar 15, 2023 at 2:13 PM lij@lilaw.us <lij@lilaw.us> wrote:

OK. We will provide you with our draft of the joint statement by 3/22 and we will meet on or before 3/24 to hash out any differences.

**J. James Li, Ph.D.**



**Reshma Kamath** &lt;reshmakamath2021@gmail.com&gt;   Wed, Apr 5, 8:09 AM

to Tamara, Richard, lij, Daniel, Ting

Sure. That is how you sent the document with different name and signature to me. I fixed your error. Hope you received the court-filed version.

T

**Tamara Rider** &lt;ridert@lilaw.us&gt;   Wed, Apr 5, 9:20 AM

to me, Richard, lij@lilaw.us, Daniel, Ting

Thank you.  The filed document was received.

ReplyReply allForward