**LAW OFFICE OF RESHMA KAMATH**
Reshma Kamath, Cal. Bar No. 333800
700 El Camino Real, Suite 120, #1084,
Menlo Park, California 94025, United States
Phone-number: 650 257 0719
E-mail address: reshmakamath2021@gmail.com
**COUNSEL FOR DEFENDANTS
RUIFENG BIZTECH INC.; GANGYOU WANG;
ALAN LI; AND, RF BIOTECH LLC.**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| QUINTARA BIOSCIENCES, INC., a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> RUIFENG BIZTECH INC., a California corporation, GANGYOU WANG, an individual, ALEX WONG, an individual, ALAN LI, an individual, RUI SHAO, an individual, and RF BIOTECH LLC, a California limited liability company, <br><br> Defendants. | Case No.: 3:20-cv-04808-WHA <br><br> *[Assigned to presiding Judge Honorable William Haskell Alsup]* <br><br> **PREVAILING PARTIES' FIRST-AMENDED NOTICE OF MOTION AND MOTION/REQUEST FOR REASONABLE ATTORNEYS' FEES PURSUANT TO DEFEND TRADE SECRETS ACT [DTSA] PURSUANT TO 18 U.S.C. § 1836 *ET SEQ.*; REQUESTS FOR COSTS INCURRED UNDER FED. *RUL. CIV. PROC. RULE 54 ET SEQ.* DURING THE COURSE OF DEFEND TRADE SECRETS ACT LITIGATION** <br><br> **HEARING:** <br><br> DATE: SEPTEMBER 14, 2023 <br> TIME: 08:00 A.M. PDT <br> DEP'T: COURTROOM 12, 19TH FLOOR |

*TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD, HEREIN:*

## AMENDED NOTICE OF MOTION

***PLEASE TAKE NOTICE*** that on September 14, 2023, at 08:00 a.m. PDT or as soon thereafter as counsel RESHMA KAMATH may be heard by the above-entitled San Francisco Courthouse, Courtroom 12 – 19th Floor 450 Golden Gate Avenue, San Francisco, CA 94102 before Honorable Judge William Haskell Alsup, the prevailing parties, i.e., Defendants will and hereby move the Court for an award of reasonable attorneys' fees and costs incurred in the amount of **four, and a half million dollars (\$4.50 million)**. This is pursuant to the "Clerk's notice rescheduling the motion for attorney fee" verbatim below:

Docket Text:

**"CLERK'S NOTICE RESCHEDULING [377] MOTION FOR ATTORNEY FEES: Pursuant to Local Rule 7-2(a), Motion Hearing re [377] Motion For Attorney Fees calendared for 8/24/2023 is vacated and reset for next available calendar date 9/14/2023 08:00 AM in San Francisco, Courtroom 12, 19th Floor before Judge William Alsup. Motion briefing deadlines remain unchanged. *(This is a text-only entry generated by the court. There is no document associated with this entry.)*(afm, COURT STAFF) (Filed on 7/27/2023)"**

After fourteen days of the unanimous jury verdict on July 13, 2023, at or around 3 p.m. PDT, and the subsequent judgment rendered on the merits, the prevailing parties timely move for an award of reasonable attorneys' fees on the grounds that the Defend Trade Secrets Act (DTSA) pursuant to 18 U.S.C. section 1836 *et seq.* provides the Court inherent discretion to award reasonable attorneys' fees to the prevailing parties, i.e., Defendants. The Honorable Court may find with circumstantial evidence subjective and

objective bad-faith from the movant, here Plaintiff Quintara, and its attorneys. The prevailing parties, i.e., Defendants, request an award of fees and costs pursuant to *Federal Rules of Civil Procedure Rule* 54 based on the identical and transferrable fee-shifting statues applicable to the DTSA litigation.

This motion is based upon the Memorandum of Points & Authorities; the Declaration of RESHMA KAMATH filed concurrently herewith; the exhibits, records, documents, pleadings and papers on file or to be filed in the above-entitled action, arguments of counsel and any other matters that may properly come before the Court for its consideration.

///

**LAW OFFICE OF RESHMA KAMATH**

**DATED: July 27, 2023**          */S/ Reshma Kamath*

Reshma Kamath, Counsel for Defendants
RUIFENG BIZTECH INC.; GANGYOU
WANG; ALAN LI; and, RF BIOTECH LLC

## CERTIFICATE OF SERVICE

F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260.

I am employed in, the County of San Mateo, California. I am over the age of 18, and not a party to this action. My business/mailing address is: 700 El Camino Real, Suite 120, #1084, Menlo Park, California 94025, United States; and, e-mail address is reshmakamath2021@gmail.com for electronic-service. On July 27, 2023, I sent the following documents via the below method of service. SEE ATTACHED SERVICE LIST.

///

**PREVAILING PARTIES' FIRST-AMENDED NOTICE OF MOTION AND MOTION/REQUEST FOR REASONABLE ATTORNEYS' FEES PURSUANT TO DEFEND TRADE SECRETS ACT [DTSA] PURSUANT TO 18 U.S.C. § 1836** *ET SEQ.***; REQUEST FOR COSTS INCURRED UNDER FED.** *RUL. CIV. PROC.* **54** *ET SEQ.* **DURING THE COURSE OF DEFEND TRADE SECRETS ACT LITIGATION**

///

**CERTIFICATE OF SERVICE.**

///

Via **ELECTRONIC SERVICE**: In electronically transmitting courtesy copies of the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list per the electronic service agreement between the parties' counsel. To my knowledge, the transmission was reported as complete and without error. [Notice of Electronic-Service pursuant to California Code of Civil Procedure § 1010.6.]

///

I declare under penalty of perjury of the laws of the State of California, and the laws of the United States of America that the foregoing is true and correct. Executed on July 27, 2023.

*Sincerely*,


*/S/ Reshma Kamath*
Reshma Kamath

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SERVICE LIST

Daniel Robert Peterson
Email: petersond@lilaw.us

Richard D Lambert
Email: lambertr@lilaw.us

Tamara Rider
Email: ridert@lilaw.us

J. James Li
LiLaw, Inc.
1905 Hamilton Avenue Suite 200 San Jose, CA 95125
650-521-5956 Fax: 650-521-5955 Email: lij@lilaw.us
ATTORNEY TO BE NOTICED
ATTORNEYS FOR PLAINTIFF QUINTARA BIOSCIENCES, INC.

Ting Jiang, LiLaw, Inc./Quintara's Legal assistant
E.: jiangt@lilaw.us