BUCHALTER
A Professional Corporation
DYLAN WISEMAN (SBN: 173669)
BRANDON CARR (SBN: 280959)
TIFFANY NG (SBN: 301436)
55 Second Street, Suite 1700
San Francisco, CA 94105
Tel: (415)227-0900
Email: dwiseman@buchalter.com

Attorneys for Lien Clamant

BUCHALTER, P.C.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTARA BIOSCIENCES, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RUIFENG BIZTECH INC., a California corporation, GANGYOU WANG, an individual, ALEX WONG, an individual, ALAN LI, an individual, RUI SHAO, an individual, and RF BIOTECH LLC, a California limited liability company;<br><br>　　　　Defendants. | CASE NO. 3-20-CV-04808-WHA<br><br>**NOTICE OF LIEN** |
| RUIFENG BIZTECH INC., a California corporation and GANGYOU WANG, an individual;<br><br>　　　　Counter-Claimants,<br><br>　　vs.<br><br>QUINTARA BIOSCIENCES, INC., a California corporation, RICHARD SHAN, an individual and XUELING ZHAO, an individual;<br><br>　　　　Counter-Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Buchalter, a P.C., former counsel of record for Defendants RUIFENG BIZTECH INC., a California corporation, GANGYOU WANG, an individual, ALEX WONG, an individual, ALAN LI, an individual, RUI SHAO, an individual, and RF BIOTECH LLC, a California limited liability company ("Defendants"), has an attorneys' lien for fees rendered and costs to Defendants, and each of them, on any and all proceeds payable to Defendants and/or their counsel in the above-captioned matter by way of judgment, arbitration, settlement or otherwise.

DATED: July 31, 2023

BUCHALTER
A Professional Corporation

By: */s/Dylan W. Wiseman*
DYLAN W. WISEMAN
Attorneys for Lien Clamant

BUCHALTER, P.C.