**LAW OFFICE OF RESHMA KAMATH**
Reshma Kamath, Cal. Bar No. 333800
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
COUNSEL FOR **DEFENDANTS**
**RUIFENG BIZTECH INC.; GANGYOU WANG;
ALAN LI; AND, RF BIOTECH LLC**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| QUINTARA BIOSCIENCES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RUIFENG BIZTECH INC., a California corporation, GANGYOU WANG, an individual, ALEX WONG, an individual, ALAN LI, an individual, RUI SHAO, an individual, and RF BIOTECH LLC, a California limited liability company,<br><br>Defendants. | **Case No.: 3:20-cv-04808-WHA**<br><br><br>**OBJECTION TO BUCHALTER'S NOTICE OF LIEN** |

## OBJECTION

***PLEASE TAKE NOTICE*** that Defendants state that BUCHALTER has **NOT** provided any court order, judgment, and/or recorded lien. Currently, there is **NO** court order, and **NO** judgment in favor of BUCHALTER, and DYLAN WISEMAN to put a NOTICE OF LIEN. That notice is not only premature, but it is also falsified. In prematurely filing a "NOTICE OF LIEN", BUCHALTER, and DYLAN WISEMAN is misleading the Court, and/or all parties. If such a court order/judgment exists, BUCHALTER must produce this as attachment to its alleged NOTICE.

Further, there is no basis whether the invoices they may have produced in any lawsuit they filed against Defendant are reasonable, and/or justifiable. That issue is yet to be decided in a related court case that BUCHALTER filed against Defendants.

///

**LAW OFFICE OF RESHMA KAMATH**

**DATED: July 31, 2023**

*/S/ Reshma Kamath*

Reshma Kamath,
Counsel for Defendants,
RUIFENG BIZTECH INC.; GANGYOU WANG; ALAN LI; and, RF BIOTECH LLC