1  **LAW OFFICE OF RESHMA KAMATH**
2  Reshma Kamath, Cal. Bar No. 333800
   700 El Camino Real, Suite 120, #1084
3  Menlo Park, California 94025, United States
4  Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
   COUNSEL FOR **DEFENDANTS**
5  **RUIFENG BIZTECH INC.; GANGYOU WANG;**
   **ALAN LI; AND, RF BIOTECH LLC**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| QUINTARA BIOSCIENCES, INC., a California corporation, | **Case No.: 3:20-cv-04808-WHA** |
| Plaintiff, | |
| v. | |
| RUIFENG BIZTECH INC., a California corporation, GANGYOU WANG, an individual, ALEX WONG, an individual, ALAN LI, an individual, RUI SHAO, an individual, and RF BIOTECH LLC, a California limited liability company, | **OBJECTION TO BUCHALTER'S JOINDER TO DEFENDANTS' REPLY BRIEF ISO MOTION FOR ATTORNEYS' FEES** |
| Defendants. | |

## OBJECTION

*PLEASE TAKE NOTICE* that Defendants state that BUCHALTER has **NOT** conferred with undersigned counsel prior to filing any BUCHALTER APC's unilateral joinder, and/or reply brief. Thus, Defendants **OBJECT** to this filing, because this is only BUCHALTER APC's and DYLAN WISEMAN's ploy to place a lien on the attorneys' fees via the Defendants' motion undersigned counsel has filed and replied to.

BUCHALTER APC's filings are entitled:

**"LIEN HOLDER BUCHALTER, P.C.'S JOINDER IN DEFENDANTS REPLY BRIEF AND SUPPLEMENTAL REPLY RE: MOTION FOR ATTORNEYS' FEES AND COSTS" AND "CORRECTED - LIEN HOLDER'S JOINDER IN DEFENDANTS REPLY BRIEF AND SUPPLEMENTAL REPLY RE MOTION FOR ATTORNEYS' FEES AND COSTS FILED BYBUCHALTER APC"**

BUCHALTER APC has allegedly filed a lawsuit publicly against Defendants; the latter has objected based on over-billing and unethical billing; and, thus, the BUCHALTER APC attorneys must move the court with merit for attorneys' fees in this afore-captioned case – until, if, and after they get a judgment in their state case filed against Defendants.

///

**LAW OFFICE OF RESHMA KAMATH**

**DATED:** August 17, 2023

*/S/ Reshma Kamath*

Reshma Kamath,
Counsel for Defendants,
RUIFENG BIZTECH INC.; GANGYOU WANG; ALAN LI; and, RF BIOTECH LLC