**LILAW INC.**
J. James Li, Ph.D. (SBN 202855, lij@lilaw.us)
Richard D. Lambert (SBN 251148, lambertr@lilaw.us)
Tamara M. Rider (SBN 267951, ridert@lilaw.us)
Daniel R. Peterson (SBN 326798, petersond@lilaw.us)
1905 Hamilton Avenue, Suite 200
San Jose, California 95125
Telephone: (650) 521-5956
Facsimile: (650) 521-5955

Attorneys for Plaintiff QUINTARA BIOSCIENCES, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTARA BIOSCIENCES, INC., a California corporation,<br><br>　　　　Plaintiff,<br>　　v.<br><br>RUIFENG BIZTECH INC., a California corporation, GANGYOU WANG, an individual, ALEX WONG, an individual, ALAN LI, an individual, RUI SHAO, an individual, and RF BIOTECH LLC, a California limited liability company,<br><br>　　　　Defendants. | Case No.  3:20-cv-04808-WHA<br><br>**DECLARATION OF J. JAMES LI IN SUPPORT OF PLAINTIFF'S MOTION TO HOLD DEFENDANTS' COUNSEL IN CONTEMPT; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>**Court:**　　**Courtroom 12, 19th Floor**<br>**Judge:**　　**Hon. William Alsup**<br>**Date:**　　**11/16/2023**<br>**Time:**　　**8:00 AM** |



I, J. James Li, state and declare:

1. I am the lead counsel for Plaintiff in this case. I have personal knowledge as to the matters stated below.

2. The Order Awarding Sanctions ordered that Defendants' counsel, Reshma Kamath, pay sanctions to Plaintiff in the amount of $5,096.61 within thirty (30) days of the Order Awarding Sanctions. ECF 311. The Order Awarding Sanctions was issued on June 5, 2023 rendering the sanctions due under the Order Awarding Sanctions no later than July 5, 2023. The sanctions were not paid by that date. Similarly, the Order Affirming Sanctions ordered Ms. Kamath to pay the sanction amount of $5,096.61 within fourteen (14) days of the Order Affirming Sanctions. ECF 375. The Order Affirming Sanctions was issued on July 21, 2023 meaning the sanctions were to be paid pursuant to the Order Affirming Sanctions no later than August 4, 2023. As of the date of this declaration the sanctions amount has yet to be received by Plaintiff.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct to the best of my knowledge. This declaration is executed on Wednesday, September 20, 2023 in San Jose, California

/s/ J. James Li
J. James Li, Ph.D.



LiLaw Inc.

1   Case No. 3:20-cv-04808-WHA
DECLARATION OF J. JAMES LI ISO MOTION TO HOLD DEFENDANTS' COUNSEL IN CONTEMPT