LAW OFFICE OF RESHMA KAMATH
Reshma Kamath, Cal. Bar No. 333800
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
COUNSEL FOR DEFENDANTS
RUIFENG BIZTECH INC.; GANGYOU WANG;
ALAN LI; AND, RF BIOTECH LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| QUINTARA BIOSCIENCES, INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>RUIFENG BIZTECH INC., a California corporation, GANGYOU WANG, an individual, ALEX WONG, an individual, ALAN LI, an individual, RUI SHAO, an individual, and RF BIOTECH LLC, a California limited liability company,<br><br>Defendants. | Case No.: 3:20-cv-04808-WHA<br><br>*[Assigned to presiding Judge Honorable William Alsup]*<br><br>**NOTICE OF RESHMA KAMATH** |

*TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD, HEREIN:*

1  3:20-cv-04808-WHA

*PLEASE TAKE NOTICE* that undersigned counsel RESHMA KAMATH will not be available on November 16, 2023. EXHIBIT A denotes the meet-and-confer with the opposing attorney, JIM LI, that is attached which JIM LI failed to produce to the Court.

In addition, the defamatory and misrepresenting comments that JIM LI and his office continue to make about undersigned counsel RESHMA KAMATH have somehow colored the court and continue to do so. JIM LI has now started *ad hominem* statements against undersigned counsel RESHMA KAMATH.

Atleast the eight-person jury saw through JIM LI's conduct and omissions unlike the Court for over three years now.

Without even waiting the appropriate fourteen days for the Administrative Motion, the Clerk/Court rescheduled the MOTION FOR ATTORNEYS FEES'. In EXHIBIT A, Reshma Kamath had stated that she is only available FEBRUARY of NEXT YEAR to accommodate JIM LI's personal schedule for the MOTION FOR ATTORNEYS' FEES.

One more thing is that undersigned counsel, RESHMA KAMATH will NOT pay any sanctions even if doubled/tripled/quadrupled by this Court. Precisely, because that sanction, and re-sanction/order stem from the racial misogyny, bias and prejudice laden in the California Courts.

Further, the court technically cannot rule on any new motions, because the Court has *lost* jurisdiction, because of the perfection of the appeal by QUINTARA.

Moreover, undersigned counsel, RESHMA KAMATH, will NOT appear in person at any further hearings before this court. Undersigned counsel, RESHMA KAMATH will only appear remotely for safety reasons.

Finally, undersigned counsel, RESHMA KAMATH is in the process of withdrawing from the appeal case.

The retention of undersigned counsel, RESHMA KAMATH was only until the trial court case of the MOTION FOR ATTORNEYS' FEES filing. The Defendants have not resolved the further retention of the undersigned counsel and/or any appellate counsel, because they want to wait until December 2023.

Since the attorney-client privilege is liquid, undersigned counsel, RESHMA KAMATH informs this Honorable Court that such a relieving of counsel was in the pipeline since August 2023.

A considerable amount of time was now spent by undersigned counsel, RESHMA KAMATH conferring with Defendants/clients regarding the appeal.

///

**DATED: SEPTEMBER 21, 2023,  LAW OFFICE OF RESHMA KAMATH**

*/S/ Reshma Kamath*

Reshma Kamath, Counsel for Defendants
RUIFENG BIZTECH INC.; GANGYOU WANG; ALAN LI; AND, RF BIOTECH LLC

# CERTIFICATE OF SERVICE
F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260.

I am employed in, the County of San Mateo, California. I am over the age of 18, and not a party to this action. My business/mailing address is: 700 El Camino Real, Suite 120, #1084, Menlo Park, California 94025, United States; and, e-mail address is reshmakamath2021@gmail.com for electronic-service. On September 21, 2023, I will send the following documents via the below method of service. SEE ATTACHED SERVICE LIST.

///

**NOTICE OF RESHMA KAMATH**

///

Via **ELECTRONIC SERVICE**: In electronically transmitting courtesy copies of the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list per the electronic service agreement between the parties' counsel. To my knowledge, the transmission was reported as complete and without error. [Notice of Electronic-Service pursuant to California Code of Civil Procedure § 1010.6.]

///

I declare under penalty of perjury of the laws of the State of California, and the laws of the United States of America that the foregoing is true and correct. Executed on September 21, 2023 electronically.

*Sincerely*,
*/S/ Reshma Kamath*
Reshma Kamath

**SERVICE LIST**

Daniel Robert Peterson Email: petersond@lilaw.us
Richard D Lambert Email: lambertr@lilaw.us
Tamara Rider Email: ridert@lilaw.us
J. James Li, LiLaw, Inc. Email: lij@lilaw.us
1905 Hamilton Avenue Suite 200 San Jose, CA 95125
650-521-5956 Fax: 650-521-5955
ATTORNEYS FOR PLAINTIFF QUINTARA BIOSCIENCES, INC.
Ting Jiang, LiLaw, Inc./Quintara's Legal assistant E.: jiangt@lilaw.us

# EXHIBIT A

                                                             Reshma Kamath <reshmakamath2021@gmail.com>

# Quintara v. Ruifeng et al. - Stipulation to Continue Hearing
12 messages

**Richard Lambert** <lambertr@lilaw.us>                                                            Wed, Sep 6, 2023 at 6:44 PM
To: Reshma Kamath <reshmakamath2021@gmail.com>
Cc: "lij@lilaw.us" <lij@lilaw.us>, Daniel Peterson <petersond@lilaw.us>, Tamara Rider <ridert@lilaw.us>

Ms. Kamath,

I write in order to seek your cooperation in continuing the hearing on Defendants' Motion for Attorneys' Fees and Costs which the Court reset for hearing for October 4, 2023 by minute order yesterday. Dr. Li, who as you know is lead counsel for Plaintiff, will be out of the country from September 18, 2023 through October 23, 2023 dealing with other cases in which he serves as lead counsel. As such, we are requesting that you stipulate to continue the hearing on the Motion from October 4, 2023 to December 14, 2023 which is the first available hearing date available based on the Court's online calendar.

Please let us know by close of business tomorrow as to whether or not you will agree to stipulate to the continuance. If you do not agree, we will be filing a motion pursuant to LR 7-11 requesting the Court to continue the hearing. If you have any questions, or wish to discuss this matter further please do not hesitate to contact me.

Best,

   Richard D. Lambert, Esq.

LiLaw Inc., 1905 Hamilton Ave., Suite 200, San Jose, CA

650.521.5956.  www.lilaw.us.

---

**Reshma Kamath** <reshmakamath2021@gmail.com>                                                    Wed, Sep 6, 2023 at 6:53 PM
To: Alan Li <alan.rfcase2020@gmail.com>, DY <anewlaw@gmail.com>, Gangyou Wang <bwgs5588@gmail.com>, 王
<BWGS@163.com>, WGS@163.com

**2 attachments**

**Reshma Kamath** <reshmakamath2021@gmail.com>					Wed, Sep 6, 2023 at 6:56 PM
To: Richard Lambert <lambertr@lilaw.us>
Cc: lij@lilaw.us, Daniel Peterson <petersond@lilaw.us>, Tamara Rider <ridert@lilaw.us>
Bcc: Gangyou Wang <bwgs5588@gmail.com>, WGS@163.com, Alan Li <alan.rfcase2020@gmail.com>, DY <anewlaw@gmail.com>, 王 <BWGS@163.com>

Hello Quintara:

I'm fine with continuance of the hearing and waiting to hear from clients about your e-mail *re* Jim Li. Ideally, I prefer continuance to next year maybe early February.

Sincerely,

Reshma Kamath

Law Office of Reshma Kamath

[Quoted text hidden]

**2 attachments**


**image001.png**
3K


**image001.png**
3K

**Richard Lambert** <lambertr@lilaw.us>					Wed, Sep 6, 2023 at 7:05 PM
To: Reshma Kamath <reshmakamath2021@gmail.com>
Cc: "lij@lilaw.us" <lij@lilaw.us>, Daniel Peterson <petersond@lilaw.us>, Tamara Rider <ridert@lilaw.us>

Thank you counsel. Are you not available on 12/14? I'm not sure we are inclined to a 6 month continuance and doubt the court will be either. Can you please provide some dates in December and January? We are also scheduled to be in trial in February which further complicates such a lengthy continuance.

Sent from my iPhone

> On Sep 6, 2023, at 6:56 PM, Reshma Kamath <reshmakamath2021@gmail.com> wrote:
>
> [Quoted text hidden]

**Reshma Kamath** <reshmakamath2021@gmail.com>					Wed, Sep 6, 2023 at 7:09 PM
To: Richard Lambert <lambertr@lilaw.us>
Cc: lij@lilaw.us, Daniel Peterson <petersond@lilaw.us>, Tamara Rider <ridert@lilaw.us>
Bcc: Alan Li <alan.rfcase2020@gmail.com>, Gangyou Wang <bwgs5588@gmail.com>, WGS@163.com, 王 <BWGS@163.com>, DY <anewlaw@gmail.com>

Quintara:

I will not be in the country either for the time periods that you propose. The client may not be either. Thus, next February is better. The current date of October 4, 2023 that the Court has reset to is perfect.

Sincerely,

Reshma Kamath

Law Office of Reshma Kamath

[Quoted text hidden]

---

**Richard Lambert** <lambertr@lilaw.us>                                    Wed, Sep 6, 2023 at 7:42 PM
To: Reshma Kamath <reshmakamath2021@gmail.com>
Cc: "lij@lilaw.us" <lij@lilaw.us>, Daniel Peterson <petersond@lilaw.us>, Tamara Rider <ridert@lilaw.us>

What dates will you be unavailable?

Sent from my iPhone

> On Sep 6, 2023, at 7:09 PM, Reshma Kamath <reshmakamath2021@gmail.com> wrote:

[Quoted text hidden]

---

**Reshma Kamath** <reshmakamath2021@gmail.com>                            Thu, Sep 7, 2023 at 5:24 AM
To: Richard Lambert <lambertr@lilaw.us>
Cc: lij@lilaw.us, Daniel Peterson <petersond@lilaw.us>, Tamara Rider <ridert@lilaw.us>
Bcc: Alan Li <alan.rfcase2020@gmail.com>, DY <anewlaw@gmail.com>, Gangyou Wang <bwgs5588@gmail.com>, WGS@163.com, 王 <BWGS@163.com>

I think I had informed you in the prior e-mail.
[Quoted text hidden]

---

**Richard Lambert** <lambertr@lilaw.us>                                    Thu, Sep 7, 2023 at 5:59 AM
To: Reshma Kamath <reshmakamath2021@gmail.com>
Cc: "lij@lilaw.us" <lij@lilaw.us>, Daniel Peterson <petersond@lilaw.us>, Tamara Rider <ridert@lilaw.us>

You did not. You make vague reference to being out of the country during "the time periods" I was proposing. Please provide the specific dates you will be out of the country so we can select a mutually agreeable date. If you continue to make vague references to a claim that you are unavailable for several months we will just have to file a motion and allow the Court to sort out the issue. That seems to be an unnecessary exercise though but we cannot work with you to find a mutually agreeable date without knowing the specific time period that you claim to be out of the country or otherwise unavailable.

Please advise.

 **Richard D. Lambert, Esq.**

LiLaw Inc., 1905 Hamilton Ave., Suite 200, San Jose, CA

650.521.5956.  www.lilaw.us.

> > > [Quoted text hidden]
> > > [Quoted text hidden]
> > > [Quoted text hidden]
> >
> > [Quoted text hidden]
> >
> > > [Quoted text hidden]
> > > [Quoted text hidden]
> > >
> > > > [Quoted text hidden]
> > > > [Quoted text hidden]
> > > >
> > > > > [Quoted text hidden]
> > > > >
> > > > > **Richard D. Lambert, Esq.**
> > > > >
> > > > > [Quoted text hidden]

---

**Reshma Kamath** <reshmakamath2021@gmail.com>  Thu, Sep 7, 2023 at 6:06 AM
To: Richard Lambert <lambertr@lilaw.us>
Cc: lij@lilaw.us, Daniel Peterson <petersond@lilaw.us>, Tamara Rider <ridert@lilaw.us>
Bcc: Alan Li <alan.rfcase2020@gmail.com>, Gangyou Wang <bwgs5588@gmail.com>, WGS@163.com, DY <anewlaw@gmail.com>

I am completely fine with October 4, 2023 hearing reset of the Court.

[Quoted text hidden]
[Quoted text hidden]



**image001.png**
3K

---

**Richard Lambert** <lambertr@lilaw.us>  Thu, Sep 7, 2023 at 6:09 AM
To: Reshma Kamath <reshmakamath2021@gmail.com>
Cc: "lij@lilaw.us" <lij@lilaw.us>, Daniel Peterson <petersond@lilaw.us>, Tamara Rider <ridert@lilaw.us>

Why will you not simply respond with the dates you claim to be unavailable? I do not know why this needs to be so difficult. I guessee will move the Court and note we were unable to reach a stipulation.

Best,

[Quoted text hidden]

---

**Reshma Kamath** <reshmakamath2021@gmail.com>  Thu, Sep 7, 2023 at 6:12 AM
To: Richard Lambert <lambertr@lilaw.us>
Cc: lij@lilaw.us, Daniel Peterson <petersond@lilaw.us>, Tamara Rider <ridert@lilaw.us>
Bcc: DY <anewlaw@gmail.com>, 王 <BWGS@163.com>, Gangyou Wang <bwgs5588@gmail.com>, WGS@163.com, Alan Li <alan.rfcase2020@gmail.com>

I will be available next year in February. But October 4, 2023 works perfectly for me.
[Quoted text hidden]

**2 attachments**



**image001.png**
3K

**image001.png**
3K

---

**Reshma Kamath** <reshmakamath2021@gmail.com>                                    Thu, Sep 7, 2023 at 6:13 AM
To: Richard Lambert <lambertr@lilaw.us>
Cc: lij@lilaw.us, Daniel Peterson <petersond@lilaw.us>, Tamara Rider <ridert@lilaw.us>
Bcc: Alan Li <alan.rfcase2020@gmail.com>, DY <anewlaw@gmail.com>, WGS@163.com, Gangyou Wang <bwgs5588@gmail.com>, 王 <BWGS@163.com>

I will not be signing any stipulation. You should move the court, and I will include your e-mails to me.

[Quoted text hidden]

[Quoted text hidden]