**LAW OFFICE OF RESHMA KAMATH**
**Reshma Kamath, Cal. Bar No. 333800**
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
COUNSEL FOR DEFENDANTS
RUIFENG BIZTECH INC.; GANGYOU WANG;
ALAN LI; AND, RF BIOTECH LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| QUINTARA BIOSCIENCES, INC., a California corporation, <br><br> Plaintiff, <br> v. <br><br> RUIFENG BIZTECH INC., a California corporation, GANGYOU WANG, an individual, ALEX WONG, an individual, ALAN LI, an individual, RUI SHAO, an individual, and RF BIOTECH LLC, a California limited liability company, <br><br> Defendants. | Case No.:  3:20-cv-04808-WHA <br><br> *[Assigned to presiding Judge Honorable William Alsup]* <br><br><br> **FURTHER NOTICE OF RESHMA KAMATH AGAINST JUDGE WILLIAM ALSUP'S RACISM AND WHITE HOMOGENEITY PROMOTED IN SAN FRANCISCO FEDERAL COURTHOUSE** |

   *TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD, HEREIN:*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

***PLEASE TAKE NOTICE*** that Judge William Alsup has shown that he as the Article III judge promotes racial misogyny in his courthouse.

Abusing an immigrant woman of color from the first telephonic call until today is **racial misogyny personified.**

This is exactly the **judicial prejudice and bias** under *Code of Civil Procedure* sections 170.1, 170.3, and 170.6 *et seq.,* and a violation of the Judicial Canon of Ethics that judges [such as Judge William Alsup] using law as a <u>pre-text</u> for openly promoting racial and gender discrimination.

Then, denying a motion for attorneys' fees of an immigrant woman of color, and granting only a defective two-page motion of a white, male attorney who did no work on the motion is **PRE-TEXT OF RACIAL MISOGYNY OF JUDGE WILLIAM ALSUP.** There is **NO JUDICIAL IMMUNITY** for this kind of **OPEN-DISPLAY OF RACISM FROM JUDGE WILLIAM ALSUP** and the **WHITE HOMOGENOUS CULTURE HE PROMOTES IN HIS COURTHOUSE**.

The appellate court will have a field day justifying Judge William Alsup's racial misogyny in his courtroom. It does not matter that Judge Alsup had a law-clerk who was of Indian descent – the reason is that this country has often seen subservient and secretarial-type of people/women of color work under white, male superiors.

This is not any type of disgruntled attorney. JUDGE WILLIAM ALSUP displayed this from day one. He CANNOT ABUSE his JUDICIAL AUTHORITY – towards his retirement JUDGE WILLIAM ALSUP has shown his true colors of white,

male homogenous that has destroyed the lives of millions of people of color.

Undersigned counsel will NOT appear, and will NOT file any filings for **JUDGE HIXSON'S RACIAL MISOGYNY**/JIM LI's frivolous motion of contempt – even if it means Judge Alsup orders PRISON TIME based on his now outward and open racism.

///

DATED:  SEPTEMBER 22, 2023,   LAW OFFICE OF RESHMA KAMATH

*/S/ Reshma Kamath*

Reshma Kamath, Counsel for Defendants
RUIFENG     BIZTECH     INC.;     GANGYOU
WANG; ALAN LI; AND, RF BIOTECH LLC

## CERTIFICATE OF SERVICE

F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260.

I am employed in, the County of San Mateo, California. I am over the age of 18, and not a party to this action. My business/mailing address is: 700 El Camino Real, Suite 120, #1084, Menlo Park, California 94025, United States; and, e-mail address is reshmakamath2021@gmail.com for electronic-service. On September 22, 2023, I will send the following documents via the below method of service. SEE ATTACHED SERVICE LIST.

///

**FURTHER NOTICE OF RESHMA KAMATH AGAINST JUDGE WILLIAM ALSUP'S RACISM AND WHITE HOMOGENEITY PROMOTED IN SAN FRANCISCO FEDERAL COURTHOUSE**

///

Via **ELECTRONIC SERVICE**: In electronically transmitting courtesy copies of the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list per the electronic service agreement between the parties' counsel. To my knowledge, the transmission was reported as complete and without error. [Notice of Electronic-Service pursuant to California Code of Civil Procedure § 1010.6.]

///

I declare under penalty of perjury of the laws of the State of California, and the laws of the United States of America that the foregoing is true and correct. Executed on September 22, 2023 electronically.

*Sincerely,*
*/S/ Reshma Kamath*
Reshma Kamath

1

**<u>SERVICE LIST</u>**

2

Daniel Robert Peterson Email: petersond@lilaw.us

3

Richard D Lambert Email: lambertr@lilaw.us

Tamara Rider Email: ridert@lilaw.us

4

J. James Li, LiLaw, Inc. Email: lij@lilaw.us

5

1905 Hamilton Avenue Suite 200 San Jose, CA 95125

650-521-5956 Fax: 650-521-5955

6

ATTORNEYS FOR PLAINTIFF QUINTARA BIOSCIENCES, INC.

7

Ting Jiang, LiLaw, Inc./Quintara's Legal assistant E.: jiangt@lilaw.us

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28