**LAW OFFICE OF RESHMA KAMATH**
**Reshma Kamath, Cal. Bar No. 333800**
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
COUNSEL FOR DEFENDANTS
RUIFENG BIZTECH INC.; GANGYOU WANG;
ALAN LI; AND, RF BIOTECH LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| QUINTARA BIOSCIENCES, INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>RUIFENG BIZTECH INC., a California corporation, GANGYOU WANG, an individual, ALEX WONG, an individual, ALAN LI, an individual, RUI SHAO, an individual, and RF BIOTECH LLC, a California limited liability company,<br><br>Defendants. | Case No.: 3:20-cv-04808-WHA<br><br>*[Assigned to presiding Judge Honorable William Alsup]*<br><br>**SUPPLEMENTAL, FURTHER NOTICE OF RESHMA KAMATH AGAINST JUDGE WILLIAM ALSUP'S RACISM AND WHITE HOMOGENEITY PROMOTED IN SAN FRANCISCO FEDERAL COURTHOUSE** |

*TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD, HEREIN:*

***PLEASE TAKE NOTICE*** that even if it means getting suspended and/or disbarred and/or hundreds of thousands in judgment/sanctions/liens, because of JUDGE WILLIAM ALSUP's conduct. Counsel RESHMA KAMATH <u>will not tolerate</u> racial and gender discrimination from JUDGE WILLIAM ALSUP and/or his staff/courthouse security/and/or any other person connected with the CALIFORNIA COURTS. It <u>wreaks of racial misogyny and gender bias</u> towards intelligent women of color and immigrants. RESHMA KAMATH has specific instances of JUDGE WILLIAM ALSUP and JUDGE THOMAS HIXSON's racism and gender bias that she will bring in a lawsuit. No Eleventh Amendment immunity will protect any judge from hatred, anger, and bias.

///

**DATED: SEPTEMBER 22, 2023,    LAW OFFICE OF RESHMA KAMATH**

*/S/ Reshma Kamath*

Reshma Kamath, Counsel for Defendants
RUIFENG BIZTECH INC.; GANGYOU WANG; ALAN LI; AND, RF BIOTECH LLC

# **CERTIFICATE OF SERVICE**
F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260.

I am employed in, the County of San Mateo, California. I am over the age of 18, and not a party to this action. My business/mailing address is: 700 El Camino Real, Suite 120, #1084, Menlo Park, California 94025, United States; and, e-mail address is reshmakamath2021@gmail.com for electronic-service. On September 22, 2023, I will send the following documents via the below method of service. SEE ATTACHED SERVICE LIST.
///
**SUPPLEMENTAL, FURTHER NOTICE OF RESHMA KAMATH AGAINST JUDGE WILLIAM ALSUP'S RACISM AND WHITE HOMOGENEITY PROMOTED IN SAN FRANCISCO FEDERAL COURTHOUSE**
///
Via **ELECTRONIC SERVICE**: In electronically transmitting courtesy copies of the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list per the electronic service agreement between the parties' counsel. To my knowledge, the transmission was reported as complete and without error. [Notice of Electronic-Service pursuant to California Code of Civil Procedure § 1010.6.]
///
I declare under penalty of perjury of the laws of the State of California, and the laws of the United States of America that the foregoing is true and correct. Executed on September 22, 2023 electronically.

> *Sincerely*,
> */S/ Reshma Kamath*
> Reshma Kamath

**SERVICE LIST**

Daniel Robert Peterson Email: petersond@lilaw.us
Richard D Lambert Email: lambertr@lilaw.us
Tamara Rider Email: ridert@lilaw.us
J. James Li, LiLaw, Inc. Email: lij@lilaw.us
1905 Hamilton Avenue Suite 200 San Jose, CA 95125
650-521-5956 Fax: 650-521-5955
ATTORNEYS FOR PLAINTIFF QUINTARA BIOSCIENCES, INC.
Ting Jiang, LiLaw, Inc./Quintara's Legal assistant E.: jiangt@lilaw.us