1  LAW OFFICE OF RESHMA KAMATH
2  Reshma Kamath, Cal. Bar No. 333800
   700 El Camino Real, Suite 120, #1084
3  Menlo Park, California 94025, United States
4  Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
   COUNSEL FOR DEFENDANTS
5  RUIFENG BIZTECH INC.; GANGYOU WANG;
   ALAN LI; AND, RF BIOTECH LLC
6

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| QUINTARA BIOSCIENCES, INC., a California corporation, <br><br> Plaintiff, <br> v. <br><br> RUIFENG BIZTECH INC., a California corporation, GANGYOU WANG, an individual, ALEX WONG, an individual, ALAN LI, an individual, RUI SHAO, an individual, and RF BIOTECH LLC, a California limited liability company, <br><br> Defendants. | Case No.: 3:20-cv-04808-WHA <br><br> COUNSEL RESHMA KAMATH'S NOTICE TO JUDGE WILLIAM ALSUP; JUDGE THOMAS HIXSON; OPPOSING ATTORNEY, JAMES LI; FORMER ATTORNEY, DYLAN WISEMAN; AND, BUCHALTER |

Case No. 3:20-cv-04808-WHA
NOTICE OF LAWSUIT

# NOTICE OF LAWSUIT

*PLEASE TAKE NOTICE* that RESHMA KAMATH, COUNSEL for DEFENDANTS, [herein, "PLAINTIFF"] who WON the JURY TRIAL with an EIGHT-PERSON UNANIMOUS JURY VERDICT has SUED JUDGE WILLIAM ALSUP; JUDGE THOMAS HIXSON; OPPOSING ATTORNEY, JAMES LI; FORMER ATTORNEY, DYLAN WISEMAN; AND, BUCHALTER. [collectively, herein, DEFENDANTS] for RACIAL MISOGYNY displaying (i) ANTI-INDIAN sentiments, (ii) HINDU PHOBIA, and, (iii) ANTI-IMMIGRANT sentiments, *inter alia*. Particularly, JUDGE WILLIAM ALSUP for bringing his JIM CROW SEGREGATIONIST/WHITE HOMOGENOUS notions against PLAINTIFF KAMATH into this case; as well as, JUDGE THOMAS HIXSON together with JUDGE WILLIAM ALSUP bringing their hillbilly WHITE AMERICA sentiments in using law as a PRE-TEXT to promote DISCRIMINATION against newer minorities, INDIANS/INDIAN-AMERICANS, in the history of the UNITED STATES OF AMERICA.

RESHMA KAMATH has attached the tentative caption page of the COMPLAINT filed to put the above-named DEFENDANTS on notice.

RESHMA KAMATH requests which way the above-named DEFENDANTS JUDGE WILLIAM ALSUP; JUDGE THOMAS HIXSON; OPPOSING ATTORNEY, JAMES LI; FORMER ATTORNEY, DYLAN WISEMAN; AND, BUCHALTER, intend and choose to accept service of complaint, summons, and case-initiating documents.

If the above-named DEFENDANTS do not inform PLAINTIFF KAMATH how they choose to accept service of PLAINTIFF KAMATH's SERVICE of COMPLAINT, SUMMONS, and CASE-INITIATING DOCUMENTS, then PLAINTIFF KAMATH will move by process-service to JUDICIAL COUNCIL, and/or the OFFICE OF THE above-named DEFENDANTS.

///

///

///

| | |
|---|---|
| DATED: September 24, 2023 | LAW OFFICE OF RESHMA KAMATH<br><br>*/S/ Reshma Kamath*<br>Reshma Kamath,<br>Counsel for Defendants,<br>RUIFENG BIZTECH INC.; GANGYOU WANG; ALAN LI; and, RF BIOTECH LLC |

# EXHIBIT A

RESHMA KAMATH, PLAINTIFF
700 El Camino Real, Suite 120, #1084,
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
*in propria persona*

# IN AND FOR THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| RESHMA KAMATH,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM ALSUP; THOMAS HIXSON; JAMES LI; DYLAN WISEMAN; BUCHALTER, AND, DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.: TBA<br><br>COMPLAINT FOR:<br><br>1. INJUNCTIVE RELIEF;<br>2. DEFAMATION - LIBEL;<br>3. RACIAL DISCRIMINATION UNDER 42 U.S.C. SECTION 1983;<br>4. GENDER DISCRIMINATION UNDER 42 U.S.C. SECTION 1983;<br>5. SELECTIVE ENFORCEMENT;<br>6. BREACH OF CONTRACT;<br>7. DECLARATORY RELIEF; AND,<br>8. DEFAMATION – SLANDER;<br><br>DEMAND FOR JURY TRIAL |