**LAW OFFICE OF RESHMA KAMATH**
Reshma Kamath, Cal. Bar No. 333800
700 El Camino Real, Suite 120, #1084,
Menlo Park, California 94025, United States
Phone-number: 650 257 0719
E-mail address: reshmakamath2021@gmail.com
COUNSEL FOR DEFENDANTS
RUIFENG BIZTECH INC.; GANGYOU WANG;
ALAN LI; AND, RF BIOTECH LLC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| QUINTARA BIOSCIENCES, INC., a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> RUIFENG BIZTECH INC., a California corporation, GANGYOU WANG, an individual, ALEX WONG, an individual, ALAN LI, an individual, RUI SHAO, an individual, and RF BIOTECH LLC, a California limited liability company, <br><br> Defendants. | Case No.: 3:20-cv-04808-WHA <br><br> *[Assigned to presiding Judge Honorable William Alsup]* <br><br> **RESHMA KAMATH'S NOTICE OF FORMAL COMPLAINT TO THE COMMISSION ON JUDICIAL PERFORMANCE REFERRING JUDICIAL OFFICERS THOMAS HIXSON AND WILLIAM ALSUP** |

*TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD, HEREIN:*

***PLEASE TAKE NOTICE*** RESHMA KAMATH is in the process of filing a FORMAL COMPLAINT with the COMMISSION ON JUDICIAL PERFORMANCE against JUDGE THOMAS HIXSON and JUDGE WILLIAM ALSUP. The racial misogyny, particularly the white male homogenous culture displayed, using the law as a pre-text is unbecoming of a judicial office, and/or a lawyer in the State of California legal profession.

If the COMMISSION does not take further action; refrain from taking action; and/or find inconclusive evidence, then RESHMA KAMATH will sue the COMMISSION as well in this matter as well as others.

**LAW OFFICE OF RESHMA KAMATH**

**DATED: September 25, 2023**

*/S/ Reshma Kamath*

Reshma Kamath,
Counsel for Defendants RUIFENG BIZTECH INC.; GANGYOU WANG; ALAN LI; and, RF BIOTECH LLC

# CERTIFICATE OF SERVICE
F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260.

I am employed in, the County of San Mateo, California. I am over the age of 18, and not a party to this action. My business/mailing address is: 700 El Camino Real, Suite 120, #1084, Menlo Park, California 94025, United States; and, e-mail address is reshmakamath2021@gmail.com for electronic-service. On September 25, 2023, I sent the following documents via the below method of service. SEE ATTACHED SERVICE LIST.

///

**RESHMA KAMATH'S NOTICE OF FORMAL COMPLAINT TO THE COMMISSION ON JUDICIAL PERFORMANCE REFERRING JUDICIAL OFFICERS THOMAS HIXSON AND WILLIAM ALSUP;**

///

**CERTIFICATE OF SERVICE.**

///

Via **ELECTRONIC SERVICE**: In electronically transmitting courtesy copies of the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list per the electronic service agreement between the parties' counsel. To my knowledge, the transmission was reported as complete and without error. [Notice of Electronic-Service pursuant to California Code of Civil Procedure § 1010.6.]

///

I declare under penalty of perjury of the laws of the State of California, and the laws of the United States of America that the foregoing is true and correct. Executed on September 25, 2023.

*Sincerely*,

*/S/ Reshma Kamath*
Reshma Kamath

**SERVICE LIST**

Daniel Robert Peterson
E-mail: petersond@lilaw.us

Richard D Lambert
E-mail: lambertr@lilaw.us

Tamara Rider
E-mail: ridert@lilaw.us

J. James Li
LiLaw, Inc.
1905 Hamilton Avenue Suite 200 San Jose, CA 95125
650-521-5956 Fax: 650-521-5955
E-mail: lij@lilaw.us

ATTORNEYS FOR PLAINTIFF QUINTARA BIOSCIENCES, INC.

Ting Jiang, LiLaw, Inc./Quintara's Legal assistant
E-mail: jiangt@lilaw.us

Dylan Wiseman/Buchalter APC
E-mail: dwiseman@buchalter.com

FORMER ATTORNEY FOR DEFENDANTS