**LAW OFFICE OF RESHMA KAMATH**
Reshma Kamath, Cal. Bar No. 333800
700 El Camino Real, Suite 120, #1084,
Menlo Park, California 94025, United States
Phone-number: 650 257 0719
E-mail address: reshmakamath2021@gmail.com
**COUNSEL FOR DEFENDANTS RUIFENG BIZTECH INC.; GANGYOU WANG; ALAN LI; AND, RF BIOTECH LLC.**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| QUINTARA BIOSCIENCES, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RUIFENG BIZTECH INC., a California corporation, GANGYOU WANG, an individual, ALEX WONG, an individual, ALAN LI, an individual, RUI SHAO, an individual, and RF BIOTECH LLC, a California limited liability company,<br><br>Defendants. | **Case No.: 3:20-cv-04808-WHA**<br><br>*[Assigned to presiding Article III Senior District Judge Honorable William Haskell Alsup]*<br><br>**NOTICE TO JUDGE ALSUP OF ATTORNEYS JAMES LI, TAMARA RIDER, DANIEL PETERSON, AND RICHARD LAMBERT'S GAMESMANSHIP AND BAD-FAITH IN THE NOTICE OF APPEAL CASE NUMBER, 0:23-cv-16093 IN NOT INCLUDING COUNSEL RESHMA KAMATH AS APPELLEES' ATTORNEY-OF-RECORD; AND PREJUDICIAL FILING TO APPELEES GANGYOU WANG, ALAN LI, RUIFENG BIZTECH, INC.; AND, RF BIOTECH LLC** |

*TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD, HEREIN:*

x

Case No. 3:20-cv-04808-WHA
NOTICE OF JAMES LI'S BAD-FAITH

***PLEASE TAKE NOTICE*** from Counsel RESHMA KAMATH of the opposing Attorneys' JAMES LI, TAMARA RIDER, DANIEL PETERSON, and RICHARD LAMBERT's yet another gamesmanship in bad-faith tactics.

For over three months, Counsel RESHMA KAMATH was awaiting notice from the NINTH CIRCUIT COURT OF APPEALS for the NOTICE OF APPEAL, and related materials. However, even on undersigned date, Counsel RESHMA KAMATH has not received from opposing Attorneys' JAMES LI, TAMARA RIDER, DANIEL PETERSON, and RICHARD LAMBERT not one service from ACMS, mail, and/or otherwise.

Those opposing Attorneys' JAMES LI, TAMARA RIDER, DANIEL PETERSON, and RICHARD LAMBERT had not even provided the APPEAL CASE NUMBER on-going in any document to Counsel RESHMA KAMATH.

After Counsel RESHMA KAMATH investigated further, Attorneys' JAMES LI, TAMARA RIDER, DANIEL PETERSON, and RICHARD LAMBERT did NOT list RESHMA KAMATH as the Appellee's Attorney-of-Record in the Notice of Appeal and/or other documents.

Because on the Ninth Circuit Court of Appeals docket, the name that appears falsely, incorrectly, and erroneously, is the **terminated attorney, Brandon Carr, Buchalter Professional Corporation**. This person was **terminated by GANGYOU WANG, ALAN LI, RUIFENG BIOTECH, INC., and RF BIOTECH, LLC over two years ago.**

**Instead of listing the trial attorney, who won, RESHMA KAMATH, LAW OFFICE OF RESHMA KAMATH,** opposing Attorneys' JAMES LI, TAMARA RIDER, DANIEL PETERSON, and RICHARD LAMBERT put some other terminated attorneys' name. This is because opposing Attorneys' JAMES LI, TAMARA RIDER, DANIEL PETERSON, and RICHARD LAMBERT did **not** want **GANGYOU WANG, ALAN LI, RUIFENG BIOTECH, INC., and RF BIOTECH, LLC; and their undersigned counsel, RESHMA KAMATH, to receive notice of the appealed document filings. If the opposing attorneys had knowledge that Brandon Carr's name was listed on the Ninth Circuit Court of Appeals, then there was no correction, and rectification on their part as ethical attorneys.**

Opposing Attorneys' JAMES LI, TAMARA RIDER, DANIEL PETERSON, and RICHARD LAMBERT were and are **highly unethical** in their gathering of discovery, binder exchange, misleading filings re COVID-19 illness, conduct at trial, and **on-going with the appeal.**

Then, Counsel RESHMA KAMATH found this below attached in **Exhibit A**, and incorporated via reference, herein.

This is not just racism, it is further evidence of opposing Attorneys' JAMES LI, TAMARA RIDER, DANIEL PETERSON, and RICHARD LAMBERT's bad-faith, gamesmanship, and ill-will.

Judge Alsup now suddenly cannot claim he does not have jurisdiction because the matter is on appeal perfected (after a plethora of reminders from Counsel Reshma

Kamath that was exceeding the scope of his jurisdiction and acting in abuse of his discretion) – when Judge Alsup claimed jurisdiction over three months since the notice of appeal was filed.

If Judge Alsup as a judicial officer knows illegality, then he must report this and take the required action. Only one-sided sanctions clearly show racism of Judge Alsup – it is undisputed.

///

**LAW OFFICE OF RESHMA KAMATH**

**DATED:  November 22, 2023**      */S/ Reshma Kamath*

Reshma Kamath,
Counsel for Defendants RUIFENG BIZTECH INC.; GANGYOU WANG; ALAN LI; and, RF BIOTECH LLC

### CERTIFICATE OF SERVICE
F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260

I am employed in, the County of San Mateo, California. I am over the age of 18, and not a party to this action. My business/mailing address is: 700 El Camino Real, Suite 120, #1084, Menlo Park, California 94025, United States; and, e-mail address is reshmakamath2021@gmail.com for electronic-service. On November 22, 2023, I sent the following documents via the below method of service. SEE ATTACHED SERVICE LIST.

///

**NOTICE TO JUDGE ALSUP OF ATTORNEYS JAMES LI, TAMARA RIDER, DANIEL PETERSON, AND RICHARD LAMBERT'S GAMESMANSHIP AND BAD-FAITH IN THE NOTICE OF APPEAL CASE NUMBER, 0:23-cv-16093 IN NOT INCLUDING COUNSEL RESHMA KAMATH AS APPELLEES' ATTORNEY-OF-RECORD; AND PREJUDICIAL FILING TO APPELEES GANGYOU WANG, ALAN LI, RUIFENG BIZTECH, INC.; AND, RF BIOTECH LLC**

///

Via **ELECTRONIC SERVICE**: In electronically transmitting courtesy copies of the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list per the electronic service agreement between the parties' counsel. To my knowledge, the transmission was reported as complete and without error. [Notice of Electronic-Service pursuant to California Code of Civil Procedure § 1010.6.]

I declare under penalty of perjury of the laws of the State of California, and the laws of the United States of America that the foregoing is true and correct. Executed on November 22, 2023.

*Sincerely*,
*/S/ Reshma Kamath*
Reshma Kamath

**SERVICE LIST**
Daniel Robert Peterson Email: petersond@lilaw.us
Richard D Lambert Email: lambertr@lilaw.us
Tamara Rider Email: ridert@lilaw.us
J. James Li LiLaw, Inc. 1905 Hamilton Avenue Suite 200 San Jose, CA 95125 650-521-5956 Fax: 650-521-5955 Email: lij@lilaw.us
ATTORNEYS FOR PLAINTIFF QUINTARA BIOSCIENCES, INC.
Ting Jiang, LiLaw, Inc./Quintara's Legal assistant E.: jiangt@lilaw.us
Evelyn Rojase, Tamara Rider's assistant, E.: rojase@lilaw.us

# EXHIBIT A

# Quintara Biosciences, Inc. v. Ruifeng Biztech, Inc., et al

### Original Case: 3:20-cv-04808

**Ninth Circuit U.S. Court of Appeals**

| | |
|---|---|
| **Case #:** | 0:23-cv-16093 |
| **Type** | civil / private |
| **Nature of Suit** | 890 Other Statutes - Other Statutory Actions |
| **Case Filed:** | Aug 14, 2023 |

Docket    Parties (7)

Last checked: **Wednesday Aug 16, 2023 1:36 AM PDT**

**Defendant - Appellee**
RUIFENG BIZTECH, INC.

**Represented By**
Brandon M. Carr
*Buchalter, A Professional Corporation*
contact info

**Defendant - Appellee**
GANGYOU WANG

**Represented By**
Brandon M. Carr
*Buchalter, A Professional Corporation*
contact info

**Defendant - Appellee**
ALEX WONG

**Represented By**
Brandon M. Carr
*Buchalter, A Professional Corporation*
contact info

**Defendant - Appellee**
ALAN LI

**Represented By**
Brandon M. Carr
*Buchalter, A Professional Corporation*
contact info

| | |
|---|---|
| **Defendant - Appellee**<br>RUI SHAO | **Represented By**<br>Brandon M. Carr<br>*Buchalter, A Professional Corporation*<br>contact info |
| **Defendant - Appellee**<br>RF BIOTECH LLC | **Represented By**<br>Brandon M. Carr<br>*Buchalter, A Professional Corporation*<br>contact info |
| **Plaintiff - Appellant**<br>QUINTARA BIOSCIENCES, INC. | **Represented By**<br>Jing James Li<br>*LiLaw Inc.*<br>contact info |

Docket last updated: 08/16/2023 1:28 AM PDT

## Monday, August 14, 2023

**1**     DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL. SEND MQ: Yes. The schedule is set as follows: Appellant Quintara Biosciences, Inc. Mediation Questionnaire due on 08/21/2023. Transcript ordered by 09/11/2023. Transcript due 10/10/2023. Appellant Quintara Biosciences, Inc. opening brief due 11/20/2023. Appellees Alan Li, RF Biotech LLC, Ruifeng Biztech, Inc., Rui Shao, Gangyou Wang and Alex Wong answering brief due 12/20/2023. Appellant's optional reply brief is due 21 days after service of the answering brief. [12773866] (JBS) [Entered: 08/14/2023 04:09 PM]

         Att: 1   [3 pgs]   Docketing Letter and Briefing Schedule
         Att: 2   [2 pgs]   Notice to All Parties and Counsel
         Att: 3   [1 pgs]   Mediation Letter
         Att: 4   [22 pgs]   Case Opening Packet

**Continue to Create Account**

Privacy • Terms • About
PacerMonitor, LLC © 2022.