United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

QUINTARA BIOSCIENCES, INC.,

Plaintiff,

v.

RUIFENG BIZTECH INC., GANGYOU WANG, ALAN LI, and RF BIOTECH LLC,

Defendants.

No.  C 20-04808 WHA

**NOTICE TO THE STANDING COMMITTEE ON PROFESSIONAL CONDUCT**

Since the referral to the Standing Committee on Professional Conduct of Attorney Reshma Kamath arising out of the above-captioned action (Dkt. No. 412; *see In re Reshma Kamath*, No. MC 23-80244 JD), she has engaged in yet further conduct that should be brought to the attention of the Committee (Dkt. Nos. 413, 416, 419, 420).  So as not to overburden the Committee, the undersigned will not single out additional filings but kindly requests that the docket be monitored.

Dated:  November 27, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE