UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTARA BIOSCIENCES, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>RUIFENG BIZTECH INC., GANGYOU WANG, ALAN LI, and RF BIOTECH LLC,<br><br>    Defendants. | No. C 20-04808 WHA<br><br>**REQUEST FOR INFORMATION** |

    Plaintiff's counsel shall please respond to the statement made by Attorney Kamath that plaintiff's counsel "put some other terminated attorneys' name" on the docket for the appeal of the judgment in this matter (Dkt. No. 420 at 3). This response is due **WEDNESDAY, NOVEMBER 29, AT NOON.**

    **IT IS SO ORDERED.**

Dated: November 27, 2023.

                                                    WILLIAM ALSUP<br>
                                                    UNITED STATES DISTRICT JUDGE