UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

QUINTARA BIOSCIENCES, INC.,

    Plaintiff,

v.

RUIFENG BIZTECH INC., GANGYOU WANG, ALAN LI, and RF BIOTECH LLC,

    Defendants.

No. C 20-04808 WHA

**ORDER RE RESPONSES TO REQUEST FOR INFORMATION**

Earlier this week, the judge requested that plaintiff's counsel "respond to the statement made by Attorney Kamath that plaintiff's counsel 'put some other terminated attorneys' name' on the docket for the appeal of the judgment in this matter" (Dkt No. 422 (quoting Dkt. No. 420 at 3)). Yesterday, Attorney Li filed a declaration in response (Dkt. No. 423), and today Attorney Kamath filed a response to that declaration (Dkt. No. 424). Having reviewed both filings, the judge finds that the statement made by Attorney Kamath was without basis in fact or law. In fact, it appears to have been her own oversight that led to this issue.

In any event, this action is now before our court of appeals and is no longer before this district court. Counsel for both sides shall please ensure that they are properly registered for the ECF system of our court of appeals and shall please docket their appearances there as necessary so that snafus like those experienced by Attorney Kamath will not reoccur.

Further, all future debates of this nature should be brought to the attention of our court of appeals, where this case now resides.

**IT IS SO ORDERED.**

Dated: November 30, 2023.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2