**LAW OFFICE OF RESHMA KAMATH**
Reshma Kamath, Cal. Bar No. 333800
700 El Camino Real, Suite 120, #1084,
Menlo Park, California 94025, United States
Phone-number: 650 257 0719
E-mail address: reshmakamath2021@gmail.com
**COUNSEL FOR DEFENDANTS RUIFENG BIZTECH INC.; GANGYOU WANG; ALAN LI; AND, RF BIOTECH LLC.**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| QUINTARA BIOSCIENCES, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RUIFENG BIZTECH INC., a California corporation, GANGYOU WANG, an individual, ALEX WONG, an individual, ALAN LI, an individual, RUI SHAO, an individual, and RF BIOTECH LLC, a California limited liability company,<br><br>Defendants. | **Case No.: 3:20-cv-04808-WHA**<br><br>*[Assigned to presiding Article III Senior District Judge Honorable William Haskell Alsup]*<br><br>**REPLY OF RESHMA KAMATH *RE* JUDGE ALSUP'S ORDER OF NOVEMBER 30, 2023** |

*TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD, HEREIN:*

Case No. 3:20-cv-04808-WHA

RESHMA KAMATH thinks that JUDGE WILLIAM ALSUP needs to take accountability and onus for the alleged "snafus" (William Alsup's Order *re* Dkt. 425) of his own staff and judges. Because William Alsup cannot think outside of his racial bias, he has take it upon himself to constantly attack via his Orders Counsel RESHMA KAMATH for no fault of her own.

Clearly, it was JAMES LI and his staff who made the error. It is their appeal – and they more than obviated their fault in not noticing opposing Counsel of the appealed documents.

RESHMA KAMATH will ensure that the parties who filed the appeal fix their error of notice and service. If there is no notice from the other side of their appellate filings, then the lawsuit that RESHMA KAMATH was to file will be further amended to reflect such and other racist behavior at CAND. Racism is quite different in the year 2023 than it was in the pre-Civil Rights Era – but it is there.

Since WILLIAM ALSUP has made it more and more obvious that he is a typical White guy via his word choice, conduct, way of thinking, and related aspects of his overall demeanor, WILLIAM ALSUP also knows when to make that jurisdictional argument that the matter is on appeal, and when to be racist blatantly and invidiously. Judge ALSUP and his staff very well know which side the White attorneys are on, and rule accordingly.

Now, RESHMA KAMATH, is absolutely a hundred percent sure that the judges at CAND demonstrate racial bias and prejudice; they overlook the blatant errors on the

side where the White attorneys' and their staff are; and, they use law as a discriminatory *pre-text* to promote racial/gender bias.

As Counsel prior stated, people can be nice to certain ethnic groups, but they can demonstrate hate and racial bias to other groups, such as WILLIAM ALSUP is demonstrating. The new groups to attack in America are now Middle-Eastern people and Indians for the past two decades. JUDGE WILLIAM ALSUP clearly lost his ability to remain neutral and impartial post-trial after he saw an Indian woman sole practitioner winning a unanimous jury verdict.

The Kyle-Rittenhouse syndrome that Judges such as WILLIAM ALSUP demonstrate at CAND and other courthouses in California is more than appalling – and it is reflective of how the American society is deteriorating each day.

**LAW OFFICE OF RESHMA KAMATH**

**DATED:  December 1, 2023**

*/S/ Reshma Kamath*

Reshma Kamath,
Counsel for Defendants RUIFENG BIZTECH INC.; GANGYOU WANG; ALAN LI; and, RF BIOTECH LLC

# CERTIFICATE OF SERVICE
F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260

I am employed in, the County of San Mateo, California. I am over the age of 18, and not a party to this action. My business/mailing address is: 700 El Camino Real, Suite 120, #1084, Menlo Park, California 94025, United States; and, e-mail address is reshmakamath2021@gmail.com for electronic-service. On December 1, 2023, I sent the following documents via the below method of service. SEE ATTACHED SERVICE LIST.

**REPLY OF RESHMA KAMATH *RE* JUDGE ALSUP'S ORDER OF NOVEMBER 30, 2023**

Via **ELECTRONIC SERVICE**: In electronically transmitting courtesy copies of the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list per the electronic service agreement between the parties' counsel. To my knowledge, the transmission was reported as complete and without error. [Notice of Electronic-Service pursuant to California Code of Civil Procedure § 1010.6.]

I declare under penalty of perjury of the laws of the State of California, and the laws of the United States of America that the foregoing is true and correct. Executed on December 1, 2023.

*Sincerely*,
*/S/ Reshma Kamath*
Reshma Kamath

**SERVICE LIST**
Daniel Robert Peterson Email: petersond@lilaw.us
Richard D Lambert Email: lambertr@lilaw.us
Tamara Rider Email: ridert@lilaw.us
J. James Li LiLaw, Inc. 1905 Hamilton Avenue Suite 200 San Jose, CA 95125
650-521-5956 Fax: 650-521-5955 Email: lij@lilaw.us
ATTORNEYS FOR PLAINTIFF QUINTARA BIOSCIENCES, INC.
Ting Jiang, LiLaw, Inc./Quintara's Legal assistant E.: jiangt@lilaw.us

Dylan Wiseman/Buchalter APC
E-mail: dwiseman@buchalter.com
FORMER ATTORNEY FOR DEFENDANTS