UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

QUINTARA BIOSCIENCES, INC.,

     Plaintiff,

     v.

RUIFENG BIZTECH INC., GANGYOU WANG, ALAN LI, and RF BIOTECH LLC,

     Defendants.

No.  C 20-04808 WHA

**CASE MANAGEMENT ORDER AFTER REMAND**

The Ninth Circuit's mandate has issued (Dkt. No. 430).  **BY NOON ON OCTOBER 23, 2025**, the parties shall file a joint status report stating (i) what the district court must do to implement what has been mandated, (ii) what substantive issues thereafter will remain to be decided, (iii) any case management mechanics the parties wish to bring to the district judge's attention respecting how those issues will be decided (meaning the kinds covered in the initial case management conference statement used in this district, as relevant here, such as plans for mediation, dispositive motions, or so on).  To the extent the parties agree, they shall say so.  To the extent they disagree, they shall explain that disagreement clearly and concisely.

**IT IS SO ORDERED.**

Dated:  October 9, 2025.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California