**LILAW INC.**
J. James Li, Ph.D. (SBN 202855, lij@lilaw.us)
1905 Hamilton Avenue, Suite 200
San Jose, California 95125
Telephone: (650) 521-5956
Facsimile: (650) 521-5955

Attorneys for Plaintiff QUINTARA BIOSCIENCES, INC.


# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| QUINTARA BIOSCIENCES, INC., a California corporation,<br><br>    Plaintiff,<br>    v.<br><br>RUIFENG BIZTECH INC., a California corporation, GANGYOU WANG, an individual, ALEX WONG, an individual, ALAN LI, an individual, RUI SHAO, an individual, and RF BIOTECH LLC, a California limited liability company,<br><br>    Defendants. | **Case No.  3:20-cv-04808-WHA**<br><br>**THE PARTIES' JOINT STATEMENT RE: CASE STATUS**<br><br>**Court: Courtroom 12, 19th Floor**<br>**Judge: Hon. William Alsup** |



LiLaw Inc.

## I.    INTRODUCTION

This case has been remanded to this Court by the Court of Appeals for the Ninth Circuit. On October 9, 2025, this Court issued an order requiring the parties to file a joint status report. ECF 431.

Plaintiff approached defendants' counsel in a parallel state court case, *Quintara Biosciences Inc. v. Ruifeng Biztech Inc.* et al. Case No. 21cv385112 (Santa Clara Supr. Ct.) (the "State Court Case."). Counsel for defendants in the State Court Case told Plaintiff counsel that he did not represent defendants in this case and provided contact emails of defendant Gangyou Wang and Alan Li instead. The following are the parties' statement on the case status and defendants' request for 60-day stay of the case to seek counsel.

## II.    Statement by Plaintiff

The case initially contained many state law claims. Following a stay of these state law claims, the parties reached an agreement to dismiss these claims and refile them in the state court, which resulted in the State Court Case. The State Court Case was scheduled to go to trial on October 6, 2025, which was rescheduled to December 8, 2025, for a shortage of trial courts.

The issues remain in this case is Plaintiff's claim for trade secret misappropriation under the Defendant Trade Secrets Act ("DTSA") on the following categories of trade secrets:

1. Customer database.

2. Marketing plans.

3. Development plans.

4. Business plans.

5. Computer informatics.

6. Customized Protocols and Reagents for Sanger DNA Sequencing.

7. New Reagent Kits.

8. DNA donor technology.

9. The IL 15 Fusion Proteins.

See ECF 44-1.

LiLaw Inc.

The discovery on these trade secrets were cut short by the dismissal order. Thus, Plaintiff will need a period of discovery for written discovery requests and depositions.

**III.     Statement by Defendants**

Defendants respectfully request that the Court grant a sixty (60) day stay of proceedings to allow Defendants adequate time to identify and retain new counsel for this matter. Defendants are in the process of evaluating options for representation and believe a pause will enable them to do so effectively.

Defendants maintain that they have acted properly and deny any wrongdoing alleged by Plaintiff. At this stage, Defendants' primary goal is to ensure they are appropriately represented so that future proceedings can move forward efficiently and fairly for all parties.

This request is made jointly with Plaintiff, in good faith, and not for the purpose of delay. Granting the requested stay will facilitate orderly progress of the case and assist the parties in resolving outstanding matters with proper representation in place.

DATED:  October 21, 2025          **LILAW INC.**

By  /s /J. James Li
_____

J. James Li
Attorney for Plaintiff QUINTARA
BIOSCIENCES, INC.



2                                    Case No. 5:20-cv-00569

JOINT STATEMENT ON CASE STATUS

Defendant Alan Li

Defendant Gangyou Wang
CEO and President of Ruifeng Biztech Inc

Gangyou Wang CEO
on behalf of Ruifeng Biztech Inc.

JOINT STATEMENT ON CASE STATUS