**LILAW INC.**
J. James Li, Ph.D. (SBN 202855, lij@lilaw.us)
1905 Hamilton Avenue, Suite 200
San Jose, California 95125
Telephone: (650) 521-5956
Facsimile: (650) 521-5955

Attorneys for Plaintiff QUINTARA BIOSCIENCES, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTARA BIOSCIENCES, INC., a California corporation, | Case No.  3:20-cv-04808-RFL |
| Plaintiff, | **PLAINTIFF'S STATEMENT RE: CASE STATUS** |
| v. | **Court: Courtroom 15, 18th Floor** |
| RUIFENG BIZTECH INC., a California corporation, GANGYOU WANG, an individual, ALEX WONG, an individual, ALAN LI, an individual, RUI SHAO, an individual, and RF BIOTECH LLC, a California limited liability company, | **Judge: Hon. Rita F. Lin** |
| Defendants. | |

LiLaw Inc.

On December 19, 2025, this Court issued an order requiring the parties to provide a status update by January 9, 2026. Because Defendants still do not have counsel, Plaintiff hereby provides a statue update on its own and requests the Court to set a deadline for Defendants to retain counsel.

The parallel state court case, Qintara Biosciences Inc. v. Ruifeng Biztech Inc. et al., Case No. 21CV385112 (Santa Clara County Superior Court) (the "Parallel Case"), was set for trial for October 6, 2025. The case was put on trailing status for a week for lack of a trial judge, and then was continued to December 8, 2025. This pending trial of the Parallel Case was one of the reasons why Judge Alsup stayed the instant case in an order issued on October 27, 2025.

On December 4, 2025, the Parallel Case was assigned to Judge Roberta Hayashi for trial. During the pretrial conference with Judge Hayashi, it looked impossible to finish the trial before January 8, 2026, which was the date when Quintara's counsel will leave for a pre-paid overseas family event. This difficulty was caused primarily by Judge Hayashi's other court assignments and the holiday season. Accordingly, Judge Hayashi continued the trial to February 2, 2026. Because Judge Hayashi will retire at the end of January 2026, the case is due to have another trial court assignment hearing on January 29, 2026.

Although Defendants were supposed to look for new counsel during the stay of the case, they so far have not retained new counsel. Attached are two email communications between Quintara's counsel and Defendants Gangyou Wang and Alan Li on the matter.

Plaintiff asks the Court to set a deadline for all defendants to retain counsel on the pain of entering default judgment against Defendants if new counsel is not retained by the deadline.

DATED:  January 2, 2026                    **LILAW INC.**


By  /s /J. James Li
————————————————————
J. James Li
Attorney for Plaintiff QUINTARA
BIOSCIENCES, INC.

**LiLaw Inc.**



**Friday, January 2, 2026 at 1:35:56 PM Pacific Standard Time**

| | |
|---|---|
| **Subject:** | Re: The Federal Case |
| **Date:** | Thursday, January 1, 2026 at 5:29:55 PM Pacific Standard Time |
| **From:** | Alan Li |
| **To:** | lij@lilaw.us |
| **CC:** | Gangyou Wang |
| **Attachments:** | image001.png |

Hello Mr. Li,

Mr. Gangyou Wang asked that I update you and the newly assigned federal judge regarding our current situation. We are experiencing significant difficulty locating and retaining new counsel for the federal case.

In the interest of proper procedure and good faith cooperation, we respectfully request that you inform the new federal judge that we would like the court's assistance in appointing counsel. Alternatively, if appropriate, please provide the judge's contact information so that Mr. Wang may notify the court directly about our circumstances.

This matter has been ongoing for nearly six years, and both Mr. Wang and I wish to work cooperatively with you to move the federal case toward resolution.

Thank you for your attention.


Alan Li


On Wed, Dec 24, 2025 at 9:41 AM lij@lilaw.us <lij@lilaw.us> wrote:
> Mr. Wang and Mr. Li:
> The new judge, Judge Lin, is asking us about the update we are supposed to file. Have you found counsel for the federal case?

**LiLaw Inc. / J. James Li, Ph.D.**

**California Office**
1905 Hamilton Ave., Ste 200.
San Jose, CA 95125
Tel. 650.387.7675   Web: www.lilaw.us

**Mailing Address for All Paper Documents**
2620 Regetta Dr., Ste 102
Las Vegas, NV 89128

1 of 1