UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTARA BIOSCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> RUIFENG BIZTECH INC., et al., <br><br> Defendants. | Case No.  20-cv-04808-RFL <br><br> **ORDER CONTINUING STAY** |

The case shall remain stayed pending the conclusion of the trial in the related case in Santa Clara County Superior Court.  The parties shall file a joint status update every 90 days, or within 14 days of the conclusion of the trial in the related case.

Defendants have indicated that they are unrepresented and are seeking counsel.  (Dkt. No. 432.)  Defendants' prior counsel, Reshma Kamath, is no longer eligible to practice law in California or in this District.[1]  Therefore, the Clerk is directed to terminate Ms. Kamath as counsel from this action.  Attorney Brandon Carr has requested to be terminated as counsel from this action because his firm's request to withdraw was previously authorized.  (Dkt. No. 437; *see also* Dkt. No. 231, 235, 245.)  The request is granted, and the Clerk is directed to terminate Mr. Carr as counsel from this action.  Defendants shall be prepared to have counsel enter an appearance promptly upon the lifting of the stay.

Because they are currently unrepresented, Defendants are **ORDERED** to file a notice on the docket by **January 23, 2026**, providing contact information for each Defendant, including

---

[1] *See* https://apps.calbar.ca.gov/attorney/Licensee/Detail/333800.

their mailing address and phone number, so that Plaintiff and the Court may effectuate service of filings and orders in this action on them. Plaintiff is **ORDERED** to serve a copy of this order to all Defendants via mail and e-mail, and to file a proof of service by January 14, 2026.

**IT IS SO ORDERED.**

Dated: January 9, 2026

RITA F. LIN
United States District Judge