UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

QUINTARA BIOSCIENCES, INC.,

      Plaintiff,

   v.

RUIFENG BIZTECH INC., et al.,

      Defendants.

Case No.  20-cv-04808-RFL

**ORDER FOR STATUS REPORT**

The parties were ordered to provide status updates every 90 days, or within 14 days of the conclusion of the trial in the related case in Santa Clara County Superior Court.  (Dkt. No. 438.) It appears that the state court action has concluded.  Therefore, the parties are **ORDERED** to provide a status report indicating whether they intend to proceed with this Action by **May 13, 2026**.  Plaintiff is **ORDERED** to serve a copy of this order on the remaining Defendants via e-mail, and to file a proof of service by **April 20, 2026**.

     **IT IS SO ORDERED.**

Dated: April 13, 2026

_____
RITA F. LIN
United States District Judge

1