**LILAW INC.**
J. James Li, Ph.D. (SBN 202855, lij@lilaw.us)
1905 Hamilton Avenue, Suite 200
San Jose, California 95125
Telephone: (650) 521-5956
Facsimile: (650) 521-5955

Attorneys for Plaintiff QUINTARA BIOSCIENCES, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTARA BIOSCIENCES, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> RUIFENG BIZTECH INC., a California corporation, GANGYOU WANG, an individual, ALEX WONG, an individual, ALAN LI, an individual, RUI SHAO, an individual, and RF BIOTECH LLC, a California limited liability company, <br><br> Defendants. | Case No. 3:20-cv-04808-RFL <br><br> **DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** <br><br> **Court: Courtroom 15, 18th Floor** <br> **Judge: Hon. Rita F. Lin** |



LiLaw Inc.

Case No. 3:20-cv-04808-RFL

DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Quintara Biosciences Inc. and Defendants Ruifeng Biztech Inc., Gangyou Wang, Alan Li, and RF Biotech LLC, hereby stipulate to the dismissal of this action in its entirety.

This dismissal is with prejudice, each party to bear its own attorneys' fees and costs.

Defendants Alex Wong and Rui Shao have been previously dismissed.

Date:    Apr. 20, 2026
_____

Plaintiff Quintara Biosciences Inc.

_____
Sue Zhao, General Manager

Defendant Ruifeng Biztech Inc.

_____
Gangyou Wang, Chief Executive Officer

Defendant Gangyou Wang

_____
Gangyou Wang

Defendant RF Biotech LLC

_____
Gangyou Wang, Authorized Person

Defendant Alan Li

_____
Alan Li

LiLaw Inc.

1

DISMISSAL

Case No. 3:20-cv-04808-WHA